COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
LINH K. NGUYEN (305737)
(lknguyen@cooley.com
MATTHEW D. MARTINEZ (333932)
(mmartinez@cooley.com)
10265 Science Center Drive
San Diego, California 92121
Telephone: +1 858 550 6000
Facsimile:  +1 858 550 6420

NICHOLAS ORR (334142)
(norr@cooley.com)
355 S. Grand Avenue
Los Angeles, California 90071
Telephone:  +1 213 561 3250
Facsimile:  +1 213 561 3244

SARAH M. LIGHTDALE (*pro hac vice*)
(slightdale@cooley.com)
ERINMA E. MAN (330543)
(eman@cooley.com)
55 Hudson Yards
New York, New York 10001
Telephone: +1 212 479 6000
Facsimile:  +1 212 479 5275

Attorneys for Defendant
EHang Holdings Limited

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN PUJO, Individually and On Behalf of All Others Similarly Situated, <br><br>Plaintiff, <br><br>v. <br><br>EHANG HOLDINGS LIMITED HUAZHI HU, CONOR CHIA-HUNG YANG, RICHARD JIAN LIU, and XIN FANG <br><br>Defendants. | Case No. 2:23-cv-10165-MWC <br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** <br><br>Hearing: March 28, 2025 <br>Time:    1:30 p.m. <br>Dept:    Courtroom 6A <br>Judge:   Hon. Michelle Williams Court |

Cooley LLP
Attorneys At Law
New York

Defendant's Notice of Motion and
Motion to Dismiss Amended Complaint
2:23-cv-10165-MWC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 28, 2025 at 1:30 p.m. in Courtroom 6A of the above-captioned court, located at 350 W. 1st Street, 6th Floor, Los Angeles, California 90012, or as soon thereafter as the matter may be heard, Defendant EHang Holdings Limited ("Defendant") will, and hereby does, move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act of 1995, for an order dismissing Plaintiff's Amended Complaint (the "AC") for failure to state a claim upon which relief can be granted.

Defendant's Motion is based on the following grounds: (1) Plaintiff fails to plead a claim covered by the Securities Exchange Act of 1934; (2) Plaintiff fails to adequately plead a materially false or misleading statement or an omission; (3) Plaintiff fails to adequately plead scienter; and (4) Plaintiff fails to adequately plead loss causation.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law in Support of Defendant's EHang Holdings Limited's Motion to Dismiss Plaintiff's Amended Complaint, the Request for Judicial Notice and for Incorporation by Reference in Support of Defendant EHang Holdings Limited's Motion to Dismiss Plaintiff's Amended Complaint, the Declaration of Linh K. Nguyen in Support of Defendant EHang Holdings Limited's Motion to Dismiss Plaintiff's Amended Complaint and appendices and exhibits thereto filed concurrently herewith, all pleadings and papers on file in this matter, and such further written and oral argument as may be presented to this Court at the hearing or otherwise.

Dated:   December 6, 2024                COOLEY LLP

By: */s/ Linh K. Nguyen*
Linh K. Nguyen

Attorneys for Defendant EHang Holdings Limited

COOLEY LLP
ATTORNEYS AT LAW
NEW YORK

DEFENDANT'S NOTICE OF MOTION AND
MOTION TO DISMISS AMENDED COMPLAINT
2:23-CV-10165-MWC