**APPENDIX A: CHART OF CHALLENGED STATEMENTS**

| # | ¶[1] | Source/Speaker[2] | Challenged Statement[3] | Basis for Dismissal[4] |
|---|---|---|---|---|
| | | | *United Therapeutics[5]* | |
| 1 | 68 | March 29, 2022<br><br>Press Release<br><br>Hu | As of March 29, 2022, we have unfulfilled pre-orders [footnote] for over 1,000 units of our passenger-grade AAV products, including the EH216 series and the VT-30, on a cumulative basis. The growing market demand has formed a solid foundation that strengthens our confidence for future revenue growth.<br><br>[Text of footnote:] Pre-orders do not obligate the customers to purchase EHang's AAVs unless certain conditions are satisfied. Fulfilment is expected to take several years and is conditional upon, among other things, achievement of | • Puffery/Opinion ("growing market demand"; "solid foundation that strengthens our confidence")<br><br>• Protected Forward-looking ("Fulfilment is expected to take several years…")<br><br>• No facts to support reason for falsity |

[1] ¶ refers to paragraphs in Plaintiff's Amended Class Action Complaint for Violation of Federal Securities Laws (Dkt. 41).

[2] The Defendants are EHang Holdings Limited ("EHang"), Huazhi Hu ("Hu"), Conor Chia-Hung Yang, Richard Jian Liu ("Liu"), and Xin Fang. ("Fang").

[3] Because Plaintiff does not identify the point of his added emphasis, it has been removed herein for ease of review.

[4] The arguments in this column mirror those in Part III.B–C of the Memorandum of Points and Authorities in Support of Defendant EHang Holdings Limited's Motion to Dismiss Plaintiff's Amended Complaint ("EHang's Motion to Dismiss").

[5] The grouping herein mirrors the grouping in Part III.C of EHang's Motion to Dismiss.

| # | ¶[1] | Source/Speaker[2] | Challenged Statement[3] | Basis for Dismissal[4] |
|---|------|-------------------|------------------------|------------------------|
| | | | performance milestones and receipt of regulatory approvals. | |
| 2 | 69 | March 29, 2022<br><br>Q4 2021 Earnings Call<br><br>Hu | Moving on to sales and marketing, we are pleased to gradually open up a greater Asian market. Following our significant achievements in South Korea, Japan, Indonesia, and Malaysia, we will continue close cooperation with more partners in Southeast Asian countries. More importantly, the orders and the preorders of our passenger-grade AAVs in the past few years have cumulatively surpassed 1,000 units, forming a solid foundation for our future revenue growth. | • <u>Puffery/Opinion</u> ("we are pleased"; "significant achievements"; "solid foundation")<br><br>• <u>Protected Forward-looking</u> ("we will continue close cooperation…")<br><br>• <u>No facts to support reason for falsity</u> |

2

| # | ¶[1] | Source/Speaker[2] | Challenged Statement[3] | Basis for Dismissal[4] |
|---|---|---|---|---|
| 3 | 73 – 74 | April 28, 2022<br><br>Form 20-F<br><br>EHang | As of March 31, 2022, **we have unfulfilled pre-orders for over 1,000 units** of our passenger-grade AAV products, including EHang 216 series and VT-30, on a cumulative basis. Pre-orders do not obligate the customers to purchase our AAVs unless certain conditions are satisfied. Fulfilment is expected to take several years and is conditional upon, among other things, achievement of performance milestones and receipt of regulatory approvals.<br><br>[*Defendant Hu signed the 2021 20-F. Defendants Hu and Liu each filed SOX certifications regarding the 20-F.*] | • Protected Forward-looking ("Fulfilment is expected to take several years…")<br><br>• No facts to support reason for falsity |
| 4 | 87 | August 18, 2022<br><br>Q2 2022 Earnings Presentation<br><br>EHang | | • No facts to support reason for falsity |

| # | ¶[1] | Source/Speaker[2] | Challenged Statement[3] | Basis for Dismissal[4] |
|---|------|-------------------|-------------------------|------------------------|
| 5 | 91 | December 2, 2022<br><br>Q3 2022 Earnings Presentation<br><br>EHang | | • <u>No facts to support reason for falsity</u> |
| | | | *Prestige Aviation* | |
| 3 | 71 | April 11, 2022<br><br>Press Release<br><br>EHang | EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company"), the world's leading autonomous aerial vehicle ("AAV") technology platform company, announced that EHang has received a pre-order for 100 units of EH216 AAVs from Prestige Aviation, an Indonesian aviation company and a subsidiary of Prestige Corp., at the contract signing ceremony during the Indonesia International Motor Show 2022 ("IIMS 2022") on April 9, 2022. It's the largest pre-order EHang has received so far for its passenger-grade AAVs in Asia. | • <u>No facts to support reason for falsity</u> |

