APPENDIX B: SUMMARY OF RISK WARNINGS IN EHANG'S SEC FILINGS AND CORPORATE DOCUMENTS

| Disclosures Identifying Forward-Looking Statements | |
| --- | --- |
| **Disclosure** | **Exhibit** |
| ***Special Note Regarding Forward-Looking Statements*** <br><br> This annual report contains forward-looking statements that reflect our current expectations and views of future events. These forward-looking statements are made under the "safe-harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. Known and unknown risks, uncertainties and other factors, including those listed under "Item 3. Key Information—D. Risk Factors," may cause our actual results, performance or achievements to be materially different from those expressed or implied by the forward-looking statements. These statements involve known and unknown risks, uncertainties and other factors that may cause our actual results, performance or achievements to be materially different from those expressed or implied by the forward-looking statements. <br><br> You can identify these forward-looking statements by words or phrases such as "may," "will," "expect," "anticipate," "aim," "estimate," "intend," "plan," "believe," "likely to," "potential," "continue" or other similar expressions. We have based these forward-looking statements largely on our current expectations and projections about future events and financial trends that we believe may affect our financial condition, results of operations, business strategy and financial needs. These forward-looking statements include, but are not limited to, statements about: <br> • our goals and strategies; <br> • our future business development, financial conditions and results of operations; <br> • the expected growth of the PRC and global UAV industry; <br> • our expectations regarding the demand for and market acceptance of our products and services; | Exhibit 1 at 4 <br><br> Exhibit 2 at 11 <br><br> Exhibit 5 at 3-4 <br><br> Exhibit 22 at 4-5 <br><br> Exhibit 24 at 4 <br><br> Exhibit 25 at 3 |

• our expectations regarding our relationships with distributors, customers, component suppliers, strategic partners and other stakeholders;
• our expectations regarding our capacity to develop, manufacture and delivery AAV products in fulfilment of our contractual commitments;
• competition in our industry;
• relevant government policies and regulations relating to our industry; and
• assumptions underlying or related to any of the foregoing.

These forward-looking statements involve various risks and uncertainties. Although we believe that our expectations expressed in these forward-looking statements are reasonable, our expectations may later be found to be incorrect. Our actual results could be materially different from our expectations. Other sections of this annual report include additional factors that could adversely impact our business and financial performance. Moreover, we operate in an evolving environment. New risk factors and uncertainties emerge from time to time and it is not possible for our management to predict all risk factors and uncertainties, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements. You should read thoroughly this annual report and the documents that we refer to with the understanding that our actual future results may be materially different from, or worse than, what we expect. We qualify all of our forward-looking statements by these cautionary statements.

This annual report contains certain data and information that we obtained from various government and private publications. Statistical data in these publications also include projections based on a number of assumptions. The AAV industry may not grow at the rate projected by market data, or at all. Failure of this market to grow at the projected rate may have a material adverse effect on our business and the market price of our ADSs. In addition, the rapidly evolving nature of the AAV industry results in significant uncertainties for any projections or estimates relating to the growth prospects or future condition of our market.

| | |
|---|---|
| Furthermore, if any one or more of the assumptions underlying the market data are later found to be incorrect, actual results may differ from the projections based on these assumptions. You should not place undue reliance on these forward-looking statements. | |
| **Safe Harbor Statement**<br><br>This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements. | Exhibit 12 at 4<br><br>Exhibit 14 at 4<br><br>Exhibit 15 at 6<br><br>Exhibit 16 at 5<br><br>Exhibit 19 at 3<br><br>Exhibit 23 at 6<br><br>Exhibit 26 at 3-4<br><br>Exhibit 29 at 2<br><br>Exhibit 33 at 6<br><br>Exhibit 35 at 5 |
| This presentation includes forward-looking statements, which are based on current expectations and forecast about future events. These statements can be recognized by the use of words such as "expect," "plan," "will," "estimate," "project," "intend," or words of similar meaning. These forward-looking statements are made only and are based on estimates and information available to the Company, as of the date of this presentation, and are not guarantees of future performance. These statements are based on a number of assumptions | Exhibit 4 at 3<br><br>Exhibit 36 at 3<br><br>Exhibit 37 at 3 |

