# Exhibit 3

Exhibit 3
Page 1

🏠 **Unmanned Systems**  / Urban Air Mobility (UAM) Market

**Urban Air Mobility (UAM) Market Size, Share & Industry Analysis, By Vehicle Type (Air Taxi, Air Metro, Air Ambulance, Last-Mile Delivery, and Other), By Range (Intercity, and Intracity), By Operation (Piloted, Autonomous, and Hybrid), By End User (Ridesharing Companies, Scheduled Operators, E-Commerce Companies, Hospitals, and Medical Agencies and Private Operators), Regional Forecast, 2024-2032**

Last Updated: November 18, 2024 | Format: PDF | Report ID: FBI106344

Share ✉ f 𝕏 in

| Summary ⌄ |
|---|

📄 Request Sample PDF

### KEY MARKET INSIGHTS

 Listen to Audio Version

The global urban air mobility (UAM) market size was valued at USD 3.60 billion in 2023. The market is projected to grow from USD 4.21 billion in 2024 to USD 14.64 billion by 2032, exhibiting a CAGR of 16.9% during the forecast period. North America dominated the UAM market with a market share of 40.83% in 2023.

**WE ARE IN THE PROCESS OF REVAMPING URBAN AIR MOBILITY (UAM) MARKET WITH RESPECT TO RUSSIA-UKRAINE CONFLICT**

Request Sample

Rising urbanization and traffic conditions are pushing ground transportation networks to their limits. Bringing urban air mobility into the third dimension has the potential to develop a transportation system that is faster, cleaner, safer, and more interconnected. Autonomous aerial vehicles and flying cars are no longer science fiction as projects and tests are underway worldwide. The UAM sector, which is still in its early phases, saw significant growth, with over USD 1.00 billion invested in the first few months of 2020. The most notable investments being Toyota's USD 590.0 million in Joby Aviation and Guangzhou EHang Intelligent Technology Co. Ltd USD 650.0 million IPO value. Furthermore, the Federal Aviation Administration (FAA) works with more than 15 eVTOL aircraft manufacturers. Within the next three to five years, Uber Air, Guangzhou EHang Intelligent Technology Co. Ltd, Volocopter GmbH, Joby Aviation, and Lilium GmbH all plan to begin commercial passenger operations.

Globally, rising traffic congestion difficulties, particularly in larger cities, are driving the demand for speedier intracity transportation choices. This is likely to increase focus on this technology development and R&D investment, with several start-ups and aerospace companies considering it a high-growth market. As a result, such factors are projected to fuel the market growth over the forecast period. The COVID-19 outbreak has significantly damaged this market. The outbreak results in lockdown in several developed and developing countries such as the U.S., the U.K., China, and India.

### URBAN AIR MOBILITY (UAM) MARKET TRENDS

*Rising Investment in UAM System Across the World to Surge Demand*

As the number of on-road passenger vehicles rises year after year, traffic congestion is becoming more of a worry.

> » According to the American Bar Association, the U.S., Germany, France, and the U.K. combined spent USD 200 billion on just traffic congestion operation in 2013. This can rise to USD 293 billion by 2030 if traffic goes on increasing.

Increased traffic on the roads, particularly during peak hours, resulted in commuters spending much more time on the road. The current road infrastructure in most nations is incapable of handling peak-hour traffic without causing people to queue. It is not just a waste of citizens' time but also a challenge to governments. Furthermore, increasing on-road passenger vehicle volumes, which consume fossil fuels, are significantly harming the environment. With traffic congestion and urban road mobility being a significant concern, governments and technology firms have begun considering UAM's for potential passenger and also considering this as cargo transportation option. Since this is a safe and efficient air transportation system where passenger-carrying air taxis operate above inhabited areas, this may save a lot of time. In June 2021, American Airlines announced that it would invest in Vertical Aerospace due to its continuous commitment to environmental sustainability. Vertical Aerospace is a leading U.K.-based engineering and aeronautical enterprise developing electric vertical takeoff and landing (eVTOL) aircraft.

