# Exhibit 4

Exhibit 4
Page 1



**Exhibit 4**
**Page 2**

# Disciaimer

These materials have been prepared by EHang Holdings Limited (the "Company") solely for informational purposes and have not been independently verified. No representations or warranties, express or implied, are made as to, and no reliance should be placed on, the accuracy, fairness, completeness or correctness of the information or opinions presented or contained in these materials. None of the Company, its subsidiaries, affiliates, controlling persons, directors, supervisors, officers, partners, employees, advisors, and representatives of any of the foregoing shall have any responsibility or liability whatsoever, as a result of negligence or otherwise, for any loss howsoever arising from any information or opinions presented or contained in or derived from these materials. The information and opinions presented or contained in these materials is subject to change without notice and shall only be considered current as of the date of this presentation.

This presentation includes forward-looking statements, which are based on current expectations and forecast about future events. These statements can be recognized by the use of words such as "expect," "plan," "will," "estimate," "project," "intend," or words of similar meaning. These forward-looking statements are made only and are based on estimates and information available to the Company, as of the date of this presentation, and are not guarantees of future performance. These statements are based on a number of assumptions which are subject to known and unknown risks, uncertainties and other factors that are beyond the Company's control, which could cause actual results to differ materially from historical results or those anticipated. These factors include but are not limited to those relating to our expectations regarding demand for, and market acceptance of, our products and solutions and the commercialization of UAM services, our relationships with strategic partners, and current litigation and potential litigation involving us. The Company and its affiliates and representatives undertake no obligation to update or revise these forward-looking statements for events or circumstances that occur subsequent to the date of this presentation. Actual results could differ materially from those anticipated in forward-looking statements and future results could materially differ from our historical performance.

This presentation is not and does not constitute or form part of, and is not made in connection with, any offer, invitation or recommendation to sell or issue, or any solicitation of any offer to purchase or subscribe for, any securities of any entity, and neither this presentation nor anything contained in it shall form the basis of, or be relied upon in connection with, any contract or investment decision.

Certain data in this presentation was obtained from various external data sources, and the Company has not verified such data with independent sources. Accordingly, the Company makes no representations as to the accuracy or completeness of that data, and such data involves risks and uncertainties and is subject to change based on various factors. The figures in this document may have been subject to rounding.

The information presented or contained in this presentation is subject to change without notice. Neither the delivery of this presentation nor any further discussions of the Company, any of its affiliates, shareholders, directors, employees, agents or advisors with any of the recipients shall, under any circumstances, create any implication that there has been no change in the affairs of the Company since the date of this presentation.

By attending this presentation and viewing and accessing these materials, you agree to keep these materials strictly confidential and be bound by the limitations set forth herein. These materials are being given solely for your use and may not be retained, copied, reproduced, redistributed or otherwise disclosed, directly or indirectly to any other person in any manner, or published, in whole or in part, for any purpose. Any failure to comply with these restrictions may constitute a violation of applicable securities laws.

EHANG 亿航

**Exhibit 4**
**Page 3**



## EHang in Numbers

The world's leading Urban Air Mobility (UAM) technology platform company

**2014**
Company founded

**1st**
Autonomous eVTOL launched in 2016

**1st**
Publicly traded UAM technology company

**1st**
Unmanned eVTOL Type Certificate from CAAC

**42,000+**
Safe, autonomous trial and demo flights[1]

**65.9%**
Gross margin of fiscal year 2022

**633**
Issued and pending patents in China [2]

**55.7%**
R&D employees [3]

1) Cumulative data as of October 31, 2023, including the flight records of EH184, EH116, and EH216 series in 14 countries across Asia, Europe and Americas
2) Cumulative data as of March 31, 2023
3) As of December 31, 2022

EHANG 亿航

3

**Exhibit 4**
**Page 4**



# Our Mission

*Enable safe, autonomous and eco-friendly air mobility for everyone*

Exhibit 4
Page 5

# Massive Unlocked UAM Market Opportunity

Total Addressable Market: US$1tn by 2040, US$9tn by 2050

*"If you're bullish on autonomous cars, it's time to start looking at autonomous aircraft."*

China is estimated to be the world's largest regional UAM market, accounting for nearly 30% of the global UAM market.







