# Exhibit 9

Exhibit 9
Page 1

12/3/24, 3:15 PM
Unither Bioelectronics



THE FIRST LUNG DELIVERY VIA DRONE





WE FLY FOR LIFE

A BREATH IN THE SKY

# About Us

## The Issue

Thousands of patients die every year waiting for an organ transplant due to the severe shortage of donors, and the time-sensitive supply of compatible and usable organs. Supply is simply not meeting the critical level of demand.

Skip to content

Exhibit 9
Page 2

Unither Bioelectronics

## The Leader



United Therapeutics has a vision to change the fate and lives of these patients. Through innovative techniques in lung manufacturing, including pig-to-human xenotransplantation and advanced 3D bio-printing, and enabled by an integrated delivery network, Unither Bioelectronics has set itself on a course to be both a game-changer and lifesaver for those in need.

## The Challenge

To design and fully implement a highly efficient and environmentally friendly transportation system, including a fleet of autonomous aircrafts capable of quickly delivering an unlimited supply of manufactured transplantable organs with a one-day lifespan, from a small number of manufactured organs facilities to transplant centers.

## The Solution

A new generation of Electrically-Powered, Optionally-Piloted, Powered-Lift Aircraft, that has the capability to take-off and land vertically at hospitals.

## The Task

Unither Bioelectronics, a wholly owned subsidiary of United Therapeutics Corporation, is leading a significant effort for the development of its

Skip to content

**Exhibit 9
Page 3**

☰ autonomous organ delivery airborne system tapping into the Quebec aerospace expertise and ecosystem, and many other international partners.

## The Team

Unither Bioelectronics has brought together an impressive multi-disciplinary team of industrial experts, with a collective vision to bring this innovative project through to fruition. Composed of several pioneers in electric aviation, autonomy experts and AI researchers, the company is addressing, with utmost rigor, all critical aspects of key R&D areas and critical enablers for the future scaling of organs on-demand, that will allow safe operations of the entire organ delivery drone aircraft fleet.

## Our Commitment

Underlying this effort is a creative, forward-thinking process involving a team of experts committed and capable of achieving the technology breakthroughs that a project of this magnitude demands. Working within, and supported by, a dynamic innovation ecosystem in Quebec, including the Bromont Science Park, Unither Bioelectronics is eager and energized to push the current knowledge and boundaries to the next stages of development in the field of autonomous electric vertical flight.

Skip to content

**Exhibit 9**
**Page 4**



UTODS Avionics User Interface

## The Leadership Team

**Martine Rothblatt** - Chief Executive Officer

**Mikaël Cardinal** - VP, Program Management - Organ Delivery Systems

# Organ Delivery Systems

Our mission is to enable and scale autonomous electric Vertical Take-Off and Landing aircraft systems (eVTOL) as the primary transportation system that will deliver an unlimited supply of United Therapeutics manufactured [...] waiting patients, with a low impact on environment. At the

Skip to content

**Exhibit 9
Page 5**

Unither Bioelectronics



moment, the company is supporting several research & development programs, performed all in parallel, in order to explore different technological approaches and also to tackle the various technical and certification challenges.

∨ EPSAROD 1.0

∨ ALIA-250

∨ EHang MOTH

# Partners

  

Skip to content

Exhibit 9
Page 6

Unither Bioelectronics





# Achievements

## A Breath in the Sky

September 2021

Read More  ›

## E-R44 makes historic cross-country flight

November 02nd, 2022

Read More  ›

## Electric VTOL for Organs on Demand

Skip to content 5th, 2019

**Exhibit 9**
**Page 7**



Read More  ›

## Why an electric R44 helicopter makes more sense than you think

December 18th, 2018

Read More  ›

## Farthest flight by an electric helicopter

December 07th, 2018

Read More  ›

# Careers

## Transformational Thinkers

At Unither Bioelectronics, we are transformational thinkers. We believe "yes" there is a better way and our success is based on creating it. We celebrate our diversity of perspectives and champion creative thinking to goals. We are also pragmatic by being nimble, focused, and

Skip to content

**Exhibit 9**
**Page 8**

Unither Bioelectronics

 disciplined – committed to doing the right thing, the right way. We are relentless in our pursuit of flying to save lives.

If you are interested to participate in Unither's mission, we invite you to look at the United Therapeutics website for opened positions.

Apply ›



## Contact

55 rue du Ciel, Bromont

Quebec, Canada

Email: info@unither.aero

Phone: +1 450-877-1197

Privacy Policy

Terms of Use

© Copyright 2021 Unither Bioelectronics

All rights reserved

**Exhibit 9**
**Page 9**