# Exhibit 10

Exhibit 10
Page 1

Unither Bioelectronics

# Organ Delivery Systems

Our mission is to enable and scale autonomous electric Vertical Take-Off and Landing aircraft systems (eVTOL) as the primary transportation system that will deliver an unlimited supply of United Therapeutics manufactured organs to waiting patients, with a low impact on environment. At the moment, the company is supporting several research & development programs, performed all in parallel, in order to explore different technological approaches and also to tackle the various technical and certification challenges.

EPSAROD 1.0

---

ALIA-250

---

EHang MOTH

---

**Exhibit 10** 1/2
**Page 2**

Case 2:23-cv-10165-MWC-DFM   Document 48-12   Filed 12/07/24   Page 3 of 3   Page ID #:570

# Partners

  

**Exhibit 10** 2/2
**Page 3**