# Exhibit 13

Exhibit 13
Page 1

Case 2:23-cv-10165-MWC-DFM    Document 49-3    Filed 12/07/24    Page 2 of 4    Page ID #:590

# EHang Announces Strategic Partnership with Vodafone to Collaborate on Urban Air Mobility

**(Düsseldorf, Germany, October 18, 2019)** – EHang, the world's leading autonomous aerial vehicle (AAV) technology platform company, today announced a strategic partnership with Vodafone, one of the world's biggest telecoms and technology service providers with over 600 million customers globally, to collaborate on building out an urban air mobility (UAM) ecosystem first in Germany and then Europe-wide.



Under the agreement, Vodafone will become EHang's exclusive partner to provide connectivity to all EHang AAVs operating in Europe by equipping them with Vodafone SIM cards. EHang will become Vodafone's exclusive UAM partner.

Through the Vodafone network, individual passenger and logistics AAVs will be able to communicate with the command-and-control centers that regulate their operations as well as with each other, enabling safer and more efficient transportation through urban air space.

**Exhibit 13** 1/3
**Page 2**



"Every AAV requires digital connectivity to ensure the coordination of air traffic, so fast networks like 5G are critical to enabling sustainable pilotless air travel and freight delivery systems," said EHang Founder, Chairman, and CEO Hu Huazhi. "5G is also a key infrastructure component for the commercial deployment of AAVs, since it enables take-offs and landings that are precisely controlled within centimeters."

Once the regulatory framework allows, EHang and Vodafone also intend to collaborate on AAV test flights and will further work together on mobility platform services that provide digital and streaming content to AAV passengers while in-vehicle, enable payments, and support identity verification.

Vodafone CEO Hannes Ametsreiter said: "Autonomous air taxis will enable increased mobility options for all of us in the future. They will complement existing modes of transportation but allow us to fly above traffic jams if needed."

**Exhibit 13** 2/3

**Page 3**



EHang's mission is to make safe, autonomous and eco-friendly air mobility accessible to everyone. Its two-seater EHang 216 passenger model provides pilotless air transportation services and has offered flight demonstrations in countries around the world.

In order to build out the UAM ecosystem and eventually launch regular routes for passenger transportation, EHang works with regulators, and partners with companies worldwide to develop standards and infrastructure for take-off and landing zones, battery charging stations, and mobile communications. EHang's logistics AAVs are already in regular use via a pilot project that EHang is conducting in partnership with logistics company DHL-Sinotrans.

### About EHang

*EHang is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions for urban air mobility, including autonomous passenger transportation and logistics, smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global urban air mobility industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit* [www.ehang.com.](www.ehang.com)

### About Vodafone Germany

*Vodafone is one of the leading telecoms and technology service providers in Germany. Half of all citizens in*

*Germany are Vodafone customers – using Vodafone technology to access the internet, make calls and watch TV; and for connectivity at offices, farms and factories.*

**Exhibit 13** 3/3
**Page 4**