# Exhibit 14

Exhibit 14

Page 1



# EHang Joins International Project to Develop Air Ambulance

Guangzhou, China, August 21, 2020 -- EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company"), the world's leading autonomous aerial vehicle ("AAV") technology platform company, today announced that it has been selected to join Ambular, an international project endeavoring to develop a flying ambulance for medical emergency use. Supported by the International Civil Aviation Organization ("ICAO"), the project also seeks to inspire the global aviation community to unleash the potential of eVTOL (electric vertical takeoff and landing) aircraft.



*Depiction of the Ambular aircraft*

The Ambular project was the outcome of the ICAO's exploration of the future of aviation in late 2017. The ICAO recognized the possible use of AAVs for extremely rapid medical transport.

**Exhibit 14**/4
**Page 2**

As the first company in the world to launch and commercialize passenger-grade AAVs, which achieved a new milestone in the deployment and proliferation of Urban Air Mobility ("UAM"), EHang will contribute the necessary hardware (such as rotors and motors) to the Ambular project, thus driving   research  and development of the power component of the aircraft.

EHang's expertise and experience in using AAVs for emergency response is also expected to significantly accelerate development of the project.  For example, in February 2020, EHang's two-seat passenger-grade AAV, the EHang 216, served as an air ambulance to transport medical supplies and personnel to a hospital during the COVID-19 outbreak in China, which currently relies mainly on ambulances or helicopters.  In line with the Company's focus on social responsibility, EHang continues to explore the use of AAVs to solve challenges in emergency response, such as flood rescue, forest firefighting and high-rise firefighting.



*EHang 216 flight for medical emergency transport in China, February 2020*

**Exhibit 14** 2/4
**Page 3**

> EHang Founder, Chairman and CEO, Huazhi Hu said, "We are excited to join the ICAO-supported Ambular project, where we can work with industry leaders to fulfill the mission of 'saving critical minutes' in emergencies. This can demonstrate the great value of UAM to society. We see that UAM has the potential to materially improve transportation and have a positive impact on peoples' lives. Safety, smart cities, cluster management and eco-friendliness form the fundamental tenets for a modern UAM ecosystem. The development of UAM systems will create a viable alternative to existing ground transportation."

For more information about the Ambular project, please visit the website: http://ambular.org/ (http://ambular.org/).

**About EHang**

EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com (http://www.ehang.com).

**Safe Harbor Statement**

This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

Exhibit 14 3/4
Page 4

EHang | EHang Joins International Project to Develop Air Ambulance

## Products and Solutions

Passenger Transportation (https://www.ehang.com/ehangaav/)

Logistics (https://www.ehang.com/logistics/)

Smart City Management (https://www.ehang.com/smartcity/)

Aerial Media (https://www.ehang.com/formation/)

()

## News Center

Company News (https://www.ehang.com/article/)

Media Coverage (https://www.ehang.com/news/)

Videos (https://www.ehang.com/video/)

()

## About EHang

About EHang (https://www.ehang.com/about/)

Partners (https://www.ehang.com/partners/)

Join Us (https://www.ehang.com/hr/)

Contact Us (https://www.ehang.com/contact/)

Service (https://www.ehang.com/support/)

Investor Relations (http://ir.ehang.com)

()

© 2014-2024 EHang    EHang Privacy Policy (https://www.ehang.com/policy/) | EHang Terms Of Service

(https://www.ehang.com/terms/)

(https://www.linkedin.com/company/ehang-

inc-/)  (https://www.youtube.com/channel/UCZHUcTD6fdbxoreCQ)

**Exhibit 14** 4/4

**Page 5**