# Exhibit 15

Exhibit 15
Page 1

## EHang Partners with HELI-EASTERN for Urban Air Mobility Operations in Integrated Airspace in Shenzhen

Guangzhou, China, September 15, 2021 -- EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company"), the world's leading autonomous aerial vehicle ("AAV") technology platform company, today announced that it has formed a strategic partnership with Shenzhen East General Aviation ("HELI-EASTERN"). HELI-EASTERN is a major low-altitude general aviation carrier and helicopter service provider in the Guangdong-Hong Kong-Macao Greater Bay Area ("Greater Bay Area") in China. It has also been designated by the Civil Aviation Administration of China ("CAAC") and the Shenzhen Municipal Government as a pilot unit for low-altitude aviation reform in China. The ground-breaking partnership will explore and further implement urban air mobility ("UAM") operations in the designated integrated airspace for helicopters and AAVs in Shenzhen, China. This is an important milestone in implementing EHang's 100 Air Mobility Routes Initiative in the Greater Bay Area.

EHang and HELI-EASTERN have joined hands in taking the initiative to build the pilot project focusing on integrated airspace for UAM operations in the Greater Bay Area, responding to the Guidelines of the National Comprehensive Transportation Network Plan issued by the State Council of China in February 2021. The in-depth cooperation aims to form a holistic strategic partnership in the application of innovative AAVs and operational models in the aviation industry, such as developing low-altitude UAM operation management system and exploring specific UAM use cases, including aerial emergency rescue for ground transportation and aerial cargo transportation over the highway network.

**Exhibit 15**
**Page 2**

10/21/24, 6:31 PM    EHang | EHang Partners with HELI-EASTERN for Urban Air Mobility Operations in Integrated Airspace in Shenzhen

Case 2:23-cv-10165-MWC-PFM    Document 49-5    Filed 12/07/24    Page 3 of 7    Page ID #:600



*EHang and HELI-EASTERN partnership signing ceremony Download the  photo*
(https://www.ehang.com/ehangvideo/news/Dongbutonghang1.png)

At the HELI-EASTERN's helicopter base in Shenzhen, both parties featured demo flights with both HELI-EASTERN's helicopter Bell 206 and a passenger-grade AAV EHang 216 flying together to demonstrate live practical UAM operations in an integrated airspace. In addition, two units of EHang 216 AAVs showcased trial flights simultaneously and safely in the shared airspace.

Case 2:23-cv-10165-MWC-PFM    Document 49-5    Filed 12/07/24    Page 4 of 7    Page ID
#:601



*Demo flights of HELI-EASTERN's Bell 206 and EHang 216 AAV in the integrated airspace in Shenzhen Download the  photo*

(https://www.ehang.com/ehangvideo/news/Dongbutonghang2.jpg)



*Demo flights of two units of EHang 216 AAVs simultaneously in the shared airspace in Shenzhen  Download the  photo*

(https://www.ehang.com/ehangvideo/news/Dongbutonghang3.jpg)

**Exhibit 15**
**Page 4**

"As a national low-altitude reform pilot unit recognized by the CAAC and the Shenzhen Municipal Government, HELI-EASTERN has joined hands with EHang to actively respond to and implement the Guidelines of the National Comprehensive Transportation Network Plan issued by the State Council of China," said Mr. Qi Zhao, Chairman of HELI-EASTERN. "We will jointly establish a pilot project for the urban integrated airspace of helicopters and AAVs and build a low-altitude UAM operation management system to promote the pioneering applications of passenger-grade AAVs and the low-altitude flight network in the Guangdong-Hong Kong-Macao Greater Bay Area."

Mr. Huazhi Hu, Founder, Chairman and CEO of EHang, said, "We are very pleased to cooperate with HELI-EASTERN to set the benchmark in integrated airspace applications. HELI-EASTERN is the first general aviation carrier to join EHang's own AAV operation program, which is a key milestone in the urban air mobility industry. This is not only an important step in EHang's 100 Air Mobility Routes Initiative, but also signifies EHang's entry into Shenzhen with our passenger-grade EHang 216 AAVs and a new chapter in our AAV trial operations. We will leverage our strengths in both software and hardware technologies to partner with HELI-EASTERN in continuing to nurture the eco-system for urban air mobility operations."

Watch the video series of trail flights in integrated airspace :

EHang Partners with HELI-EASTERN for UAM Operations in Integrated Airsp…



***

**About EHang**

EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com (http://www.ehang.com).

**Exhibit 15**
**Page 5** 4/6



## About Heli-Eastern

Heli-Eastern is a pilot enterprise recognized by the Civil Aviation Administration of China (CAAC) regarding the reformation of low-altitude airspace, awarded with the first Guangdong-Hong Kong helicopter cross-border flight permit. As a Category A public transport aviation operator, Heli-Eastern has been approved with Part CCAR-91, Part CCAR-135 operation, CCAR-145 maintenance qualification, together with road transport operation license (aviation fuel and other dangerous goods transportation). Since its establishment, the company has been adhering to the corporate culture of "safety, efficiency, innovation, win-win and dedication", taking the responsibility of innovating the development mode of aviation, driving the national industry of aviation and building the aviation ecosystem, with Yantian district in Shenzhen as its headquarters, building a helicopter low-altitude operation network for the development of the three economic zone of GBA, the Yangtze River Delta and Beijing-Tianjin-Hebei Areas. The company is committed to building a digital operation system for China's aviation industry, constructing a platform for 1,000 helicopters and realizing a 15-minute economic living circle in urban clusters.

## Safe Harbor Statement

This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

### Products and Solutions

Passenger Transportation (https://www.ehang.com/ehangaav/)

Logistics (https://www.ehang.com/logistics/)

Smart City Management (https://www.ehang.com/smartcity/)

Aerial Media (https://www.ehang.com/formation/)

()

### News Center

Company News (https://www.ehang.com/article/)

Media Coverage (https://www.ehang.com/news/)

Case 2:23-cv-10165-MWC-DFM   Document 49-5   Filed 12/07/24   Page 7 of 7   Page ID
#:604

Videos (https://www.ehang.com/video/)

()

## About EHang

About EHang (https://www.ehang.com/about/)

Partners (https://www.ehang.com/partners/)

Join Us (https://www.ehang.com/hr/)

Contact Us (https://www.ehang.com/contact/)

Service (https://www.ehang.com/support/)

Investor Relations (http://ir.ehang.com)

()

© 2014-2024 EHang     EHang Privacy Policy (https://www.ehang.com/policy/) │EHang Terms Of Service

(https://www.ehang.com/terms/)

(https://www.linkedin.com/company/ehang-

inc-/)   (https://www.youtube.com/channel/UCZIUgTD6tdxoneGQ)

**Exhibit 15**

**Page 7**