# Exhibit 16

Exhibit 16

Page 1

Case 2:23-cv-10165-MWC-DFM     Document 49-6     Filed 12/07/24     Page 2 of 6   Page ID
#:606

5/9/22, 6:10 PM                EHang | EHang Receives Pre-Order for 100 Units of EH216 AAVs from Indonesian Aviation Company Prestige Aviation

## EHang Receives Pre-Order for 100 Units of EH216 AAVs from Indonesian Aviation Company Prestige Aviation

Guangzhou, China, April 11, 2022 -- EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company"), the world's leading autonomous aerial vehicle ("AAV") technology platform company, announced that EHang has received a pre-order for 100 units of EH216 AAVs from Prestige Aviation, an Indonesian aviation company and a subsidiary of Prestige Corp., at the online contract signing ceremony during the Indonesia International Motor Show 2022 ("IIMS 2022"). It's the largest pre-order EHang has received so far for its passenger-grade AAVs in Asia. Prestige Aviation previously purchased one unit of EH216 from EHang, and the two parties jointly conducted a debut flight demonstration for aerial sightseeing in Bali, Indonesia in 2021.



**Exhibit 16** 1/5
**Page 2**



*EHang and Prestige Aviation online contract signing ceremony at the IIMS 2022 Download the photo*
(https://www.ehang.com/ehangvideo/news/Prestige2.jpg)



*Download the photo*  (https://www.ehang.com/ehangvideo/news/Prestige5.jpg)

**Exhibit 16** 2/5

**Page 3**

Case 2:23-cv-10165-MWC-DFM    Document 49-6    Filed 12/07/24    Page 4 of 6   Page ID #:608

5/9/22, 6:10 PM                    EHang | EHang Receives Pre-Order for 100 Units of EH216 AAVs from Indonesian Aviation Company Prestige Aviation



*EH216 AAV exhibition and demo flight at the IIMS 2022 in Jakarta, Indonesia Download the photo*

(https://www.ehang.com/ehangvideo/news/Prestige4.jpg)

Bambang Soesatyo, Chairman of the People's Consultative Assembly Republic Indonesia, attended the signing ceremony at IIMS 2022 and said,"I am pleased to witness further reinforcement of collaboration between Prestige and EHang as well as their joint efforts to promote a broader application of solutions to Urban Air Mobility ("UAM") to the Indonesian market. Coming next, we hope to explore more possibilities to facilitate the implementation of UAM in Indonesia, and to seek breakthroughs in infrastructure, airworthiness certification, and other related fields."

Rudy Salim, Executive Chairman of Prestige Aviation, said, "EHang has long been a crucial partner to Prestige Aviation. As a forerunner of Indonesia's sustainable transportation, we hope that we can address the Indonesian public's need for aerial transportation and therefore, we are ready to support the Indonesian new capital Nusantara's Smart City initiative with EH216 AAVs. Indonesia is an archipelagic country with more than 17,000 islands within its borders. Therefore, a new transportation mode that can facilitate inter-island mobility will undoubtedly help regional economies to grow exponentially, assisted by its low cost when compared to other conventional land routes. We will join hands with EHang to bring safe, efficient, economical and eco-friendly transport solutions to facilitate inter-island mobility and many other scenarios in Indonesia."

Hu Huazhi, Founder, Chairman and CEO of EHang, attended the online ceremony and commented, "We sincerely appreciate all the support and recognition of Prestige Aviation and our expanding network of partners, which inspire EHang to further expand our global market. We will continue our in-depth collaboration with Prestige Aviation on UAM in Indonesia. We believe that, as the Regional Comprehensive Economic Partnership ("RCEP") brings favorable policies to international cooperation, we will further accelerate the development of UAM in Asia Pacific region with the aim to benefit the people with cutting-edge AAV technologies."

**About Prestige Aviation**

Prestige Aviation is a company that specializes in the aviation industry and operates under the supervision of its parent company, Prestige Corp. Prestige Aviation provides aviation services that includes the sale and acquisition of aerial vehicles and private jet lease.

**About EHang**

EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com (http://www.ehang.com/).

**Safe Harbor Statement**

This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

Products and Solutions

Passenger Transportation (https://www.ehang.com/ehangaav/)

Logistics (https://www.ehang.com/logistics/)

Smart City Management (https://www.ehang.com/smartcity/)

Aerial Media (https://www.ehang.com/formation/)

()

## News Center

Company News (https://www.ehang.com/article/)

Media Coverage (https://www.ehang.com/news/)

Videos (https://www.ehang.com/video/)

()

## About EHang

About EHang (https://www.ehang.com/about/)

Partners (https://www.ehang.com/partners/)

Join Us (https://www.ehang.com/hr/)

Contact Us (https://www.ehang.com/contact/)

Service (https://www.ehang.com/support/)

Investor Relations (http://ir.ehang.com)

()

© 2014-2022 EHang     EHang Privacy Policy (https://www.ehang.com/policy/) | EHang Terms Of Service

(https://www.ehang.com/terms/)

(https://www.linkedin.com/company/ehang-

inc-/)   (https://www.youtube.com/channel/UCmZkY9zTD6txone)Q)

Exhibit 16 5/5
Page 6