# Exhibit 18

Prestige corp



# prestige corp

Prestige Corp. is a holding company invested in a numerous range of different industries that is based out of Jakarta, Indonesia. Founded by Rudy Salim, the group has grown exponentially, starting out its venture as a Micro Financing business (Excel Trade Indonesia), the group has since expanded to 15 businesses, with our latest addition being Sainmaco ID.

As a multi-industry company, Prestige Corp. have ventured with business within Real-Estate, Food industry, Lifestyle, Information Technology and for the most part, the Automotive industry. We are keen to develop a legacy that will embody the very essence of our values, which are primarily to create meaningful and continuous relationships and provide back to the community.

## Our Companies































# prestige corp

HOME ABOUT GALLERY CONTACTS

📍 Address: Pluit Karang Ayu C1 Utara, No. 11 Jakarta Utara 14450

📞 Phones: (021) 6690444;

✉ Email: hello@prestigecorp.co.id

📷

© 2024 Prestige corp. All Rights Reserved.