# Exhibit 19

**Exhibit 19**
**Page 1**

## EHang Receives Pre-order for 50 Units of EH216 in Japan

Guangzhou, China, January 20, 2022 -- EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company"), the world's leading autonomous aerial vehicle ("AAV") technology platform company, today announced that AirX Inc. ("AirX"), a leading Japanese air mobility digital platform company, has placed a pre-order for 50 units of the EH216 AAV, marking the biggest pre-order EHang has received in Japan.



*EHang and AirX pre-order contract signing ceremony  Download the photo*

This reflects the growing recognition of EHang's cutting-edge autonomous aircraft in the industry. The pre-order of the EH216 AAVs are planned to facilitate various Urban Air Mobility ("UAM") projects in Japan and may provide "air taxi" services for the 2025 World Expo in Osaka, Kansai, Japan.

As the leading helicopter service platform provider in Japan, AirX has developed and operated reservation platforms for more than 100 helicopter sightseeing operating routes and private helicopter charters. Annually, the AirX platform can book over 2,000 helicopter sightseeing flights throughout Japan and over 200 chartered flights. Since establishment, AirX has served over 15,000 chartered flight customers.

Tezuka Kiwamu, Founder and CEO of AirX, said: "The low-altitude transportation and tourism market has great potential and broad prospects. By leveraging the advantages of autonomous flight technologies and centralized management, the EH216 AAVs can provide customers with cost-effective aerial sightseeing services, which is why AirX selects EHang as a partner in the global eVTOL market. We look forward to offering consumers safer and more convenient travel options with the EH216 in the future."

Huazhi Hu, Founder, Chairman and CEO of EHang, said, "Our partnership with AirX marks a key milestone for us to further explore and develop the UAM market in Japan. We are very delighted to see an increasing number of air transportation partners are introducing EHang's safe, autonomous and sustainable urban air mobility solutions to the general public. "

## About EHang

EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com.

## Safe Harbor Statement

This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

**Exhibit 19** 2/2
**Page 3**