# Exhibit 20

Exhibit 20
Page 1

Case 2:23-cv-10165-MWC-DFM     Document 49-10     Filed 12/07/24     Page 2 of 4   Page ID #:636

# [First in Japan] AirX completes delivery of first pre-ordered flying car

**- Accelerating the distribution of next-generation aircraft and aiming for the social implementation of flying cars -**

**AirX Inc.**     March 23, 2023 09:17              |

**AirX Inc. (Headquarters: Shinjuku-ku, Tokyo; CEO: Kiwamu Tezuka; hereinafter referred to as "AirX"), which builds infrastructure that will serve as the source of next-generation air mobility, including helicopters, private jets, and flying cars, is pleased to announce that it has completed delivery of the EH216-S AAV (Autonomous Aircraft), one of the aircraft pre-ordered from EHang in early 2022, to MASC General Incorporated Association.**



- overview

AirX has completed delivery of the EH216-S AAV (Autonomous Air Vehicle), one of the aircraft pre-ordered from EHang in early 2022, to MASC.

This is the first time in Japan that a Japanese business has delivered a flying car aircraft that was pre-ordered.

Case 2:23-cv-10165-MWC-DFM     Document 49-10     Filed 12/07/24     Page 3 of 4   Page
ID #:637



Exterior of the delivered EH216-S aircraft



Interior of the delivered EH216-S aircraft

- Future outlook

AirX aims to realize an air taxi service for flying cars at the 2025 Osaka-Kansai Expo, and as legislation for flying cars progresses with a view to commercialization in the late 2020s, the company will promote activities to increase social acceptance and conduct demonstration flights, aiming to put flying cars into practice in society.

- AirX Inc. Company Profile

Company name: AirX Inc.

Address: 12SHINJUKU 1001 Miyako Shinjuku Building, 1-1-6 Nishi-Shinjuku, Shinjuku-ku, Tokyo

Established: February 23, 2015 CEO: Kiwamu Tezuka

Business: Travel arrangement business, air transportation agency business

Company URL: https://airx.co.jp

Service URL:

[AIROS] https://airos.jp

[AIROS Skyview] https://skyview.airos.jp

[Flying car aircraft information]  https://skyview.airos.jp/ehang

Recruitment related page: https://www.wantedly.com/companies/airx

Official Twitter: https://twitter.com/airos_skyview

Official Instagram: https://www.instagram.com/airos_skyview/

AirX is a company that builds infrastructure that will be the source of next-generation air mobility, including procurement and sales of not only helicopters but also private jets and next-generation aircraft (eVTOL), also known as flying cars, and the installation and operation of heliports.

We currently boast the largest number of helicopter flights in Japan, offering helicopter sightseeing, charter flights for travel and business trips at reasonable prices. In addition to providing services, we also develop systems for reservation management, inventory management, and flight management.

*According to our own research as of March 2023, we are the "Flying Car Aircraft Sales Business" in Japan.

**Exhibit 20**<sub>3/3</sub>
**Page 4**