# Exhibit 21

Exhibit 21
Page 1

**EHANG 亿航**

Overview    Corporate    News and Events    Stock    Financials    Resources

# News Release Details

## EHang Delivers 5 Units of EH216-S AAVs to Boling in Shenzhen

PDF Version

GUANGZHOU, China, Sept. 29, 2023 (GLOBE NEWSWIRE) -- EHang Holdings Limited ("EHang" or the "Company") (Nasdaq: EH), the world's leading autonomous aerial vehicle ("AAV") technology platform company, announced that it has delivered five units of EH216-S to a new customer, Shenzhen Boling Holding Group Co., Ltd. ("Boling"), as part of Boling's plan to purchase up to 100 units of EH216-S from EHang. Boling's purchase of up to additional 95 units of EH216-S is conditioned upon EHang's receipt of the EH216-S type certification from the Civil Aviation Administration of China ("CAAC") and subject to the parties' further agreement on details such as delivery timeline.

The delivery of the first five units to Boling in Shenzhen is the initial step of the Company's commercial plans in launching aerial tourism and sightseeing experience services in Shenzhen under EHang's strategic partnership with Bao'an District government and joint efforts with local customer Boling. The AAVs are expected to be used for regular flight operations at EHang's first Urban Air Mobility ("UAM") Operation Demonstration Center at OH Bay in Bao'an District following the CAAC's type certification of EH216-S, which will lay a solid foundation for future commercial EH216-S operations in Shenzhen, a pioneering city dedicated to developing China's low-altitude economy.



*EHang and Boling Signing Contract*

Furthermore, Boling aims to be a long-term AAV operator in Shenzhen through collaboration with EHang, and deploy the EH216-S AAVs purchased for activities such as aerial sightseeing and experience flights, further expanding the UAM strategic layout in Shenzhen.

https://ir.ehang.com/news-releases/news-release-details/ehang-delivers-5-units-eh216-s-aavs-boling-shenzhen

**Exhibit 21** 1/2

**Page 2**

UAM is a key aspect of the low-altitude economy. According to the recently released *Implementation Plan for Innovative Development of Low-Altitude Economy Industries in Bao'an District, Shenzhen (2023-2025)* by the local government, a multitude of business scenarios will be developed in UAM, aerial sightseeing, aerial logistics, emergency rescue, smart city management, industrial applications, and entertainment. Over 50 unmanned flight routes are planned with over 100 low-altitude aircraft take-off and landing platforms deployed in a grid pattern.

Guanshen Xu, Chairman of Boling, stated, "The low-altitude economy holds promising prospects, and I am thrilled to collaborate with EHang, a leading company in this sector. We look forward to taking the initiative in conducting flights at OH Bay to accumulate practical experience for continuous expansion across Shenzhen, as well as the Greater Bay Area encompassing Guangdong, Hong Kong, and Macau. We are confident that integrating passenger-carrying autonomous aerial vehicles with our businesses will bring forth a more intelligent and convenient way of life for everyone."

Xin Fang, Chief Operating Officer of EHang, stated, "As the type certification of EH216-S is close to completion, our preparations for post-certification operations are in full swing. Shenzhen Bao'an District, with its unique industrial ecosystem and conducive conditions for developing the low-altitude economy, is an ideal region for deploying commercial EH216-S operations. EHang is pleased to join forces with Boling and pioneer UAM operations in Shenzhen. We look ahead to working together in developing UAM operations alongside promoting UAM solutions worldwide by leveraging the high-quality resources in Bao'an District."

**About Boling**

Shenzhen Boling Holding Group Co., Ltd. is a comprehensive integrated company that combines various businesses, including the cultural and tourism, international education, research and development of smart city technologies, cultural and technology, exhibition services, international trade, hotel management and operation, as well as cross-border e-commerce.

**About EHang**

EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com.

**Media Contact**: pr@ehang.com

**Investor Contact**: ir@ehang.com

A photo accompanying this announcement is available at https://www.globenewswire.com/NewsRoom/AttachmentNg/d73562fd-2c93-4e54-b2ad-c73f27467af4

**Exhibit 21** 2/2

**Page 3**