COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
LINH K. NGUYEN (305737)
(lknguyen@cooley.com
MATTHEW D. MARTINEZ (333932)
(mmartinez@cooley.com)
10265 Science Center Drive
San Diego, California 92121
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420

NICHOLAS ORR (334142)
(norr@cooley.com)
355 S. Grand Avenue
Los Angeles, California 90071
Telephone: +1 213 561 3250
Facsimile:  +1 213 561 3244

SARAH M. LIGHTDALE (*pro hac vice*)
(slightdale@cooley.com)
ERINMA E. MAN (330543)
(eman@cooley.com)
55 Hudson Yards
New York, New York 10001
Telephone: +1 212 479 6000
Facsimile: +1 212 479 5275

Attorneys for Defendant
EHang Holdings Limited

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN PUJO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED HUAZHI HU, CONOR CHIA-HUNG YANG, RICHARD JIAN LIU, and XIN FANG<br><br>Defendants. | Case No. 2:23-cv-10165-MWC<br><br>**DECLARATION OF LINH K. NGUYEN IN SUPPORT OF DEFENDANT EHANG HOLDING LIMITED'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Hearing: March 28, 2025<br>Time:    1:30 p.m.<br>Dept:    Courtroom 6A<br>Judge:   Hon. Michelle Williams<br>         Court |

DECLARATION OF LINH K. NGUYEN
IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS
2:23-CV-10165-MWC

I, Linh K. Nguyen, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court. I am counsel for Defendant EHang Holdings Limited ("EHang" or "Defendant"). I respectfully submit this Declaration in Support of Defendant EHang Holding Limited's Motion to Dismiss Plaintiff's Amended Complaint (the "AC"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could testify competently and accurately thereto.

2.      **Appendix A**, submitted solely for the Court's convenience, is a chart created by Defendant's counsel that catalogues statements challenged in Plaintiff's AC. Defendant submits that these catalogued challenged statements are non-actionable.

3.      **Appendix B**, submitted solely for the Court's convenience, is a chart created by Defendant's counsel that catalogues EHang's risk warnings disclosed in its filings with the U.S. Securities and Exchange Commission (the "SEC"), press releases, investor presentations, and earnings calls. These risk warnings are relevant to Plaintiff's allegations in the AC.

4.      Attached as **Exhibit 1** is a true and correct excerpted copy of EHang's 2021 Annual Report on Form 20-F filed with the SEC on April 28, 2022. It is publicly available at https://www.sec.gov/search-filings.

5.      Attached as **Exhibit 2** is a true and correct excerpted copy of EHang's Prospectus on Form 424(b)(4) filed with the SEC on December 12, 2019. It is publicly available at https://www.sec.gov/search-filings.

6.      Attached as **Exhibit 3** is a true and correct copy of a an article written by Fortune Business Insights titled *Urban Air Mobility (UAM) Market Size, Share & Industry Analysis, By Vehicle Type (Air Taxi, Air Metro, Air Ambulance, Last-Mile Delivery, and Other), By Range (Intercity, and Intracity), By Operation (Piloted,*

Cooley LLP
Attorneys at Law
New York

**DECLARATION OF LINH K. NGUYEN
IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS
2:23-CV-10165-MWC**

*Autonomous, and Hybrid), By End User (Ridesharing Companies, Scheduled Operators, E-Commerce Companies, Hospitals, and Medical Agencies and Private Operators), Regional Forecast, 2024-2032* dated November 11, 2024. It is publicly available at https://www.fortunebusinessinsights.com/urban-air-mobility-uam-market-106344.

7.     Attached as **Exhibit 4** is a true and correct copy of EHang's November 2023 investor presentation. It is publicly available at https://web.archive.org/web/20231219234620/https://ir.ehang.com/static-files/814194e8-a542-4889-aa52-34bda0ff7e3e.

8.     Attached as **Exhibit 5** is a true and correct excerpted copy of EHang's 2022 Annual Report on Form 20-F filed with the SEC on April 27, 2023. It is publicly available at https://www.sec.gov/search-filings.

9.     Attached as **Exhibit 6** is a true and correct copy of the transcript of EHang's Q4 2021 Earnings Call, held on March 29, 2022.

10.     Attached as **Exhibit 7** is a true and correct copy of the transcript of EHang's Q1 2022 Earnings Call, held on May 31, 2022.

