# Exhibit 28

**Exhibit 28**
**Page 1**

Summary   News   Research 🔒   Chart   Community   Statistics   **Historical Data**   Profile   Financials   Analysis   Options   Holders   Sustair

NasdaqGM - Nasdaq Real Time Price • USD

# EHang Holdings Limited (EH)   ☆ Follow   ↲ Compare

## 14.99 **-0.19 (-1.25%)**
At close: 4:00:01 PM EST

## 15.00 **+0.01 (+0.06%)**
After hours: 7:59:00 PM EST ☾

| Nov 01, 2023 - Dec 31, 2023 ⌄ | | Historical Prices ⌄ | | Daily ⌄ |

Currency in USD   🔒 Download

https://finance.yahoo.com/quote/EH/history/?period1=1698796800&period2=1703980800

**Exhibit 28** 1/3
**Page 2**

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|------|------|------|-----|---------|-------------|--------|
| Dec 29, 2023 | 17.29 | 17.88 | 16.76 | 16.80 | 16.80 | 1,013,000 |
| Dec 28, 2023 | 17.66 | 18.35 | 17.02 | 17.06 | 17.06 | 970,900 |
| Dec 27, 2023 | 17.38 | 18.49 | 17.15 | 17.26 | 17.26 | 993,200 |
| Dec 26, 2023 | 16.18 | 16.98 | 16.12 | 16.86 | 16.86 | 458,000 |
| Dec 22, 2023 | 16.07 | 16.14 | 15.72 | 15.80 | 15.80 | 316,400 |
| Dec 21, 2023 | 16.47 | 17.10 | 15.98 | 16.20 | 16.20 | 589,600 |
| Dec 20, 2023 | 16.72 | 17.24 | 15.75 | 15.75 | 15.75 | 736,000 |
| Dec 19, 2023 | 17.25 | 17.36 | 16.45 | 16.96 | 16.96 | 865,800 |
| Dec 18, 2023 | 18.05 | 18.15 | 17.01 | 17.30 | 17.30 | 745,200 |
| Dec 15, 2023 | 18.08 | 18.30 | 17.50 | 17.60 | 17.60 | 1,158,300 |
| Dec 14, 2023 | 17.75 | 18.35 | 17.41 | 17.86 | 17.86 | 734,900 |
| Dec 13, 2023 | 16.91 | 17.37 | 16.72 | 17.37 | 17.37 | 526,700 |
| Dec 12, 2023 | 17.17 | 17.17 | 16.73 | 17.04 | 17.04 | 279,400 |
| Dec 11, 2023 | 16.53 | 17.15 | 16.28 | 16.81 | 16.81 | 460,600 |
| Dec 8, 2023 | 16.01 | 16.56 | 15.71 | 16.47 | 16.47 | 540,900 |
| Dec 7, 2023 | 17.00 | 17.22 | 16.10 | 16.13 | 16.13 | 817,500 |
| Dec 6, 2023 | 17.50 | 17.88 | 16.94 | 17.06 | 17.06 | 666,500 |
| Dec 5, 2023 | 17.12 | 17.50 | 16.90 | 17.11 | 17.11 | 497,300 |
| Dec 4, 2023 | 17.87 | 18.31 | 16.98 | 17.59 | 17.59 | 757,200 |
| Dec 1, 2023 | 17.54 | 18.38 | 16.96 | 18.27 | 18.27 | 636,100 |
| Nov 30, 2023 | 18.11 | 18.41 | 17.58 | 17.61 | 17.61 | 618,400 |
| Nov 29, 2023 | 18.98 | 19.45 | 17.57 | 17.66 | 17.66 | 988,900 |
| Nov 28, 2023 | 19.00 | 19.78 | 18.25 | 19.05 | 19.05 | 1,184,800 |
| Nov 27, 2023 | 17.58 | 19.78 | 17.28 | 19.02 | 19.02 | 2,014,300 |
| Nov 24, 2023 | 15.92 | 18.34 | 15.82 | 17.58 | 17.58 | 1,871,700 |
| Nov 22, 2023 | 16.40 | 16.60 | 14.55 | 15.80 | 15.80 | 1,184,800 |
| Nov 21, 2023 | 15.70 | 15.87 | 15.31 | 15.39 | 15.39 | 534,500 |
| Nov 20, 2023 | 15.13 | 16.30 | 15.13 | 15.62 | 15.62 | 897,900 |
| Nov 17, 2023 | 14.38 | 15.00 | 14.03 | 14.95 | 14.95 | 613,400 |
| Nov 16, 2023 | 13.85 | 14.50 | 13.74 | 14.38 | 14.38 | 1,078,400 |
| Nov 15, 2023 | 14.38 | 14.85 | 14.21 | 14.31 | 14.31 | 788,800 |
| Nov 14, 2023 | 13.61 | 14.34 | 13.41 | 14.13 | 14.13 | 767,000 |
| Nov 13, 2023 | 12.83 | 13.50 | 12.70 | 13.35 | 13.35 | 456,200 |
| Nov 10, 2023 | 13.11 | 13.19 | 12.81 | 12.99 | 12.99 | 603,000 |
| Nov 9, 2023 | 13.66 | 13.84 | 12.76 | 13.08 | 13.08 | 1,441,300 |
| Nov 8, 2023 | 13.11 | 14.48 | 13.10 | 13.99 | 13.99 | 1,182,200 |
| Nov 7, 2023 | 12.75 | 14.25 | 12.30 | 13.06 | 13.06 | 6,533,800 |
| Nov 6, 2023 | 15.70 | 15.89 | 14.83 | 14.96 | 14.96 | 587,700 |
| Nov 3, 2023 | 15.30 | 16.05 | 15.25 | 15.42 | 15.42 | 883,300 |
| Nov 2, 2023 | 14.79 | 15.06 | 14.44 | 15.05 | 15.05 | 1,114,600 |
| Nov 1, 2023 | 13.93 | 14.08 | 13.47 | 13.87 | 13.87 | 598,400 |

https://finance.yahoo.com/quote/EH/history/?period1=1698796800&period2=1703980800

**Exhibit 28** 2/3
**Page 3**

## Related Tickers

| EVTL | LILMF | EVEX | ACHR | KTOS | HOVR | AVAV |
|------|-------|------|------|------|------|------|
| Vertical Aerospace Ltd. | Lilium N.V. | Eve Holding, Inc. | Archer Aviation Inc. | Kratos Defense & Secu... | New Horizon Aircraft L... | AeroVironment, Inc. |
| 7.59 +0.80% | 0.1012 +1.50% | 4.0900 +1.74% | 6.96 +3.11% | 27.95 +6.03% | 0.8000 -1.23% | 196.89 +1.96% |

yahoo/finance

Copyright © 2024 Yahoo.
All rights reserved.

  

**POPULAR QUOTES**
Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT

**EXPLORE MORE**
Mortgages
Credit Cards
Sectors
Crypto Heatmap
Biden Economy
Financial News

**ABOUT**
Data Disclaimer
Help
Feedback
Sitemap
Licensing
What's New
About Our Ads
Premium Plans