# Exhibit 30

Exhibit 30

Page 1

# United Therapeutics partners with Robinson to develop hydrogen-powered helicopters

By Jen Nevans I August 14, 2024
Estimated reading time 3 minutes, 21 seconds.

United Therapeutics is partnering with Robinson Helicopters to develop a fleet of hydrogen-powered helicopters used to deliver synthetic human organs for transplant.

Using Robinson's engineering, technical, and regulatory expertise, the companies are working to develop a hydrogen-electric version of Robinson's R44 and R66 helicopters.

Mikael Cardinal, head of the United Therapeutics Organ Delivery Systems (UTODS) development program, called hydrogen-powered aircraft the "next frontier in sustainable aviation." The partnership announcement isn't a surprise as United Therapeutics had already **teased its work in hydrogen aviation** earlier this year at the Vertical Flight Society's Forum 80 in Montreal, Quebec.

Cardinal said at the time that the company's work in developing a hydrogen-powered R44 started about 1.5 years ago, but the Quebec-based biotechnology company has long been familiar with the Robinson airframe.

United Therapeutics has had its sights set on electrifying the R44 for some time now, partnering with Tier 1 Engineering in 2016 to develop an electric-powered version of the helicopter. Two years later, the e-R44 set a Guinness World Record for the farthest distance traveled by an electric helicopter.

In October 2022, the third-generation aircraft accomplished another milestone, performing the first all-electric 24-mile (39-kilometer) **cross-country helicopter flight** from Jacqueline Cochran Regional Airport to Palm Springs International Airport in Coachella Valley, California.

Using these learnings, United Therapeutics began exploring hydrogen fuel cell technology as a viable solution for longer range zero-emissions flight. The company is now aiming to achieve a supplemental type certificate (STC) from Transport Canada Civil Aviation (TCCA) and the Federal Aviation Administration (FAA) for its integrated solution on a Robinson airframe.

It's a strategy that the companies hope will "increase the likelihood of regulatory approval," compared to eVTOL firms vying to certify a completely new all-electric airframe.

"We are honored to be working with one of the world's largest helicopter manufacturers as we continue to extend our track record of saving hundreds of lives through aviation-delivered transplanted lungs," said Martine Rothblatt, CEO of United Therapeutics.

United Therapeutics has long been **supporting the development of sustainable aviation** for its organ transport program. Besides the Robinson airframe, the company has been interested in China-based EHang and its EH216 autonomous eVTOL aircraft, as well as Vermont-based Beta Technologies and the eVTOL and eCTOL version of its Alia-250 aircraft.

**Exhibit 30** 1/1
**Page 2**