# Exhibit 31

Exhibit 31

Page 1





# Passenger-carrying electric vertical takeoff and landing unmanned aerial vehicle: Leading urban air mobility

Compared to traditional passenger-carrying aerial vehicles, EHang's passenger-carrying electric unmanned aerial vehicles ("UAV") adhere to three major design concepts of full backup safety design, unmanned operation, and centralized management enabled by the intelligent command and control center. This safe, eco-friendly, and intelligent passenger-carrying electric vertical takeoff and landing UAV can provide short-to-medium distance low-altitude mobility solutions for the future of smart transportation.





# Unmanned flight features worry-free smooth mobility and real-time connection

Unmanned flight technology can avoid failures caused by human operational errors, helping passengers to completely let go and enjoy the journey without worrying about control issues. We will survey the routes in advance and preset a variety of feasible plans for users. If an emergency occurs on one of the routes, the command and control system will automatically select another optimal route to continue the command, ensuring smooth flight. EHang's passenger-carrying UAVs fully utilize 4G/5G high-speed wireless network transmission links, enabling smooth communication between EHang's passenger-carrying UAVs and the command and control center, achieving remote control and real-time transmission of flight data.

**Exhibit 31**
**Page 5** 4/12



# Visual Positioning For Vertical Takeoff & Landing

Traditional infrastructure such as large airport or runway is not required, suiting the scenario demands of urban air mobility and serving as an effective way to relieve the current traffic congestion pressures.



# Electric
# Green Power

EHang AAV uses electric power to reduce environmental harm caused by emission. The aircraft can be fully charged in two hours. The charging devices can communicate in real time with the aircraft Battery Management System (BMS).

**Exhibit 31**



Exhibit 31
Page 8



# Comprehensive Management by the Smart Command-and-Control Center

EHang command-and-control center is equipped with a set of intuitive AAV command-and-control system that provides the five core functions of monitoring, dispatching, controlling, early-warning and centralized management.

Monitoring | Dispatching | Controlling

Early-warning | Centralized management



# Safety Ensured by Redundancy Design and Fail-Safe System

The Fail-Safe safety system serves as a reliable guardian by equipping itself with multiple-redundant protection plans. The system can monitor each airborne device and acquire its operating status and health condition, and then transmit the information back to the command & control system. In case of any abnormal condition, a smoothest route will be selected and executed based on the preset algorithm logic to safely take the passenger to the destination.

**Exhibit 31**



Flight Testings and Quality Certification

Hundreds of testing subjects, including static test, load ground test, load flight test, durability test, reliability test, environmental test, anti-interference test, etc. under all kinds of inclement environments such as high/low temperature, high humidity, salt spray, typhoon, rainstorm. EHang has been granted with the certificate of AS9100D International Aerospace & Aviation Quality Management System Standard.





**Products and Solutions**
Passenger Transportation (https://www.ehang.com/ehangaav/)
Logistics (https://www.ehang.com/logistics/)
Smart City Management (https://www.ehang.com/smartcity/)
Aerial Media (https://www.ehang.com/formation/)
()

**News Center**
Company News (https://www.ehang.com/article/)
Media Coverage (https://www.ehang.com/news/)
Videos (https://www.ehang.com/video/)
()

**About EHang**
About EHang (https://www.ehang.com/about/)
Partners (https://www.ehang.com/partners/)
Join Us (https://www.ehang.com/hr/)
Contact Us (https://www.ehang.com/contact/)
Service (https://www.ehang.com/support/)
Investor Relations (http://ir.ehang.com)
()

© 2014-2024 EHang    EHang Privacy Policy (https://www.ehang.com/policy/) | EHang Terms Of Service (https://www.ehang.com/terms/)

(https://www.linkedin.com/company/ehang-

inc-/)   (https://www.youtube.com/channel/UCn7tXLjTD6idhore.CQ)

**Exhibit 31**
**Page 13**