# Exhibit 36

Exhibit 36
Page 1



# EHang Holdings Limited
## Q2 2022 Earnings Highlights

*August 18, 2022*

www.ehang.com

Photo taken in Jishou, Hunan, China

Exhibit 36
Page 2

# Disclaimer

These materials have been prepared by EHang Holdings Limited (the "Company") solely for informational purposes and have not been independently verified. No representations or warranties, express or implied, are made as to, and no reliance should be placed on, the accuracy, fairness, completeness or correctness of the information or opinions presented or contained in these materials. None of the Company, its subsidiaries, affiliates, controlling persons, directors, supervisors, officers, partners, employees, advisors, and representatives of any of the foregoing shall have any responsibility or liability whatsoever, as a result of negligence or otherwise, for any loss howsoever arising from any information or opinions presented or contained in or derived from these materials. The information and opinions presented or contained in these materials is subject to change without notice and shall only be considered current as of the date of the presentation.

This presentation includes forward-looking statements, which are based on current expectations and forecast about future events. These statements can be recognized by the use of words such as "expect," "plan," "will," "estimate," "project," "intend," or words of similar meaning. These forward-looking statements are made only and are based on estimates and information available to the Company, as of the date of this presentation, and are not guarantees of future performance. These statements are based on a number of assumptions which are subject to known and unknown risks, uncertainties and other factors that are beyond the Company's control, which could cause actual results to differ materially from historical results or those anticipated. These factors include, but are not limited to, the political, social, legal and economic environment in which the Company will operate in the future. The Company and its affiliates and representatives undertake no obligation to update or revise these forward-looking statements for events or circumstances that occur subsequent to the date of this presentation. Actual results could differ materially from those anticipated in forward-looking statements and future results could materially differ from our historical performance.

This presentation is not and does not constitute or form part of, and is not made in connection with, any offer, invitation or recommendation to sell or issue, or any solicitation of any offer to purchase or subscribe for, any securities of any entity, and neither this presentation nor anything contained in it shall form the basis of, or be relied upon in connection with, any contract or investment decision.

Certain data in this presentation was obtained from various external data sources, and the Company has not verified such data with independent sources. Accordingly, the Company makes no representations as to the accuracy or completeness of that data, and such data involves risks and uncertainties and is subject to change based on various factors. The figures in this document may have been subject to rounding.

This presentation speaks as of August 18, 2022. The information presented or contained in this presentation is subject to change without notice. Neither the delivery of this presentation nor any further discussions of the Company, any of its affiliates, shareholders, directors, employees, agents or advisors with any of the recipients shall, under any circumstances, create any implication that there has been no change in the affairs of the Company since that date.

By attending this presentation and viewing and accessing these materials, you agree to keep these materials strictly confidential and be bound by the limitations set forth herein. These materials are being given solely for your use and may not be retained, copied, reproduced, redistributed or otherwise disclosed, directly or indirectly to any other person in any manner, or published, in whole or in part, for any purpose. Any failure to comply with these restrictions may constitute a violation of applicable securities laws.

EHANG 亿航

2

**Exhibit 36**
**Page 3**



Photo taken in Dali, Yunnan, China

Exhibit 36
Page 4



# EH216-S Type Certification Process with Civil Aviation Administration of China



| Concept Design | Special Conditions | Project Specific Certification Plan | Certification Basis | Certification Plan with Means of Compliance | Demonstration of Compliance | Verification of Compliance | Issuance of Type Certificate |

| Completed | Ongoing |

Exhibit 36
Page 5

# UAM Platform Operator with "Sales & Operation" Integrated Business Model





1) The EH216 series include EH216-S, EH216-L and EH216-F.

2) Pre-orders do not obligate the customers to purchase EHang's AAVs unless certain conditions are satisfied. Fulfilment is expected to take several years and is conditional upon, among other things, achievement of performance milestones and receipt of regulatory approvals.

5

**Exhibit 36**
**Page 6**

## Increasing Deliveries in China and Orders/Pre-Orders in Asian Countries



**CHINA**



- ✓ Initial purchase order for 5 units of EH216 AAVs from Tianxingjian, with deliveries for all 5 units completed in Q2

- ✓ Tianxingjian plans to purchase an additional 25 units of EH216 as the project progresses



**INDONESIA**



- ✓ Pre-order for 100 units of EH216 AAVs from the Prestige Aviation, an Indonesian aviation company and a subsidiary of Prestige Corp

- ✓ Debut demo flights in Bali and Jakarta



**THAILAND**

- ✓ Strategic Partnership with C.P. Group to Introduce AAVs to Thailand

- ✓ Intent to establish a joint venture in Thailand for AAV sales and UAM operations

eHANG 亿航

6

**Exhibit 36**
**Page 7**



Exhibit 36
Page 8

## Q2 2022 Financial Highlights

✓ **Total Revenues Up 152.5% QoQ**
✓ **High Quarterly Gross Margin of 67.1%**

| (RMB '000) | Q2 2022 (Unaudited) | Q1 2022 (Unaudited) | QoQ |
|---|---|---|---|
| Total revenues | **14,618** | 5,790 | **152.5%** |
| Gross profit | **9,813** | 3,616 | **171.4%** |
| Gross margin | **67.1%** | 62.5% | **4.6Pp[2]** |
| Adjusted gross profit[1] | **9,813** | 3,616 | **171.4%** |
| Adjusted gross margin[1] | **67.1%** | 62.5% | **4.6Pp** |
| Adjusted operating expenses[1] | **(63,428)** | (46,064) | **37.7%** |
| Adjusted operating loss[1] | **(51,191)** | (41,670) | **22.8%** |
| Adjusted net loss[1] | **(50,760)** | (40,869) | **24.2%** |

| (RMB '000) | As of June 30, 2022 (Unaudited) |
|---|---|
| Cash, cash equivalents, restricted cash and short-term investments | **240,683** |

Notes:
[1]  The Company uses Non-GAAP Financial Measures in evaluating its operating results and for financial and operational decision-making purposes. Please refer to the press release for more details.
[2]  Pp represents percentage points.



