# Exhibit 37

**Exhibit 37**
**Page 1**



# EHang Holdings Limited
## Q3 2022 Earnings Highlights

*December 2, 2022*

www.ehang.com

Photo taken in Maoming, Guangdong, China

Exhibit 37
Page 2

# Disclaimer

These materials have been prepared by EHang Holdings Limited (the "Company") solely for informational purposes and have not been independently verified. No representations or warranties, express or implied, are made as to, and no reliance should be placed on, the accuracy, fairness, completeness or correctness of the information or opinions presented or contained in these materials. None of the Company, its subsidiaries, affiliates, controlling persons, directors, supervisors, officers, partners, employees, advisors, and representatives of any of the foregoing shall have any responsibility or liability whatsoever, as a result of negligence or otherwise, for any loss howsoever arising from any information or opinions presented or contained in or derived from these materials. The information and opinions presented or contained in these materials is subject to change without notice and shall only be considered current as of the date of the presentation.

This presentation includes forward-looking statements, which are based on current expectations and forecast about future events. These statements can be recognized by the use of words such as "expect," "plan," "will," "estimate," "project," "intend," or words of similar meaning. These forward-looking statements are made only and are based on estimates and information available to the Company, as of the date of this presentation, and are not guarantees of future performance. These statements are based on a number of assumptions which are subject to known and unknown risks, uncertainties and other factors that are beyond the Company's control, which could cause actual results to differ materially from historical results or those anticipated. These factors include, but are not limited to, the political, social, legal and economic environment in which the Company will operate in the future. The Company and its affiliates and representatives undertake no obligation to update or revise these forward-looking statements for events or circumstances that occur subsequent to the date of this presentation. Actual results could differ materially from those anticipated in forward-looking statements and future results could materially differ from our historical performance.

This presentation is not and does not constitute or form part of, and is not made in connection with, any offer, invitation or recommendation to sell or issue, or any solicitation of any offer to purchase or subscribe for, any securities of any entity, and neither this presentation nor anything contained in it shall form the basis of, or be relied upon in connection with, any contract or investment decision.

Certain data in this presentation was obtained from various external data sources, and the Company has not verified such data with independent sources. Accordingly, the Company makes no representations as to the accuracy or completeness of that data, and such data involves risks and uncertainties and is subject to change based on various factors. The figures in this document may have been subject to rounding.

This presentation speaks as of December 2, 2022. The information presented or contained in this presentation is subject to change without notice. Neither the delivery of this presentation nor any further discussions of the Company, any of its affiliates, shareholders, directors, employees, agents or advisors with any of the recipients shall, under any circumstances, create any implication that there has been no change in the affairs of the Company since that date.

By attending this presentation and viewing and accessing these materials, you agree to keep these materials strictly confidential and be bound by the limitations set forth herein. These materials are being given solely for your use and may not be retained, copied, reproduced, redistributed or otherwise disclosed, directly or indirectly to any other person in any manner, or published, in whole or in part, for any purpose. Any failure to comply with these restrictions may constitute a violation of applicable securities laws.

EHANG | 亿航

**Exhibit 37**
**Page 3**



Photo taken in Sakaide City, Kagawa Prefecture, Japan

Exhibit 37
Page 4

## China's First Type Certification (TC) Project of Human-Carrying Unmanned Aerial Systems (UAS) - EH216-S

There hadn't been any airworthiness certification standards applicable to the human-carrying UAS in the world. As the first-mover, EHang conducted many years of practical and safe flight tests to explore and contribute to the development of emerging eVTOL industry with disruptive innovation.



CAAC takes the lead in exploring the airworthiness certification of human-carrying UAS with vigorous support in EH216-S type certification process.



■ Completed processes

□ Ongoing processes

4

**Exhibit 37**
**Page 5**

# UAM Platform Operator with Integrated Business Model of AAV Sales & Flight Operations



**4** units of EH216 series delivered in Q3 2022

**1,200+** units of passenger-grade AAVs in unfulfilled pre-order book

1,200+

Unfulfilled pre-orders from customers including but not limited to:

prestige *Image Aviation*

AEROTREE

AirX

MASC
OKAYAMA KURASHIKI MIZUSHIMA AERO & SPACE INDUSTRY CLUSTER STUDY GROUP

United Therapeutics CORPORATION

■ VT-30
■ EH216 Series[1]

Unfulfilled Pre-Orders[2]

As of September 30, 2022



**6,800+** operational trial flights

**15** operation spots

e.g. Guangzhou, Shenzhen, Shanghai, Hezhou, Zhaoqing, Jishou, Dali, etc.