4

| # | ¶[1] | Source/Speaker[2] | Challenged Statement[3] | Basis for Dismissal[4] |
|---|---|---|---|---|
| 5 | 76 | May 31, 2022<br><br>Press Release<br><br>EHang | In April 2022, EHang received a pre-order for 100 units of EHang 216 from Prestige Aviation, an Indonesian aviation company and a subsidiary of Prestige Corp. | • No facts to support reason for falsity |
| 6 | 77 | May 31, 2022<br><br>Press Release<br><br>Hu | Excitingly, we welcomed our newly-appointed Chief Operating Officer Mr. Xin Fang on board in February, and saw growing AAV demand from broader Asian markets, with a total of up to 210 units of pre-orders [footnote] obtained so far this year.<br><br>[Text of footnote:] Pre-orders do not obligate the customers to purchase EHang's AAVs unless certain conditions are satisfied. Fulfilment is expected to take several years and is conditional upon, among other things, achievement of performance milestones and receipt of regulatory approvals. | • Puffery/Opinion ("growing AAV demand")<br><br>• Protected Forward-looking ("Fulfilment is expected to take several years…")<br><br>• No facts to support reason for falsity |
| 7 | 78 | May 31, 2022<br><br>Q1 2022 Earnings Call<br><br>Fang | [I]n April, we received a preorder for 100 units of EHang 216 from an Indonesian aviation company, Prestige Aviation, and successfully performed the flight demonstration in Jakarta, the capital of Indonesia. | • Puffery/Opinion ("successfully performed")<br><br>• No facts to support reason for falsity |

**Appendix A**
**Page 5**

| # | ¶[1] | Source/Speaker[2] | Challenged Statement[3] | Basis for Dismissal[4] |
|---|---|---|---|---|
| 8 | 79 | May 31, 2022<br><br>Q1 2022 Earnings Presentation<br><br>EHang | In April 2022, EHang received a pre-order for 100 units of EHang 216 from Prestige Aviation, an Indonesian aviation company and a subsidiary of Prestige Corp. | • <u>No facts to support reason for falsity</u> |
| 9 | 81 | August 18, 2022<br><br>Press Release<br><br>EHang | In April 2022, EHang received a pre-order for 100 units of EHang 216 from Prestige Aviation, an Indonesian aviation company and a subsidiary of Prestige Corp. | • <u>No facts to support reason for falsity</u> |
| 10 | 82 | August 18, 2022<br><br>Q2 2022 Earnings Call<br><br>Fang | In Q2, we received a preorder for 100 units of EHang 216 AAVs from Indonesian aviation company, Prestige Aviation, which is the largest preorder we have received in Asia so far. | • <u>No facts to support reason for falsity</u> |
| 11 | 83 | August 18, 2022<br><br>Q2 2022 Earnings Call<br><br>Liu | [W]e have obtained preorders of up to 210 units from customers in Japan, Malaysia, and Indonesia since the beginning of this year, and we see the trend of further expansion in Southeast Asian markets. | • <u>Puffery/Opinion</u> ("further expansion")<br><br>• <u>Forward Looking</u> ("we see the trend of further expansion…")<br><br>• <u>No facts to support reason for falsity</u> |

| # | ¶[1] | Source/Speaker[2] | Challenged Statement[3] | Basis for Dismissal[4] |
|---|---|---|---|---|
| 12 | 84 | August 18, 2022<br><br>Q2 2022 Earnings Call<br><br>Fang | Q: I actually have two quick questions. The first one is we saw EHang having been making some good progress in terms of customer acquisitions, especially in Asia over the past few quarters. Just wondering how many preorders we have got so far and when do you plan to start the delivery.<br><br>* * * * *<br><br>**DEFENDANT FANG**: Hi, team. This is Xin Fang. Let me take your first question about orders. Since the beginning of this year, we have received a total of 210 units of preorders for passenger-grade AAVs in the Asian market. | • <u>No facts to support reason for falsity</u> |
| 13 | 85 | August 18, 2022<br><br>Q2 2022 Earnings Presentation<br><br>EHang | ✓ Pre-order for 100 units of EH216 AAVs from the Prestige Aviation, an Indonesian aviation company and a subsidiary of Prestige Corp | • <u>No facts to support reason for falsity</u> |

7

| # | ¶[1] | Source/Speaker[2] | Challenged Statement[3] | Basis for Dismissal[4] |
|---|------|-------------------|-------------------------|------------------------|
| 14 | 89 | December 2, 2022<br><br>Q3 2022 Earnings Call<br><br>Fang | On the international front, we have made meaningful progress in two key regions, Asia and Europe. Since the beginning of this year, we have achieved the fruitful results in developing Asian markets, including Japan, Malaysia, Indonesia, and Thailand, and have received a total of 210 pre-orders for passenger-grade AAVs. | • Puffery/Opinion ("meaningful progress"; "fruitful results")<br><br>• No facts to support reason for falsity |
| 15 | 93 | March 22, 2023<br><br>Q4 2022 Earnings Call<br><br>Fang | In overseas markets such as Asia, last year, we were active in the export markets in Japan, Malaysia, Indonesia, and Thailand, secured more than 200 units of pre-orders for EH216 series[.] | • Puffery/Opinion ("we were active")<br><br>• No facts to support reason for falsity |
| *United Therapeutics and Prestige Aviation* | | | | |
| 16 | 96 | October 13, 2023<br><br>October 2023 Presentation<br><br>EHang | The October 2023 Presentation:<br><br>(a) Claimed, on two separate slides, that EHang's had international (non-Chinese) pre-orders for "1,200+" units;<br><br>(b) Included United Therapeutics' logo on a list of "customers and partners"; and<br><br>(c) Claimed that Prestige Aviation had placed a pre-order for 100 units. | • No facts to support reason for falsity |

8

**Appendix A**
**Page 8**