| | |
|---|---|
| which are subject to known and unknown risks, uncertainties and other factors that are beyond the Company's control, which could cause actual results to differ materially from historical results or those anticipated. These factors include, but are not limited to, the political, social, legal and economic environment in which the Company will operate in the future. The Company and its affiliates and representatives undertake no obligation to update or revise these forward-looking statements for events or circumstances that occur subsequent to the date of this presentation. Actual results could differ materially from those anticipated in forward-looking statements and future results could materially differ from our historical performance. | Exhibit 38 at 3 |
| [T]oday's discussion will contain forward-looking statements made in pursuit to the safe harbor provision of the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements involve inherent risks and uncertainties. As such, the company's actual results may be materially different from the expectations expressed today. Further information regarding these and other risks and uncertainties is included in the company's public filing with the SEC. The company does not assume any obligation to update any forward-looking statements except as required under applicable law. | Exhibit 6 at 5<br><br>Exhibit 7 at 5<br><br>Exhibit 34 at 5 |

| Meaningful Cautionary Language Regarding Regulatory Process and Approvals/Certifications | |
|---|---|
| **Disclosure** | **Source** |
| Of critical importance is our ability to comply with, and help formulate, applicable legal and regulatory requirements as well as industrial and safety standards that are rapidly evolving. In China, the United States and other jurisdictions relevant to us, the commercial use of our passenger-grade AAVs, and in some cases our non-passenger grade AAVs, is subject to an uncertain or lengthy approval process. We are unable to estimate the average length of time required to obtain the applicable regulatory approvals due to the nascent nature of AAV-related regulations and the lack of relevant precedents. We also cannot be sure that we or our business partners will obtain the required approvals in a timely manner, or at all. We are not aware of any operator having been granted all required approvals for the commercial operations of | Exhibit 2 at 6 |

| | |
|---|---|
| passenger-grade AAVs in China or the United States. Nor can we predict when these regulations will change, and any new regulations may impose onerous requirements and restrictions. Any negative developments, or the lack of positive developments, in relevant regulations may reduce customer demand for our products and impede the growth of our business. | |
| ***In the jurisdictions where we sell and plan to sell our products, the commercial use of our passenger-grade AAVs, and in some cases our non-passenger-grade AAVs, is subject to an uncertain or lengthy approval process; we cannot predict when regulations will change, and any new regulations may impose onerous requirements and restrictions with which we, our AAVs and our potential customers may be unable to comply. As a result, we may be limited in, or completely restricted from, growing our business in the foreseeable future.***<br><br>We operate in a new and rapidly evolving industry, which is subject to extensive legal and regulatory requirements. As described below, in the jurisdictions relevant to us, the commercial use and delivery of our passenger-grade AAVs is and in the near future is expected to continue to be subject to an uncertain or lengthy approval process. We are unable to estimate the average length of time required to obtain the applicable regulatory approvals due to the nascent nature of AAV-related regulations and the lack of relevant precedents. For example, we are not aware of any operator having been granted all required approvals for the commercial operations of passenger-grade AAVs in China, the United States or elsewhere. In addition, PRC and U.S. regulations impose significant restrictions on our non-passenger-grade AAVs. We cannot predict when these regulations will change, and any new regulations may impose onerous requirements and restrictions. | Exhibit 1 at 7-8<br><br>Exhibit 2 at 7<br><br>Exhibit 5 at 6<br><br>Exhibit 22 at 7<br><br>Exhibit 24 at 5<br><br>Exhibit 25 at 4 |
| Specifically, currently in China, the United States and other jurisdictions relevant to us, the commercial use of our passenger-grade AAVs, and in some cases our non-passenger grade AAVs, is subject to an uncertain or lengthy approval process. None of our business partners | Exhibit 1 at 17<br><br>Exhibit 24 at 7 |

| | |
|---|---|
| has obtained the regulatory approval for the commercial operations of our passenger-grade AAVs. We are unable to estimate the average length of time required to obtain the applicable regulatory approvals due to the nascent nature of AAV-related regulations and the lack of relevant precedents. We also cannot be sure that we or our business partners will obtain the required approvals in a timely manner, or at all. We are not aware of any operator having been granted all required approvals for the commercial operations of passenger-grade AAVs in China, the United States or elsewhere. Nor can we predict when these regulations will change . . . | Exhibit 25 at 6 |
| As we sell our AAV products internationally, we face challenges in quickly and sufficiently familiarizing ourselves with foreign regulatory environments and policy frameworks. If any new regulation is put in place, or a different interpretation of existing regulation is adopted, our ability to manufacture, market, sell or operate our AAVs or to advertise or deliver air mobility solutions in general may be limited or otherwise affected. Failure to comply with applicable regulations or to obtain, maintain or renew the necessary permits, licenses, registrations or certificates could cause delays in, or prevent us from, manufacturing, marketing, selling and operating our AAV products, meeting product demand and expectations, introducing new products or expanding our service coverage, and could materially and adversely affect our operation results. If we are found to be in violation of applicable laws or regulations, we could be subject to administrative punishment, including fines, injunctions, recalls or asset seizures, as well as potential criminal sanctions, any of which could have a material adverse effect on our business, financial condition, results of operations and prospects. | Exhibit 2 at 9-10 |
| In the United States, the commercial use and delivery of our passenger-grade AAVs is and in the near future is expected to continue to be subject to an uncertain or lengthy approval process. We are unable to estimate the average length of time required to obtain the applicable regulatory approvals due to the nascent nature of AAV-related regulations and the lack of relevant precedents. We are not aware of any operator having been granted all required | Exhibit 1 at 18 <br><br> Exhibit 24 at 8 <br><br> Exhibit 25 at 7 |