There may be significant time savings due to UAM as it is a safe and efficient air transportation system where passenger-carrying air taxis operate faster and can do sharp turns easily. Furthermore, the UAM's air taxis are mostly electric or fuel-cell powered. As a result, they contribute to the reduction of pollution in the atmosphere.

**Exhibit 3**
**Page 2**

**North America Urban Air Mobility Market Size, 2019-2032 (USD Billion)**



Request A Free Sample to learn more about this report.

## URBAN AIR MOBILITY MARKET GROWTH FACTORS

### *Growing Demand for Alternate Mode of Transport to Boost Market Growth*

With growing urban population, transportation infrastructure must be managed appropriately to allow for mass mobility. As a result, cities worldwide are exploring alternative modes of transportation to alleviate traffic congestion. The use of autonomous drones in urban air mobility is intended to provide benefits such as lower pollution, shorter travel times, and decreasing demand on current transportation infrastructure.

A primary reason driving the growth of this market is increasing traffic problems in densely populated cities. Long traffic jams result from increased road traffic in urban areas, resulting in unnecessary travel time. Furthermore, government and regulatory bodies are in favor of supporting UAM initiatives as they can significantly increase the effectiveness of transportation along with increased environmental sustainability.

### *Demand for UAM Driven by Rising Demand for Green Solutions*

According to the U.S. Environmental Protection Agency, an average passenger car emits 4.7 metric tonnes of $CO_2$ each year. In addition, automotive accidents have increased due to rising vehicle ownership in developing countries such as India and China. Moreover, an increase in number of ground vehicles results in increase in pollution and need for more parking space. This factor is expected to drive the urban air mobility market growth during the forecast period.

UAM is expected to deliver the ultimate solution to these environmental challenges to overcome the insecurities associated with ground vehicles. A battery-powered UAM vehicle will replace existing internal combustion engine (ICE) cars, reducing carbon emissions and improving air quality in metropolitan areas. The increased focus from the mobility industry toward introducing sustainable means of power engines to reduce carbon footprints and promote green energy solutions is one of the leading factors expected to aid in the adoption of this technology.

## RESTRAINING FACTORS

### *Security Concern, High Investment, and Limited Government Supportive Regulation to Hamper Market Growth*

Political, economic, social, technological, and legal barriers must be overcome by all countries adopting urban air transportation for better reach and adaptability. The market Operation should be economically scaled to suit high-demand operations with low fixed costs. Research institutes, corporations, universities, and governments must all make significant investments.

Several firms have designed and tested enabling parts of the UAM idea in recent years, including prototypes of vertical takeoff landing capability vehicles, operating concepts, and prospective business models. While the convergence of multiple elements may enable UAM, legal and regulatory constraints may prevent it from becoming widespread.

Like other disruptive technologies, UAM has yet to reach a stage where innovation is not hindered, and the public is sufficiently safeguarded by federal, state, and local governments. As a part of legal impediments, safety and privacy, UAM operations offer new and factual issues that may deter the usage of such technology. However, these legal impediments are followed by collaborative initiatives like the UAS Integration Pilot Program, FAA Rulemaking Committees, the UAM Grand Challenge, and others that enable the alignment of technology and policy, allowing for more complicated operations.

## URBAN AIR MOBILITY MARKET SEGMENTATION ANALYSIS

### By Vehicle Type Analysis

### *Air Taxi Segment is Estimated to Grow Strongly During the Forecast Period*

Based on vehicle type, the market is segmented into air taxis, air metro, air ambulance, last-mile delivery, and others.

The air taxis segment was estimated to be the largest segment in 2023. This demand is attributed to rapid technological advancements such as constructing prototypes. A convergence of technology, including highly efficient batteries, sophisticated manufacturing techniques, and autonomous vehicles like self-driving automobiles, is expected to drive the segment growth during the forecast period.