Source: Morgan Stanley Research Reports titled "eVTOL/Urban Air Mobility TAM Update: A Slow Take-Off, But Sky's the Limit" dated May 6, 2021, and "Flying Cars: Investment Implications of Autonomous Urban Air Mobility" dated December 2, 2018.

**Exhibit 4**
**Page 6**

# EHang – UAM Platform Operator



**Exhibit 4**
**Page 7**

# Our Integrated Technology Platform

## Unmanned Aerial Vehicle (UAV)

Comprehensive product portfolio of high-performing eVTOLs/UAVs for multiple applications



**EH216 Series**

EH216-S

EH216-F (Firefighting)

EH216-L (Logistics)



**VT Series**

VT-30

VT-20

VT-10



**Others**

Falcon B

GD Series

## UAV Operating Platform

Operating systems and extended infrastructure that facilitate UAV management and operations at scale

UAV Operating Systems



Command-and-Control Systems



Vertiports and Charging Systems







EHANG | 亿航

7

**Exhibit 4**
**Page 8**

# Technical Advantages to Ensure Safety and Efficiency



For intra-city air mobility - EH216-S

For inter-city air transportation - VT-30

**Electric Vertical Takeoff and Landing**
- Green energy and zero carbon emissions
- No need for large airports or runways

**High Redundancy Design with Backup System**
- Redundancy extends across propulsion, sensors, flight controls, and communication systems
- Avoid any single point failure

**Autonomous Flying**
- Pre-determined flight routes
- Flight safety ensured by electric fence
- Eliminates pilot costs

**Fleet Management**
- On-the-ground command-and-control systems
- Monitoring, warning, route planning, fleet management, remote control for emergencies

EHANG 亿航                                                        8

**Exhibit 4**
**Page 9**

# The First and Only eVTOL Company to Secure TC

- EH216-S passenger-carrying UAV system has obtained the world's first type certificate ("TC") of unmanned eVTOL officially issued by the Civil Aviation Administration of China ("CAAC")

- Demonstrating that the EH216-S's model design fully complies with CAAC's safety standards and airworthiness requirements, and that the EH216-S is qualified for conducting passenger-carrying UAV commercial operations

- The only eVTOL company to secure TC for passenger-carrying autonomous eVTOL

The journey to obtain EH216-S TC

1,000+ days and nights

500+ parameters

40,000+ trial flights

Extensive laboratory, ground and flight tests of 65 categories and 450+ individual test items





**Exhibit 4**
**Page 10**

# We Already Have Sales Pipeline for 450+ Units in Asian Market *



### Sales Pipeline for 245+ Units in Total

Hefei Municipal Government — 100+ units EH216 series

Shenzhen Boling — 100 units EH216-S

Tianxingjian Cultural Tourism — 25 units EH216-S

Xiyu Tourism — 5 units EH216-S

Xi'an Aerospace Investment — 20 units EH216-S

### Expanding Footprints in Korea

- Seoul metropolitan government purchased one unit of EH216-S
- Demo flights in Seoul, Daegu and Jeju Island in Korea

### Pre-Orders for 50 Units of EH216 Series and One Unit of VT-30

AirX Inc., a leading air mobility digital platform company

Okayama Kurashiki Mizushima Aero & Space Industry Cluster Study Group (MASC)

China | Korea | Japan | Malaysia | Indonesia

### Pre-Orders for 50 Units of EH216 series and 10 Units of VT-30 in Total

Aerotree, a leading Malaysian aviation company

### Pre-Orders for 100 Units of EH216-S

Prestige Aviation, an Indonesian aviation company

\* The sales pipeline aggregates the total number of eVTOLs that customers in Asia have expressed an interest in purchasing from EHang based on signed agreements as of October 18, 2023. Fulfilment is subject to additional definitive agreements and conditions provided in the relevant contracts, and expected to take several years.

EHANG 亿航

**Exhibit 4
Page 11**

# Our Commercial Operational Services

## Trial Operations


20 trial operation sites in 18 cities in China


9,300+ safe flights during two-year trial operation


Established operation team, digital UAM operation platform, operation procedures, safety rules and acquired operation expertise



## Commercial Operational Services

To launch commercial operational service after obtaining the Operation Certificate

Plan to start from aerial sightseeing and flight experience services in selected locations in China



Note: Numbers on this page are cumulative data as of July 31, 2023.