11.     Attached as **Exhibit 8** is a true and correct copy of EHang's press release titled *EHang Announces Development Agreement with Lung Biotechnology to Enable Drone Delivery of Manufactured Organs for Transplant*, released on May 4, 2016. It is publicly available at https://www.ehang.com/news/135.html.

12.     Attached as **Exhibit 9** is a true and correct copy of the section titled *Partners* on the website of Unither Bioelectronics. It is publicly available at https://www.unither.aero/en/#partners and was last accessed on December 3, 2024.

13.     Attached as **Exhibit 10** is a true and correct copy of the section titled *Organ Delivery Systems* on the website of Unither Bioelectronics. It is publicly available at https://www.unither.aero/en/#delivery and was last accessed on December 3, 2024.

COOLEY LLP
ATTORNEYS AT LAW
NEW YORK

3

**DECLARATION OF LINH K. NGUYEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
**2:23-CV-10165-MWC**

14. Attached as **Exhibit 11** is a true and correct copy of EHang's press released titled *DHL-Sinotrans and EHang jointly launch first fully-automated and intelligent urban drone delivery solution in China*, released on May 16, 2019. It is publicly available at https://www.ehang.com/news/497.html.

15. Attached as **Exhibit 12** is a true and correct copy of EHang's press release titled *EHang Holdings Limited Announced Appointment of Independent Director*, released on May 28, 2020. It is publicly available at https://www.ehang.com/news/652.html.

16. Attached as **Exhibit 13** is a true and correct copy of EHang's press released title *EHang Announces Strategic Partnership with Vodafone to Collaborate on Urban Air Mobility*, released on October 18, 2019. It is publicly available at https://www.ehang.com/news/585.html.

17. Attached as **Exhibit 14** is a true and correct copy of EHang's press release titled *EHang Joins International Project to Develop Air Ambulance*, released on August 21, 2020. It is publicly available at https://www.ehang.com/news/685.html.

18. Attached as **Exhibit 15** is a true and correct copy of EHang's press release titled *EHang Partners with HELI-EASTERN for Urban Air Mobility Operations in Integrated Airspace in Shenzhen*, released on September 15, 2021. It is publicly available at https://www.ehang.com/news/813.html.

19. Attached as **Exhibit 16** is a true and correct copy of EHang's press release titled *EHang Receives Pre-Order for 100 Units of EH216 AAVs from Indonesian Aviation Company Prestige Aviation*, released on April 11, 2022. It is publicly available at https://www.ehang.com/news/869.html.

20. Attached as **Exhibit 17** is a true and correct copy of an article written by The Jakarta Post titled *Tesla Model X electric cars to hit Indonesian roads* dated June 7, 2017. It is publicly available at https://www.thejakartapost.com/news/2017/0

6/07/tesla-model-x-electric-cars-to-hit-indonesian-roads.html.

21.    Attached as **Exhibit 18** is a true and correct copy of the section of Prestige Corp.'s website titled *About*. It is publicly available at https://prestigecorp.co.id/about/ and was last accessed on December 3, 2024.

22.    Attached as **Exhibit 19** is a true and correct copy of EHang's press release titled *EHang Receives a Pre-order for 50 Units of EH216 in Japan*, released on January 20, 2022. It is publicly available at https://www.ehang.com/news/856.html.

23.    Attached as **Exhibit 20** is a true and correct copy of an English translation of an article written by the PRTimes titled *(First in Japan) AirX Completes First Delivery of Pre-Order Flying Car*, released on March 23, 2023. It is publicly available at https://prtimes.jp/main/html/rd/p/000000145.000028531.html.

24.    Attached as **Exhibit 21** is a true and correct copy of EHang's press release titled *EHang Delivers 5 Units of EH216-S to Boling in Shenzhen*, released on September 29, 2023. It is publicly available at https://www.ehang.com/news/987.html.

25.    Attached as **Exhibit 22** is a true and correct excerpted copy of EHang's 2023 Annual Report on Form 20-F filed with the SEC on April 15, 2024. It is publicly available at https://www.sec.gov/search-filings.

26.    Attached as **Exhibit 23** is a true and correct copy of EHang's press released titled *EHang Reports Second Quarter 2024 Unaudited Financial Results*, released on August 22, 2024. It is publicly available at https://ir.ehang.com/news-releases/news-release-details/ehang-reports-second-quarter-2024-unaudited-financial-results.