8

**Exhibit 36**
**Page 9**

# Strategic Partnership with Agricultural Bank of China Guangzhou Branch

## Indicative Credit Facilities of RMB1 Billion for Long-Term Cooperation





✓ Further diversifying funding channels

✓ Facilitating financial flexibility and liquidity

✓ Supporting the continuous execution of our strategic plans

✓ Supporting business growth, including R&D, manufacturing, and sales and operations

✓ Driving growth momentum in the long run

9

**Exhibit 36**
**Page 10**

# Condensed Consolidated Balance Sheets

| (RMB '000) | As of December 31, 2021 (Audited) | As of June 30, 2022 (Unaudited) |
|---|---:|---:|
| **Current assets:** | | |
| Cash and cash equivalents | 246,863 | 207,126 |
| Restricted cash | 160 | - |
| Short-term investments | 65,108 | 33,557 |
| Accounts receivable, net | 56,189 | 54,802 |
| Inventories, net | 78,075 | 79,229 |
| Prepayments and other current assets | 29,395 | 34,131 |
| Others, net | 1,360 | - |
| **Total current assets** | **477,150** | **408,845** |
| **Non-current assets:** | | |
| Property and equipment, net | 33,821 | 32,424 |
| Operating lease right-of-use assets, net | - | 17,869 |
| Long term loans receivable | 15,208 | 1,840 |
| Long-term investments | 6,143 | 7,936 |
| Others, net | 3,112 | 2,608 |
| **Total non-current assets** | **58,284** | **62,677** |
| **Total assets** | **535,434** | **471,522** |
| **Current liabilities:** | | |
| Short-term bank loans | 10,000 | 19,794 |
| Accounts payable | 45,560 | 40,223 |
| Contract liabilities | 14,831 | 15,605 |
| Current portion of long-term bank loans | 3,000 | 13,885 |
| Accrued expenses and other liabilities | 61,851 | 71,270 |
| Current portion of lease liabilities | - | 11,122 |
| Others, net | 1,205 | 1,217 |
| **Total current liabilities** | **136,447** | **173,116** |
| **Non-current liabilities:** | | |
| Long-term bank loans | 17,000 | 4,615 |
| Mandatorily redeemable non-controlling interests | 40,000 | 40,000 |
| Lease liabilities | - | 8,294 |
| Others, net | 7,941 | 9,020 |
| **Total non-current liabilities** | **64,941** | **61,929** |
| **Total liabilities** | **201,388** | **235,045** |
| **Total shareholders' equity** | **334,046** | **236,477** |
| **Total liabilities and shareholders' equity** | **535,434** | **471,522** |

EHANG 亿航

**Exhibit 36**
**Page 11**

# Unaudited Condensed Consolidated Statements of Comprehensive Loss

| (RMB '000) | 2021 Q2 | 2022 Q1 | 2022 Q2 |
|---|---|---|---|
| **Total revenues** | **12,164** | **5,790** | **14,618** |
| Costs of revenues | (3,897) | (2,174) | (4,805) |
| **Gross profit** | **8,267** | **3,616** | **9,813** |
| **Operating expenses:** | | | |
| Sales and marketing expenses | (10,762) | (12,697) | (12,243) |
| General and administrative expenses | (42,809) | (23,510) | (39,563) |
| Research and development expenses | (31,769) | (32,001) | (34,727) |
| **Total operating expenses** | **(85,340)** | **(68,208)** | **(86,533)** |
| Other operating income | 2,163 | 778 | 2,424 |
| **Operating loss** | **(74,910)** | **(63,814)** | **(74,296)** |
| **Other income (expense):** | | | |
| Interest and investment income | 561 | 1,370 | 1,139 |
| Interest expenses | (474) | (475) | (440) |
| Foreign exchange gain (loss) | 38 | (423) | (1,018) |
| Other non-operating income (expenses), net | 192 | (5,489) | 721 |
| **Total other income (expense)** | **317** | **(5,017)** | **402** |
| **Loss before income tax and income from equity method investment** | **(74,593)** | **(68,831)** | **(73,894)** |
| Income tax benefits (expenses) | - | 2 | (1) |
| **Loss before income from equity method investment** | **(74,593)** | **(68,829)** | **(73,895)** |
| Income from equity method investment | - | 13 | 30 |
| **Net loss** | **(74,593)** | **(68,816)** | **(73,865)** |
| Net loss attributable to non-controlling interests | 197 | 155 | 312 |
| **Net loss attributable to ordinary shareholders** | **(74,396)** | **(68,661)** | **(73,553)** |

EHANG 亿航

11

**Exhibit 36**
**Page 12**

## Investment Highlights



**1.** The World's First Publicly Traded Urban Air Mobility Company

**2.** Massive, Fast-Growing Target Market Ready for True Disruption

**3.** Global Market Leader and First Mover of Commercialization Ahead of Competition

**4.** World's Leading Scalable Urban Air Mobility Platform with Integrated Product Suite

**5.** Continuous, Industry-Disruptive Regulatory Breakthroughs

**6.** Compelling Business Model with High Growth and Margin

**7.** Ecosystem Enabler with Global Partnership Network

EHANG 亿航

**Exhibit 36**
**Page 13**



Exhibit 36
Page 14