As of November 30, 2022

1) The EH216 series include EH216-S, EH216-L and EH216-F.

2) Pre-orders do not obligate the customers to purchase EHang's AAVs unless certain conditions are satisfied. Fulfilment is expected to take several years and is conditional upon, among other things, achievement of performance milestones and receipt of regulatory approvals.

EHANG | 亿航

5

**Exhibit 37**
**Page 6**

# Increasing Partnership and Flight Demonstrations in Asia and Europe



| CHINA | JAPAN | EUROPE |
|---|---|---|

   

**CHINA**

- ✓ Partnership with HAECO in manufacturing and assembly, continued airworthiness, digital platforms, aircraft maintenance, and talent training
- ✓ Co-developing systems and solutions that meet the needs of continued airworthiness and after-sales maintenance services in preparation for the EH216 commercial operations

**JAPAN**

- ✓ EH216 flight demonstrations in 4 Japanese cities to mark 1,000-day countdown of Expo 2025 Osaka, Kansai
- ✓ Flight demos include over-the-sea flights and point-to-point flights, both believed to be respective firsts for an eVTOL vehicle in Japan

**EUROPE**

- ✓ Flight demonstrations in Spain under the EU SESAR AMU-LED project, as one of Europe's largest UAM demonstration projects
- ✓ Demonstrations verified and validated the UAM ConOps in the furtherance of the AMU-LED project objectives

- ✓ Participation in SAMVA project under an initiative of the EUSPA, for deploying EGNOS on eVTOL aircraft operations, such as EH216 AAVs, to enhance advanced air mobility services and U-Space airspace integration across the continent

EHANG 亿航

6

**Exhibit 37**
**Page 7**



Exhibit 37
Page 8

## Q3 2022 Financial Highlights

✓ **Continued High Quarterly Gross Margin of 65.9%**

| (RMB '000) | Q3 2022 (Unaudited) | Q2 2022 (Unaudited) | QoQ |
|---|---|---|---|
| Total revenues | **8,226** | 14,618 | **-43.7%** |
| Gross profit | **5,425** | 9,813 | **-44.7%** |
| Gross margin | **65.9%** | 67.1% | **-1.2Pp[2]** |
| Adjusted gross profit[1] | **5,425** | 9,813 | **-44.7%** |
| Adjusted gross margin[1] | **65.9%** | 67.1% | **-1.2Pp[2]** |
| Adjusted operating expenses[1] | **(59,670)** | (63,428) | **-5.9%** |
| Adjusted operating loss[1] | **(52,852)** | (51,191) | **3.2%** |
| Adjusted net loss[1] | **(55,100)** | (50,760) | **8.6%** |

| (RMB '000) | As of September 30, 2022 (Unaudited) |
|---|---|
| Cash, cash equivalents, restricted cash and short-term investments | **208,781** |

Notes:

[1] The Company uses Non-GAAP Financial Measures in evaluating its operating results and for financial and operational decision-making purposes, which excludes the effects of items of share-based compensation expenses and certain non-operational expenses.

[2] Pp represents percentage points.