**Appendix B**
**Page 6**

| | |
|---|---|
| approvals for the commercial operations of passenger-grade AAVs in the United States. U.S. regulations also impose significant restrictions on our non-passenger-grade AAVs. We cannot predict when these regulations will change, and any new regulations may impose onerous requirements and restrictions. | |
| We operate in a new and rapidly evolving industry, which is subject to extensive legal and regulatory requirements. As described below, in the jurisdictions relevant to us, the commercial use and delivery of our passenger-grade AAVs are, and in the near future are expected to continue to be, subject to an uncertain or lengthy approval process. Without obtaining all applicable regulatory approvals, our AAVs are currently mainly operated on a limited trial basis by our customers in tourism locations in China and are not in broad, mainstream commercial operations. We are unable to estimate the average length of time required to obtain the applicable regulatory approvals due to the nascent nature of AAV-related regulations and the lack of relevant precedents. For example, we are not aware of any operator having been granted all required approvals for the commercial operations of passenger-grade AAVs in China, the United States or elsewhere. In addition, PRC and U.S. regulations impose significant restrictions on our nonpassenger-grade AAVs. We cannot predict when these regulations will change, and any new regulations may impose onerous requirements and restrictions. | Exhibit 1 at 8<br><br>Exhibit 5 at 6<br><br>Exhibit 24 at 5<br><br>Exhibit 25 at 4 |
| In the jurisdictions where we, the VIE and the VIE's subsidiaries sell and plan to sell products, the commercial use of AAVs is subject to an uncertain or lengthy approval process; we cannot predict when regulations will change, and any new regulations may impose onerous requirements and restrictions with which we, the VIE and the VIE's subsidiaries, the AAVs and potential customers may be unable to comply. As a result, we, the VIE and the VIE's subsidiaries may be limited in, or completely restricted from, growing business in the foreseeable future. | Ex. 5 at 5 |

| Meaningful Cautionary Language Regarding Regulatory Approvals/Certifications Already Received | |
|---|---|
| **Disclosure** | **Source** |
| For our passenger-grade AAVs, we have obtained written approval issued by the CAAC for trial flights in certain locations in China for the purpose of evaluating their airworthiness and formulating industry standards on airworthiness of passenger-grade AAVs. However, we are not allowed to engage in commercial operation or pilot operation of our passenger-grade AAVs merely with this approval. | Exhibit 2 at 8  Exhibit 24 at 5 |
| In October 2023, we obtained the type certificate for EH216-S from the CAAC. This demonstrates that the EH216-S's model design fully complies with CAAC's safety standards and airworthiness requirements, and that the EH216-S is qualified for conducting passenger-carrying commercial operations. However, we cannot assure you that we can satisfy the relevant requirements or standards under the detailed rules or regulations to be promulgated in the future, which may materially and adversely affect our business and future prospects. | Exhibit 22 at 8 |

| Meaningful Cautionary Language Regarding Preorders and Customers/Partners | |
|---|---|
| **Disclosure** | **Source** |
| ***Our framework and conditional agreements may not result in material sales of our products***  We have entered into a number of long-term agreements with customers and partners relating to the sale of our passenger-grade AAVs. Some of these agreements are conditional, and our counterparty is not obligated to purchase our products unless a number of conditions are satisfied. Under our agreement with a U.S. biotechnology customer, the customer is not required to purchase our AAVs unless our AAVs achieve a number of performance milestones and it obtains required approvals from the FAA and FDA for the commercial operation of our AAVs. We have yet to achieve the performance milestones, which allows the customer to terminate the agreement. Further, it may be time-consuming for the customer to obtain the required approvals, if they are able to do so at all. Some other agreements are framework | Exhibit 1 at 9  Exhibit 2 at 10  Exhibit 22 at 9  Exhibit 24 at 6  Exhibit 25 at 5 |