**Exhibit 3**

**Page 3**

The air taxi segment will further supplement by private transportation in urban areas in the future years. For instance, demo flights have been taking place in Guangzhou, China since 2018; the first aircraft will transport people around the Olympic games in Paris, France in 2024; and test flights will be taking place soon in Dallas, Texas.

The air ambulance segment witness fast pace growth during 2024-2032. The growth is attributed to the rising demand for emergency medical services. The need for air ambulances recorded an increase amid the COVID-19 pandemic to provide medical treatment to people in rural areas.

## By Range Analysis

### *Intercity Segment is Expected to Witness Fast Pace Growth During Forecast Period*

The market has been divided into intercity and intracity based on range.

The intercity section of the global market is predicted to have the highest growth, owing to technological advancements that have made urban air mobility a viable option. These planes are also equipped with technology that allows them to transport 2 to 4 passengers and 20 to 40 kg of hand luggage over distances ranging from 50 to 250 kilometers. In addition, these intercity planes cut travel times between two cities in half. These planes are the only means of high-speed transport that do not necessitate extensive infrastructure. As a result of these characteristics, the demand for intercity aircraft is expected to boost or skyrocket, potentially accelerating the sub-market segment's growth over the analysis period.

The intracity segment also accounted for a significant market size in 2023. The growth of the segment is due to increasing traffic congestion in the world's busiest cities, such as New York, Munich, Rio de Janeiro, and Bengaluru, owing to increasing population and migration from rural areas. As a result, significant airlines throughout the world have begun to use UAMs for intracity service.

» For example, in February 2021, United Airlines, Inc., a major American airline located in Chicago, announced a USD 1.00 billion order from Joby Aviation, a California-based venture-backed aerospace business, for eVTOLs and land aircraft. Under this agreement, United Airlines, Inc. might begin offering intra-city services in Southern California as early as three years.

## By Operation Analysis

### *Autonomous Segment is Expected to Grow at a Rapid Rate*

The market is divided into three segments based on operation, including piloted, hybrid, and autonomous.

The autonomous segment, in particular, is likely to increase and create significant revenue in the global market. The reduction of human error in aircraft operations due to enhanced autonomy, novel artificial intelligence (AI) developments, and increased cost savings in the global aviation sector will fuel this expansion. In addition, aviation industry leaders, such as Aurora Flight Sciences, specializing in developing advanced aircraft, are developing new products.

» In January 2019, Aurora Flight Sciences announced the successful test of an autonomous passenger air vehicle prototype in Virginia. By leveraging this prototype technology, the company also sought to construct and manufacture eVTOL aircraft with enhanced reliability and safety.

The piloted segment of this market is also expected to grow during the forecast period. This growth is attributed to increasing deployment of advanced eVTOL systems for commercial and military aircraft in the market currently.

## By End User Analysis



To know how our report can help streamline your business, Speak To Analyst

### *Ridesharing Companies Segment is Estimated to Witness Fastest Growth*

Based on end-user, the market is segmented into ridesharing companies, scheduled operators, e-commerce companies, hospitals and medical agencies, and private operators.

Exhibit 3
Page 4

The ridesharing companies segment dominated in terms of market share is projected to be the fastest-growing segment during the forecast period. This growth is due to increased traffic congestion, especially in larger cities, boosting demand for faster intercity transportation options. In this domain, the concept of urban air transportation is gaining traction. Uber has been a key player in the Ridesharing Company, assisting in developing a framework for integrating drones and air taxis into a Ridesharing network. Uber's work on UAM and Joby Aviation's planes will be a strong future transportation alliance.

The hospitals and medical agencies segment has also accounted for a significant share due to an increase in emergency medical care. During the pandemic, the demand for air ambulances has increased due to increase in need for medical treatment in remote areas.

Scheduled operators, e-commerce companies, and private operators segment are anticipated to witness moderate growth during the forecast period owing to the rising demand for aircraft-quality control services.

## REGIONAL INSIGHTS

In terms of geography, the global market is segmented into North America, Europe, Asia Pacific, and the rest of the world.