Exhibit 4
Page 12

# Urban Air Mobility Use Cases – Passenger Transportation

Aerial Sightseeing, Experience Flight

Regional Air Shuttle in Theme Parks and Scenic Areas

Air Shuttle between Ground Transportation Hubs

Intracity Air Taxi

Intracity Air Shuttle

Air Shuttle for Airports

Extended to other emergency uses:



Emergency Rescue          Transplant Organ Transport          Aerial Firefighting

**Exhibit 4
Page 13**

## Urban Air Mobility Use Cases – Aerial Logistics

| Last-Mile Delivery | Short-Haul Intra-City Logistics Transportation | Long-Haul Inter-City Logistics Transportation |



**Exhibit 4**
**Page 14**

# Wordwide Footprint with Industry-Leading Safe Flight Record

Completed *42,000+* demo and trial flights in *14* countries across Asia, Europe, Americas*



*Data as of October 31, 2023, including the flight records of EH184, EH116, and EH216 series.

**Exhibit 4**
**Page 15**

## Yunfu Production Facility

- ~24,000 sq.m in gross floor area in Yunfu City, Guangdong Province, China

- Planned initial annual capacity of 600 units of EHang eVTOLs

- Efficient UAV R&D, manufacturing and supply chain network in China

- In-house production processes include manufacturing key components, carbon fiber composite airframes, aircraft assembling and flight testing

- Since 2017, our quality management system has been certified by AS9100, a quality standard widely recognized in the global aerospace industry.







EHANG | 亿航                                                                                                    15

**Exhibit 4**
**Page 16**

# Favorable Policies and Regulations to Support UAM / Low-Altitude Economy in China



- The State Council of China proposed to incorporate the development of Urban Air Mobility into China's National Strategies;
- The State Council of China issued the *Guidelines of the National Comprehensive Transportation Network Plan* for the development of a comprehensive transportation network by 2035, calls for intelligent general aviation vehicle applications and includes low-altitude economy in the national economic development plan.
- In June 2023, China's State Council and the Central Military Commission officially issued the *Interim Measures for the Flight Management of Unmanned Aerial Vehicles (UAVs)*, effective on January 1, 2024, which is the first special administrative regulation of its kind in China to support the flourishing develoDpment of UAV industry.
- In October 2023, China's four ministries issued the *Green Aviation Manufacturing Industry Development Outline (2023-2035),* aiming to put eVTOL aircraft into commercial use by 2025, and realize large-scale commercialization of unmanned electric aviation products by 2035.



- Issued the *Pilot Operation Rules (Interim) for Specific Unmanned Aircraft* in February 2019.
- Approved 20 Unmanned Civil Aviation Experimental Bases (Test Areas) in China.
- Issued the draft *Civil Unmanned Aviation Development Roadmap V1.0* for public comments in August 2022, with the aim to establishing an air mobility system integrating manned and unmanned aircraft by 2035.

**Exhibit 4**
**Page 17**



Exhibit 4
Page 18

# Strategic Partnership with Hefei Municipal Government for UAM Operations



In October 2023, EHang entered into a strategic cooperation agreement with the Hefei Municipal Government for the joint development of a low-altitude economy ecosystem in Hefei City



EHang will launch regular UAV operations in <u>Luogang Central Park in Hefei</u>, which is set to become a premier UAM super aero hub



The Hefei Municipal Government intends to provide EHang support in the form of coordinating or facilitating purchase orders, for <u>no less than 100 units of the EH216 series UAVs</u>, and financing support, amounting to a total of <u>US$100 million.*</u>





*EH216-S Conducted Demo Flights in Luogang Central Park*





*Hefei Municipal Government and EHang at Signing Ceremony*

\* The specific timing, amount and type of support will be subject to additional definitive agreement.

EHANG 亿航    18

**Exhibit 4**
**Page 19**

# EHang Investment Highlights



**01** The World's First Publicly Traded Urban Air Mobility Technology Company in the eVTOL lindustry

**02** The World's First Unmanned eVTOL Type Certificate

**03** Global Market Leader and First Mover of Commercialization Ahead of Peers for Years

**04** Affordable, Efficient and Clean Air Mobility Solutions Enabled by Unique Technologies and Products

**05** Massive, Fast-Growing Market Potential and Demand

**06** Compelling Business Model with High Growth Potential and Gross Margin

**Exhibit 4**
**Page 20**



**Exhibit 4**
**Page 21**