27.    Attached as **Exhibit 24** is a true and correct excerpted copy of EHang's 2019 Annual Report on Form 20-F filed with the SEC on April 20, 2020. It is publicly available at https://www.sec.gov/search-filings.

28.   Attached as **Exhibit 25** is a true and correct excerpted copy of EHang's 2020 Annual Report on Form 20-F filed with the SEC on June 15, 2021. It is publicly available at https://www.sec.gov/search-filings.

29.   Attached as **Exhibit 26** is a true and correct copy of EHang's press release titled *EHang Successfully Obtains Type Certification for EH216-S Passenger-Carrying UAV System Issued by Civil Aviation Administration of China*, released on October 13, 2023. It is publicly available at https://www.ehang.com/news/990.html.

30.   Attached as **Exhibit 27** is a true and correct copy of the report written by Hindenburg Research titled *EHang: Hollow Order Book and Fake Sales Make This China-Based eVTOL Company Last in Line for Takeoff*, dated November 7, 2023. It is publicly available at https://hindenburgresearch.com/ehang/.

31.   Attached as **Exhibit 28** is a true and correct copy of a Yahoo! Finance chart of EHang's stock price from November 1, 2023 to December 29, 2023. It is publicly available at https://yhoo.it/4en38zl.

32.   Attached as **Exhibit 29** is a true and correct copy of EHang's press release titled *EHang Responds to Short Seller Report*, released on November 7, 2023. It is publicly available at https://ir.ehang.com/news-releases/news-release-details/ehang-responds-short-seller-report.

33.   Attached as **Exhibit 30** is a true and correct copy of Vertical Magazine's article titled *United Therapeutics partners with Robinson to develop hydrogen-powered helicopters* dated August 14, 2024. It is publicly available at https://verticalmag.com/news/united-therapeutics-partners-with-robinson-to-develop-hydrogen-powered-helicopters/.

34.   Attached as **Exhibit 31** is a true and correct copy of a section of EHang's website titled *EHang AAV: The Era of Urban Air Mobility is Coming*. It is publicly available at https://www.ehang.com/ehangaav/.

35.     Attached as **Exhibit 32** is a true and correct copy of Vertical Magazine's article *United Therapeutics adds hydrogen to its electric helicopter plans* dated May 10, 2024.  It is publicly available at https://verticalmag.com/news/united-therapeutics-adds-hydrogen-to-its-electric-helicopter-plans/.

36.     Attached as **Exhibit 33** is a true and correct copy of EHang's press release titled *EHang Reports Fourth Quarter and Fiscal Year 2021 Unaudited Financial Results*, released on March 29, 2022. It is publicly available at https://ir.ehang.com/news-releases/news-release-details/ehang-reports-fourth-quarter-and-fiscal-year-2021-unaudited.

37.     Attached as **Exhibit 34** is a true and correct copy of the transcript of EHang's Q2 2022 Earnings Call, held on August 18, 2022.

38.     Attached as **Exhibit 35** is a true and correct copy of EHang's press release titled *EHang Reports First Quarter 2022 Unaudited Financial Results*, released on May 31, 2022.  It is publicly available at https://ir.ehang.com/news-releases/news-release-details/ehang-reports-first-quarter-2022-unaudited-financial-results.

39.     Attached as **Exhibit 36** is a true and correct copy of EHang's Q2 2022 Earnings Call presentation, dated August 18, 2022.  It is publicly available at https://ir.ehang.com/events/event-details/ehang-second-quarter-2022-earnings-conference-call.

40.     Attached as **Exhibit 37** is a true and correct copy of EHang's Q3 2022 Earning Call presentation, dated December 2, 2022.  It is publicly available at https://ir.ehang.com/events/event-details/ehang-third-quarter-2022-earnings-conference-call.

41.     Attached as **Exhibit 38** is a true and correct copy of EHang's October 2023 investor presentation.  It is publicly available at https://web.archive.org/web/20231019041640/https://ir.ehang.com/static-files/814194e8-a542-4889-aa52-34bda0f

f7e3e.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 6, 2024, in San Diego, California.

_/s/ Linh K. Nguyen_
Linh K. Nguyen