8

**Exhibit 37**
**Page 9**

# Condensed Consolidated Balance Sheets

| (RMB '000) | As of December 31, 2021 (Audited) | As of September 30, 2022 (Unaudited) |
|---|---|---|
| **Current assets:** | | |
| Cash and cash equivalents | 246,863 | 137,421 |
| Restricted cash | 160 | - |
| Short-term investments | 65,108 | 71,360 |
| Accounts receivable, net | 56,189 | 39,125 |
| Inventories, net | 78,075 | 79,463 |
| Prepayments and other current assets | 29,395 | 48,620 |
| Others, net | 1,360 | - |
| **Total current assets** | **477,150** | **375,989** |
| **Non-current assets:** | | |
| Property and equipment, net | 33,821 | 36,532 |
| Operating lease right-of-use assets, net | - | 79,237 |
| Long term loans receivable | 15,208 | 1,850 |
| Long-term investments | 6,143 | 8,007 |
| Others, net | 3,112 | 2,940 |
| **Total non-current assets** | **58,284** | **128,566** |
| **Total assets** | **535,434** | **504,555** |
| **Current liabilities:** | | |
| Short-term bank loans | 10,000 | 39,794 |
| Accounts payable | 45,560 | 34,665 |
| Contract liabilities | 14,831 | 17,569 |
| Current portion of long-term bank loans | 3,000 | 14,269 |
| Accrued expenses and other liabilities | 61,851 | 69,788 |
| Current portion of lease liabilities | - | 11,112 |
| Others, net | 1,205 | 2,433 |
| **Total current liabilities** | **136,447** | **189,630** |
| **Non-current liabilities:** | | |
| Long-term bank loans | 17,000 | 4,231 |
| Mandatorily redeemable non-controlling interests | 40,000 | 40,000 |
| Lease liabilities | - | 70,183 |
| Others, net | 7,941 | 9,005 |
| **Total non-current liabilities** | **64,941** | **123,419** |
| **Total liabilities** | **201,388** | **313,049** |
| **Total shareholders' equity** | **334,046** | **191,506** |
| **Total liabilities and shareholders' equity** | **535,434** | **504,555** |

EHANG|亿航

9

**Exhibit 37**
**Page 10**

## Unaudited Condensed Consolidated Statements of Comprehensive Loss

| (RMB '000) | 2021 Q3 | 2022 Q2 | 2022 Q3 |
|---|---|---|---|
| **Total revenues** | **12,965** | **14,618** | **8,226** |
| Costs of revenues | (4,955) | (4,805) | (2,801) |
| **Gross profit** | **8,010** | **9,813** | **5,425** |
| **Operating expenses:** | | | |
| Sales and marketing expenses | (10,740) | (12,243) | (12,669) |
| General and administrative expenses | (36,845) | (39,563) | (36,555) |
| Research and development expenses | (38,699) | (34,727) | (31,257) |
| **Total operating expenses** | **(86,284)** | **(86,533)** | **(80,481)** |
| Other operating income | 4,945 | 2,424 | 1,393 |
| **Operating loss** | **(73,329)** | **(74,296)** | **(73,663)** |
| **Other income (expense):** | | | |
| Interest and investment income | 1,427 | 1,139 | 984 |
| Interest expenses | (474) | (440) | (543) |
| Foreign exchange loss | (162) | (1,018) | (801) |
| Other non-operating income (expenses), net | 299 | 721 | (2,522) |
| **Total other income (expense)** | **1,090** | **402** | **(2,882)** |
| **Loss before income tax and income from equity method investment** | **(72,239)** | **(73,894)** | **(76,545)** |
| Income tax expenses | (12) | (1) | (73) |
| **Loss before income from equity method investment** | **(72,251)** | **(73,895)** | **(76,618)** |
| Income from equity method investment | - | 30 | 71 |
| **Net loss** | **(72,251)** | **(73,865)** | **(76,547)** |
| Net loss attributable to non-controlling interests | 276 | 312 | 422 |
| **Net loss attributable to ordinary shareholders** | **(71,975)** | **(73,553)** | **(76,125)** |

EHANG 亿航

10

**Exhibit 37**
**Page 11**

## Investment Highlights



**1.** The World's First Publicly Traded Urban Air Mobility Company

**2.** Massive, Fast-Growing Target Market Ready for True Disruption

**3.** Global Market Leader and First Mover of Commercialization Ahead of Competition

**4.** World's Leading Scalable Urban Air Mobility Platform with Integrated Product Suite

**5.** Continuous, Industry-Disruptive Regulatory Breakthroughs and Certification Process

**6.** Compelling Business Model with High Growth Potential and Margin

**7.** Ecosystem Enabler with Global Partnership Network

EHANG 亿航

11

**Exhibit 37**
**Page 12**



Exhibit 37
Page 13