| | |
|---|---|
| agreements containing sales targets, but that does not obligate our counterparties to purchase our products at all. We expect the number of orders we receive under these framework agreements to depend on a number of factors, including changes in the regulatory environment, customers' acceptance of and demand for our products and services and our production capacity. For the foregoing reasons, we may not receive substantial orders from our current or potential customers, and we currently do not expect material deliveries to some of our business partners, including the U.S. biotechnology company and a Norwegian automobile distributor. As our long-term agreements may not result in material sales of our products, our future results of operations may not scale or otherwise meet our current expectations. | |
| ***Our framework and conditional agreements may not result in material sales of our products.***<br><br>We have entered into a number of long-term agreements with customers and partners relating to the sale of our AAVs. Some of these agreements are conditional, and our counterparty is not obligated to purchase our products unless a number of conditions are satisfied. Under our agreement with a U.S. biotechnology customer, the customer is not required to purchase our AAVs unless our AAVs achieve a number of performance milestones and it obtains required approvals from the Federal Aviation Administration, or the FAA, and the Food and Drug Administration, or the FDA, for the commercial operation of our AAVs. As of December 31, 2022, we had delivered five units of passenger-carrying AAVs to this customer for their trial operations conducted in Canada. We have yet to achieve the performance milestones, and the customers are allowed to terminate the agreements before that happens. Further, it may be time-consuming for the customer to obtain the required approvals, if they are able to do so at all. Some other agreements are framework agreements containing sales targets, but that does not obligate our counterparties to purchase our products at all. We expect the number of orders and pre-orders we receive under these framework agreements to depend on a number of factors, including changes in the regulatory environment, customers' acceptance of and demand for our products and services and our production capacity. For the foregoing reasons, | Exhibit 5 at 8 |

| | |
|---|---|
| we may not receive substantial orders from our current or potential customers. As our long-term agreements may not result in material sales of our products, our future results of operations may not scale or otherwise meet our current expectations. | |
| ***Contracts with Our Customers and Partners***<br><br>We have entered into a number of long-term framework and conditional agreements with our business partners relating to the sale of passenger-grade AAVs. These business partners include several PRC AAV distributors, a U.S. biotechnology company, a Norwegian automobile distributor, and a Taiwanese yacht manufacturer and operator. Each framework or conditional agreement generally sets forth a target or expected sale quantity over a multiyear period. There is one agreement, the one with a U.S. biotechnology company and the only one among our agreements with customers, pursuant to which purchases are explicitly conditioned on our meeting certain deadlines for specified performance milestones and the receipt of applicable regulatory approvals. We have yet to achieve the performance milestones, which allows the customer to terminate the agreement. In some other agreements, the sales targets are non-binding. | Exhibit 2 at 21 |
| ***Contracts with Our Customers and Partners***<br><br>We have entered into a number of long-term framework and conditional agreements with our business partners relating to the sale of passenger-grade AAVs. These business partners include several PRC AAV distributors, a U.S. biotechnology company and a Norwegian automobile distributor. Each framework or conditional agreement generally sets forth a target or expected sale quantity over a multi-year period. There is one agreement, the one with a U.S. biotechnology company and the only one among our agreements with customers, pursuant to which purchases are explicitly conditioned on our meeting certain deadlines for specified performance milestones and the receipt of applicable regulatory approvals. We have yet to achieve the performance milestones, which allows the customer to terminate the agreement. In some other agreements, the sales targets are non-binding. | Exhibit 24 at 7<br><br>Exhibit 25 at 6 |

| | |
|---|---|
| ***Contracts with Our Customers and Partners***<br><br>We have entered into a number of long-term framework and conditional agreements with our business partners relating to the sale of passenger-grade AAVs. These business partners include several PRC AAV distributors, a U.S. biotechnology company (Lung Biotechnology PBC), a Japanese air mobility digital platform company (AirX Inc.), an Indonesian company (Prestige Aviation) and a Malaysian aviation company (AEROTREE). Each framework or conditional agreement generally sets forth a target or expected sale quantity over a multi-year period. Our agreement with Lung Biotechnology PBC is the only one among our agreements with customers, pursuant to which purchases are explicitly conditioned on our meeting certain deadlines for specified performance milestones and the receipt of applicable regulatory approvals. We have yet to achieve the performance milestones, which allows the customer to terminate the agreement. In some other agreements, the sales targets and pre-orders are non-binding. | Exhibit 1 at 17 |
| Our framework and conditional agreements may not result in material sales of products. | Exhibit 1 at 6<br><br>Exhibit 2 at 21<br><br>Exhibit 22 at 6<br><br>Exhibit 24 at 7<br><br>Exhibit 25 at 6 |