**North America Urban Air Mobility Market Size, 2023 (USD Billion)**

NORTH AMERICA
USD 1.47 Billion

To get more information on the regional analysis of this market, Request A Free Sample

North America held the largest share in 2023, with a market size of USD 1.47 billion. The region is dominating this market compared to other areas. The Boeing Company's presence has also aided in creating a good climate for the sector, as the business is heavily investing in producing prototypes for evaluation. The U.S. is leading the way in North America in terms of adopting this modern mode of transportation. Many American start-ups are collaborating to develop and apply these technologies on a local level. A roadmap for getting the UAM into commercial use will be laid out over the next 5-6 years. The rising air traffic among residents of major North American cities fuels the adoption of air taxis and airport shuttle services. Furthermore, last-mile and freight services are likely to be widely provided with eVTOL aircraft in the U.S., positively impacting the market growth in North America.

Europe is going to witness the fastest growth during the forecast period. Though there have been developments worldwide, most of these innovations have been concentrated in Europe. The U.K., Germany, and France are investing heavily in urban air mobility technology. The presence of Airbus S.A.S has also aided in creating a favorable atmosphere for this sector, as these businesses are investing heavily in producing prototypes for evaluation. For example, Airbus has been researching ways to use the most recent technology breakthroughs in electric propulsion systems for powering UAMs since 2014. As a result, the Airbus Urban Mobility business was established in 2018 to speed the integration of such breakthrough technology into the UAM solutions that the company aspires to provide. Airbus began researching new capabilities as part of the Vertex project in April 2021, intending to achieve completely autonomous flight in its Flightlab demonstrator by 2023.

The market in Asia Pacific is anticipated to witness remarkable growth during the forecast period. The growth is due to increasing investments in urban air mobility technology in India, China, Singapore, Japan, and others.

&raquo; In October 2019, Volocopter GmbH from Germany and Skyport Aviation of the U.K. exhibited a model of the VoloPort in Singapore's Marina Bay neighborhood. The company also conducted a short demonstration flight with the prototype of the VoloCity aircraft. The company claims it will achieve European Union Aviation Safety Agency (EASA) type certification in time for service entry by the end of 2022, with the Civil Aviation Authority of Singapore (Chalet C512).

&raquo; In September 2019, Geely, a Chinese automaker, announced USD 55.0 million investment in Volocopter and stated its desire to bring UAM operations to China. Geely, which also holds a stake in German automaker Daimler, talks about mass-producing the VoloCity and lowering its running costs.

The rising demand for urban air mobility in Latin America and the Middle East & Africa is anticipated to drive the growth of this market during the forecast period. The Middle East, particularly the United Arab Emirates, is poised to become the global capital of urban air mobility. S-A1, Hyundai Motor Group's urban air mobility vision concept, was recently unveiled at GITEX Technology Week, which took place from December 6 to 10, 2020 at Dubai World Trade Center. Etisalat, a leading telecommunications operator in Africa and the Middle East and a GITEX host, has added the S-A1 to its list of "Best Innovations in 2020" and invited Hyundai Motor Group to demonstrate its game-changing technology.

## LIST OF KEY COMPANIES IN URBAN AIR MOBILITY MARKET

*Key Players to Focus On Product Innovation to Sustain their Positions in Market*

**Exhibit 3**
**Page 5**

The market is still in its early stages, with several businesses attempting to deploy their UAM systems through collaborations and partnerships in the next five years. However, a lot of groundwork still needs to be done regarding the necessary infrastructure and air traffic management. The players are teaming up with several other companies or organizations that can provide the essential technologies.

» For instance, Uber and NASA teamed up in 2018 to develop technology for UAM airspace control, paving the way for large-scale UAM operations.

» Similarly, Porsche and the Boeing Company inked an MoU in October 2019 to investigate the urban air transportation sector and its benefits.

With a rising emphasis on environment-friendly and economically sustainable mobility technologies, players primarily focus on creating eVTOL (electric Vertical Takeoff and Landing) aircraft and exploring other energy sources such as hydrogen fuel cells. Furthermore, in this area, investments in autonomous aircraft are currently expanding.