| Meaningful Cautionary Language Regarding United Therapeutics | |
| --- | --- |
| **Disclosure** | **Source** |
| ***Our framework and conditional agreements may not result in material sales of our products*** | Exhibit 2 at 10 |
| We have entered into a number of long-term agreements with customers and partners relating to the sale of our passenger-grade AAVs. Some of these agreements are conditional, and our counterparty is not obligated to purchase our products unless a number of conditions are satisfied. Under our agreement with a U.S. biotechnology customer, the customer is not required to purchase our AAVs unless our AAVs achieve a number of performance milestones and it obtains required approvals from the FAA and FDA for the commercial operation of our AAVs. We have yet to achieve the performance milestones, which allows the customer to terminate the agreement. Further, it may be time-consuming for the customer to obtain the required approvals, if they are able to do so at all. Some other agreements are framework agreements containing sales targets, but that does not obligate our counterparties to purchase our products at all. We expect the number of orders we receive under these framework agreements to depend on a number of factors, including changes in the regulatory environment, customers' acceptance of and demand for our products and services and our production capacity. For the foregoing reasons, we may not receive substantial orders from our current or potential customers, and we currently do not expect material deliveries to some of our business partners, including the U.S. biotechnology company and a Norwegian automobile distributor. As our long-term agreements may not result in material sales of our products, our future results of operations may not scale or otherwise meet our current expectations. | Exhibit 24 at 6 |
| In April 2016, the Group entered into a development and purchase collaborative arrangement with a U.S. biotechnology company ("Biotech Customer") to design, develop, test-run and manufacture an organ transport e-helicopter system, which includes an operational interface with air traffic control, associated customized passenger-grade AAVs and recharging infrastructure. The Biotech Customer is responsible for obtaining the approvals of the Federal | Exhibit 1 at 20-21<br><br>Exhibit 5 at 11<br><br>Exhibit 22 at 15 |

| | |
|---|---|
| Aviation Administration ("FAA") and the Food and Drug Administration ("FDA") relating to the import and operations of the AAV products. Upon the Group's achievement of agreed-upon milestones in the agreement, Biotech Customer will make investments of US$14,000 and payments totaling US$36,000. The agreement may be terminated at Biotech Customer's discretion upon written notice. In February 2019, although the first milestone was not yet achieved, the Group and the Biotech Customer entered into an amendment whereby the Biotech Customer made the initial investment of US$7,000 (RMB 48,733 equivalent) to subscribe for 1,189,397 Series C redeemable convertible preferred shares of the Company (Note 16) in full satisfaction of its obligation to invest in the Group following the successful attainment of the first milestone, and all other terms and conditions of the agreement remain unchanged. As of December 31, 2019, none of the milestones have been achieved and the agreement, as amend, remains in effect.<br><br>As part of the same arrangement, the Group may sell 1,000 units of customized AAVs conforming to the functional specifications by the Biotech Customer according to a 15-year delivery schedule subject to subsequent purchase amendments. Purchase orders are conditional on the Group achieving a number of performance milestones and the Biotech Customer obtaining required approvals from the FAA and FDA for the internal testing of the AAVs. In December 2018, two amendment contracts were signed to specify the delivery of five units of AAVs and related supporting services in partial satisfaction of the original agreement. As of December 31, 2019, two of the ordered products have been delivered.<br><br>. . . As of December 31, 2020, none of the milestones have been achieved and the agreement, as amend[ed], remains in effect . . .<br><br>. . . As of December 31, 2021, none of the milestones have been achieved and the agreement, as amend[ed], remains in effect . . . | Exhibit 24 at 10<br><br>Exhibit 25 at 9 |