**LIST OF KEY COMPANIES PROFILED:**

» Textron Inc. (U.S.)

» Uber Technologies Inc. (U.S.)

» Airbus SE (Netherlands)

» Ehang (China)

» Safran SA (France)

» Volocopter (Germany)

» Lilium Aviation GmbH (Germany)

» Carter Aviation (U.S.)

» AIRSPACEX (U.S.)

» Aurora Flight Sciences (U.S.)

**KEY INDUSTRY DEVELOPMENTS:**

» **April 2024** – Unifly, which falls under the Terra Drone Corporation Group, announced that the company completed the CORUS-XUAM project. The project is a collaborative effort that would redefine the landscape of urban air mobility over the coming years.

» **March 2024** – The U.K. government announced that the government has pledged to issue a funding plan for industry stakeholders facilitating the launch of passenger-carrying, piloted eVTOL air services in 2026. In contrast, autonomous flights are expected to begin trials by 2030.

» **March 2024** – Electron Aerospace showcased its latest designs for electric five-seat utility aircraft. The company aims to begin manufacturing and testing with deployment at the end of 2030. The aircraft would feature battery technology and is expected to have an operational range of 500 km.

**REPORT COVERAGE**

**An Infographic Representation of Urban Air Mobility (UAM) Market**



To get **information on various segments,** Share Your Queries With Us

The global urban air mobility market research report provides a detailed analysis of the market. It encompasses key aspects such as R&D capabilities and optimization of the manufacturing process. Besides this, the report offers insights into the market trends and highlights key industry developments. In addition to the factors mentioned above, the report focuses on several factors that have contributed to the growth of the market over recent years.

**Exhibit 3
Page 6**

www.fortunebusinessinsights.com

**Urban Air Mobility (UAM) Market Segments**

To gain extensive insights into the market, Request For Customization

## REPORT SCOPE & SEGMENTATION

| ATTRIBUTE | DETAILS |
|---|---|
| Study Period | 2019-2032 |
| Base Year | 2023 |
| Estimated Year | 2024 |
| Forecast Period | 2024-2032 |
| Historical Period | 2019-2022 |
| Growth Rate | CAGR of 16.9% from 2024 to 2032 |
| Unit | Value (USD Billion) |

**Exhibit 3**
**Page 7**

| Segmentation | **By Vehicle Type**<br>• Air Taxis<br>• Air Metros<br>• Air Ambulance<br>• Last-Mile Delivery<br>• Others |
| --- | --- |
| | **By Range**<br>• Intercity<br>• Intracity |
| | **By Operation**<br>• Piloted<br>• Autonomous<br>• Hybrid |
| | **By End User**<br>• Ridesharing Companies<br>• Scheduled Operators<br>• E-Commerce Companies<br>• Hospitals and Medical Agencies<br>• Private Operators |
| | **By Geography**<br>• North America (By Vehicle Type, Range, Operation, End User, and Country)<br>  • U.S. (By Vehicle Type)<br>  • Canada (By Vehicle Type)<br>• Europe (By Vehicle Type, Range, Operation, End User, and Country)<br>  • U.K. (By Vehicle Type)<br>  • Germany (By Vehicle Type)<br>  • France (By Vehicle Type)<br>  • Russia (By Vehicle Type)<br>  • Rest of Europe (By Vehicle Type)<br>• Asia Pacific (By Vehicle Type, Range, Operation, End User, and Country)<br>  • China (By Vehicle Type)<br>  • India (By Vehicle Type)<br>  • Japan (By Vehicle Type)<br>  • Australia (By Vehicle Type)<br>  • Rest of Asia Pacific (By Vehicle Type)<br>• Rest of the World (By Vehicle Type, Range, Operation, End User, and Country)<br>  • The Middle East & Africa (By Vehicle Type)<br>  • Latin America (By Vehicle Type) |

**FREQUENTLY ASKED QUESTIONS**

How much is the urban air mobility market worth?                                                                          —

Fortune Business Insights says that the global market size was USD 3.60 billion in 2023 and is projected to reach USD 14.64 billion by 2032.