| | |
|---|---|
| . . . As of December 31, 2022, none of the milestones have been achieved and the agreement, as amend[ed], remains in effect . . .<br><br>. . . As of December 31, 2023, none of the milestones have been achieved and the agreement, as amend, remains in effect . . . | |
| ***Contracts with Our Customers and Partners***<br><br>We have entered into a number of long-term framework and conditional agreements with our business partners relating to the sale of passenger-grade AAVs. These business partners include several PRC AAV distributors, a U.S. biotechnology company (Lung Biotechnology PBC), a Japanese air mobility digital platform company (AirX Inc.), an Indonesian company (Prestige Aviation) and a Malaysian aviation company (AEROTREE). Each framework or conditional agreement generally sets forth a target or expected sale quantity over a multi-year period. Our agreement with Lung Biotechnology PBC is the only one among our agreements with customers, pursuant to which purchases are explicitly conditioned on our meeting certain deadlines for specified performance milestones and the receipt of applicable regulatory approvals. We have yet to achieve the performance milestones, which allows the customer to terminate the agreement. In some other agreements, the sales targets and pre-orders are non-binding. | Exhibit 1 at 17 |
| We entered into a 15-year development and conditional purchase agreement in 2016 with Lung Biotechnology PBC, a wholly-owned subsidiary of a U.S. biotechnology company United Therapeutics Corporation (Nasdaq: UTHR), with the aim to enable routine fully-autonomous organ delivery missions from its facilities to hospitals for transplant. The customer intended to purchase 1,000 units of customized AAVs upon achievement of specified performance milestones and that the customer obtains required approvals from the FAA and the FDA for their commercial operation of our AAVs. As of December 31, 2022, we had delivered five | Exhibit 5 at 9 |

| | |
|---|---|
| units of passenger-carrying AAVs to this customer for their trial operations conducted in Canada. | |
| Pre-orders do not obligate the customers to purchase EHang's AAVs unless certain conditions are satisfied. Fulfilment is expected to take several years and is conditional upon, among other things, achievement of performance milestones and receipt of regulatory approvals. | Exhibit 33 at 11 n.5

Exhibit 36 at 6 n.2

Exhibit 37 at 6 n.2

Exhibit 38 at 12 n.2 |
| Except for purchase orders, we have also entered into a number of long-term framework and conditional agreements time to time with our customers and business partners relating to preorder or distribution of our products and solutions. These non-binding agreements do not obligate the customers to purchase the products unless certain conditions are satisfied. Fulfillment is expected to take several years and is conditional upon, among other things, achievement of performance milestones and receipt of regulatory approvals | Exhibit 22 at 13 |

| Meaningful Cautionary Language Regarding Prestige Aviation | |
|---|---|
| **Disclosure** | **Source** |
| **Regulatory Updates**<br>…<br>*Indonesia*. In November 2021, we and our local partner Prestige Aviation conducted a debut flight demonstration of EHang 216 for aerial sightseeing in Bali, Indonesia, with a Special | Exhibit 1 at 14-15, 17 |

| | |
|---|---|
| Certificate of Airworthiness issued by the Directorate General of Civil Aviation from the Ministry of Transportation of the Republic of Indonesia.<br><br>In Asia, we are expanding our UAM partnership network and receiving increasing market demand with sizable pre-orders for our passenger-grade AAVs in more Asian countries . . . In Indonesia, we partnered with Prestige Aviation, an Indonesian aviation company, and received a pre-order for 100 units of EHang 216.<br><br>***Contracts with Our Customers and Partners***<br><br>We have entered into a number of long-term framework and conditional agreements with our business partners relating to the sale of passenger grade AAVs. These business partners include . . . an Indonesian company (Prestige Aviation). . . Each framework or conditional agreement generally sets forth a target or expected sale quantity over a multi-year period. . . In some other agreements, the sales targets and pre-orders are non-binding. . . Specifically, currently in China, the United States and other jurisdictions relevant to us, the commercial use of our passenger-grade AAVs, and in some cases our non-passenger grade AAVs, is subject to an uncertain or lengthy approval process. None of our business partners has obtained the regulatory approval for the commercial operations of our passenger-grade AAVs. We are unable to estimate the average length of time required to obtain the applicable regulatory approvals due to the nascent nature of AAV-related regulations and the lack of relevant precedents. We also cannot be sure that we or our business partners will obtain the required approvals in a timely manner, or at all. We are not aware of any operator having been granted all required approvals for the commercial operations of passenger-grade AAVs in China, the United States or elsewhere. | |
| Pre-orders do not obligate the customers to purchase EHang's AAVs unless certain conditions are satisfied. Fulfilment is expected to take several years and is conditional upon, among other things, achievement of performance milestones and receipt of regulatory approvals. | Exhibit 35 at 9 |

**Appendix B**
**Page 17**