At what CAGR is the urban air mobility market projected to grow over the forecast period (2024-2032)?                      +

Which is the leading segment in the urban air mobility market ?                                                           +

Who are the leading players in the market?                                                                               +

**Exhibit 3**
**Page 8**

Which region held the highest share in the market?

**SEEKING COMPREHENSIVE INTELLIGENCE ON DIFFERENT MARKETS? GET IN TOUCH WITH OUR EXPERTS**    Speak to an Expert

## Key Questions Answered

- What is the market size and growth rate of the global and regional market by various segments?
- What is the market size and growth rate of the market for selective countries?
- Which region or sub-segment is expected to drive the market in the forecast period?
- What Factors are estimated to drive and restrain the market growth?
- What are the key technological and market trends shaping the market?
- What are the key opportunities in the market?
- What are the key companies operating in the market?
- Which company accounted for the highest market share?

REQUEST SAMPLE

## Why Choose Fortune Business Insights?

- Strong Industry Focus
- Extensive Product Offerings
- Customer Research Services
- Robust Research Methodology
- Comprehensive Reports
- Latest Technological Developments
- Value Chain Analysis
- Potential Market Opportunities
- Growth Dynamics
- Quality Assurance
- Post-sales Support
- Regular Report Updates

SPEAK TO ANALYST



**STUDY PERIOD:**
2019-2032

**BASE YEAR:**
2023

**HISTORICAL DATA:**
2019-2022

**NO OF PAGES:**
200

**Exhibit 3**
**Page 9**

🛒 Buy Now

📄 Request Sample

📝 Ask For Customization

✂ Get a Quote

### Multi-report Purchase Plan

A Customized Plan Will be Created Based on the number of reports you wish to purchase

### Inquire

## Aerospace & Defense Clients

KAMAN        L.E.K.        🚗 TOYOTA

📰 **Related Reports**

- Air Ambulance Services Market
- Unmanned Aerial Vehicle (UAV) Market
- EVTOL Aircraft Market

❝ **Client Testimonials**

"Thank you very much. I really appreciate the work your team has done. I feel very comfortable recommending your services to some of the other startups that I'm working with, and will likely establish a good long partnership with you."

*- U.S. BASED STARTUP OPERATING IN THE CULTIVATED MEAT MARKET.*

"We received the below report on the U.S. market from you. We were very satisfied with the report."

*- GLOBAL HEARING AIDS MANUFACTURER.*

"I just finished my first pass-through of the report. Great work! Thank you!"

*- U.S. BASED SOLAR RACKING SOLUTIONS PROVIDER.*

"Thanks again for the great work on our last partnership. We are ramping up a new project to understand the imaging and imaging service and distribution market in the U.S."

*- WORLD'S LEADING ADVISORY FIRM.*

"We feel positive about the results. Based on the presented results, we will do strategic review of this new information and might commission a detailed study on some of the modules included in the report after end of the year. Overall we are very satisfied and please pass on the praise to the team. Thank you for the co-operation!"

*- GERMANY BASED MACHINE CONSTRUCTION*

"Thank the v have requir tools, decora

*COM*

### Get in Touch with Us

☎

US +1 833 909 2966 ( Toll Free )

UK +44 808 502 0280 ( Toll Free )

+91 744 740 1245 (APAC)

✉ sales@fortunebusinessinsights.com



**Subscribe News Letter**

enter your email address    Submit

**Trust Online**

**Exhibit 3**
**Page 10**



Contact Us

( WIRE TRANSFER  8  VISA  6 AMERICAN EXPRESS )
OR 744 808 502 0280 ( Toll Free )

APAC +91 744 740 1245

sales@fortunebusinessinsights.com

Connect with us

Information

FAQs
Testimonials
Terms of Use
Privacy Policy
Careers
How To Order

© 2024 Fortune Business Insights . All rights reserved

Exhibit 3
Page 11