# Exhibit 38

Exhibit 38
Page 1



EHANG 亿航    EH | Nasdaq Listed

# EHang – Enabling Safe, Autonomous, Eco-friendly Air Mobility

October 2023

**Exhibit 38**
**Page 2**

# Disclaimer

These materials have been prepared by EHang Holdings Limited (the "Company") solely for informational purposes and have not been independently verified. No representations or warranties, express or implied, are made as to, and no reliance should be placed on, the accuracy, fairness, completeness or correctness of the information or opinions presented or contained in these materials. None of the Company, its subsidiaries, affiliates, controlling persons, directors, supervisors, officers, partners, employees, advisors, and representatives of any of the foregoing shall have any responsibility or liability whatsoever, as a result of negligence or otherwise, for any loss howsoever arising from any information or opinions presented or contained in or derived from these materials. The information and opinions presented or contained in these materials is subject to change without notice and shall only be considered current as of the date of this presentation.

This presentation includes forward-looking statements, which are based on current expectations and forecast about future events. These statements can be recognized by the use of words such as "expect," "plan," "will," "estimate," "project," "intend," or words of similar meaning. These forward-looking statements are made only and are based on estimates and information available to the Company, as of the date of this presentation, and are not guarantees of future performance. These statements are based on a number of assumptions which are subject to known and unknown risks, uncertainties and other factors that are beyond the Company's control, which could cause actual results to differ materially from historical results or those anticipated. These factors include but are not limited to those relating to our expectations regarding demand for, and market acceptance of, our products and solutions and the commercialization of UAM services, our relationships with strategic partners, and current litigation and potential litigation involving us. The Company and its affiliates and representatives undertake no obligation to update or revise these forward-looking statements for events or circumstances that occur subsequent to the date of this presentation. Actual results could differ materially from those anticipated in forward-looking statements and future results could materially differ from our historical performance.

This presentation is not and does not constitute or form part of, and is not made in connection with, any offer, invitation or recommendation to sell or issue, or any solicitation of any offer to purchase or subscribe for, any securities of any entity, and neither this presentation nor anything contained in it shall form the basis of, or be relied upon in connection with, any contract or investment decision.

Certain data in this presentation was obtained from various external data sources, and the Company has not verified such data with independent sources. Accordingly, the Company makes no representations as to the accuracy or completeness of that data, and such data involves risks and uncertainties and is subject to change based on various factors. The figures in this document may have been subject to rounding.

The information presented or contained in this presentation is subject to change without notice. Neither the delivery of this presentation nor any further discussions of the Company, any of its affiliates, shareholders, directors, employees, agents or advisors with any of the recipients shall, under any circumstances, create any implication that there has been no change in the affairs of the Company since the date of this presentation.

By attending this presentation and viewing and accessing these materials, you agree to keep these materials strictly confidential and be bound by the limitations set forth herein.  These materials are being given solely for your use and may not be retained, copied, reproduced, redistributed or otherwise disclosed, directly or indirectly to any other person in any manner, or published, in whole or in part, for any purpose. Any failure to comply with these restrictions may constitute a violation of applicable securities laws.

**Exhibit 38**
**Page 3**



Exhibit 38
Page 4

## Our Mission

*Enable safe, autonomous and eco-friendly air mobility for everyone*



Exhibit 38
Page 5

# Massive Unlocked UAM Market Opportunity

Total Addressable Market: **US$1tn by 2040, US$9tn by 2050**

*"If you're bullish on autonomous cars, it's time to start looking at autonomous aircraft."*

China is estimated to be the **world's largest regional UAM market**, accounting for nearly **30%** of the global UAM market.







Urban Air Mobility Global Total Addressable Market (Base Case)

**CAGR 31%+**

**2040**
- ROW: 422
- Europe: 292
- China: 431
- U.S.: 328

Source: Morgan Stanley Research

Source: Morgan Stanley Research Reports titled "eVTOL/Urban Air Mobility TAM Update: A Slow Take-Off, But Sky's the Limit" dated May 6, 2021, and "Flying Cars: Investment Implications of Autonomous Urban Air Mobility" dated December 2, 2018.

EHANG|亿航                                                                     5

**Exhibit 38**
**Page 6**

# EHang - UAM Platform Operator



Exhibit 38
Page 7

# Our Integrated Technology Platform

## Unmanned Aerial Vehicle (UAV)

Comprehensive product portfolio of high-performing eVTOLs/UAVs for a multiple applications

### EH216 Series

  

EH216-S (Dual-Seat)    EH216-F (Firefighting)    EH216-L (Logistics)

### VT Series

   

VT-30 (Dual-Seat)    VT-20    VT-10

### Others

 

Falcon B    GD Series

## UAV Operating Platform

Operating systems and extended infrastructure that facilitate UAV management and operations at scale

**UAV Operating Systems**



**+**

**Command-and-Control Systems**



**+**

**Vertiports and Charging Systems**





Exhibit 38
Page 8

# Technical Advantages to Ensure Safety and Efficiency



For intra-city air mobility - EH216-S

For inter-city air transportation - VT-30

**1  High Redundancy Design with Full Backup System**

- Redundancy extends across propulsion, sensors, flight controls, and communication systems
- Avoid any single point failure

**2  Autonomous Flying**

- Pre-determined flight routes
- Flight safety ensured by electric fence
- Saves pilot costs

**3  Fleet Management**

- On-the-ground command-and-control systems
- Monitoring, warning, route planning, fleet management, remote control for emergencies

**Exhibit 38**
**Page 9**

## Unrivalled Globally: The Sole eVTOL Company to Secure TC

- EH216-S passenger-carrying UAV system has obtained **the world's first type certificate ("TC") of unmanned eVTOL** officially issued by the Civil Aviation Administration of China ("CAAC")

- Demonstrating that the EH216-S's model design fully complies with CAAC's safety standards and airworthiness requirements, and that the EH216-S is qualified for conducting passenger-carrying UAV commercial operations

- **Unrivalled Globally**: the **sole eVTOL company** to secure TC

Mr. Huazhi Hu, Founder, Chairman and CEO of EHang: "Embracing the TC as our springboard, we will **launch commercial operations of the EH216-S unmanned eVTOLs**, prioritizing safety above all. This will enable us to steadily progress towards our strategic goal to be a UAM platform operator."




**Exhibit 38**
**Page 10**

## EH216-S TC Progress Ahead of Peers



Source: Company Website, Company Materials, Press Releases, Goldman Sachs Research, as of October 13, 2023

**Exhibit 38**
**Page 11**

# Integrated Business Model of Product Sales & Flight Operational Services



### Order Pipeline

- **100+** units of orders for EH216-S in China

- **1,200+** units of pre-orders for EH216 series and VT-30 overseas

### Trial Operation

- **20** trial operation sites in **18** cities in China

- **9,300+** safe flights during two-year trial operation

- Established operation team, digital UAM operation platform, operation procedures, safety rules and acquired operation expertise

### Commercial Operational Services

- Launching commercialization post certification

- Starting from aerial sightseeing and flight experience services

- Generating recurring revenues

1. Data on this page are accumulated numbers as of August 17, 2023, the Q2 2023 earnings release date.

2. Pre-orders do not obligate the customers to purchase EHang's UAVs unless certain conditions are satisfied. Fulfilment is expected to take several years and is conditional upon, among other things, achievement of performance milestones and receipt of regulatory approvals.

**Exhibit 38**
**Page 12**

## Urban Air Mobility Use Cases – Passenger Transportation

Aerial Sightseeing, Experience Flight

Regional Air Shuttle in Theme Parks and Scenic Areas

Air Shuttle between Ground Transportation Hubs

Intracity Air Taxi

Intracity Air Shuttle

Air Shuttle for Airports

**Extended to other emergency uses:**



Emergency Rescue          Transplant Organ Transport          Aerial Firefighting

eHANG 亿航

12

**Exhibit 38**
**Page 13**

## Urban Air Mobility Use Cases – Aerial Logistics

**Last-Mile Delivery**



**Short-Haul Intra-City Logistics Transportation**



**Long-Haul Inter-City Logistics Transportation**



**Exhibit 38**
**Page 14**

# Wordwide Footprint with Industry-Leading Safe Flight Record

Accumulated **40,000+** demo and trial flights in **14** countries across Asia, Europe, Americas*



*Data: as of August 31, 2023, including the flight records of EH184, EH116, and EH216 series.

**Exhibit 38**
**Page 15**

## Yunfu Production Facility

- **~24,000** sq.m in gross floor area in Yunfu City, Guangdong Province, China
- Planned initial annual capacity of **600** units of EHang eVTOLs
- Efficient UAV R&D, manufacturing and supply chain foundations in China
- In-house production processes include manufacturing key components, carbon fiber composite airframes, aircraft assembling and flight testing







Since 2017, our quality management system has been certified by AS9100, a quality standard widely recognized in the global aerospace industry.

**Exhibit 38**
**Page 16**

# Favorable Policies and Regulations to Support UAM / Low-Altitude Economy in China



- The State Council of China proposed to incorporate the development of Urban Air Mobility into **China's National Strategies**;

- The State Council of China issued the *Guidelines of the National Comprehensive Transportation Network Plan* for the development of a comprehensive transportation network by 2035, calls for **intelligent general aviation vehicle applications and includes low-altitude economy in the national economic development plan for the first time**.

- In June 2023, China's State Council and the Central Military Commission officially issued the *Interim Measures for the Flight Management of Unmanned Aerial Vehicles (UAVs)*, effective on January 1, 2024, which is the first special administrative regulation of its kind in China to support the flourishing development of UAV industry.

- In October 2023, China's four departments issued the *Green Aviation Manufacturing Industry Development Outline (2023-2035),* aiming to **put eVTOL aircraft into trial commercial use by 2025**, and realize large-scale commercialization of unmanned electric aviation equipment by 2035.



- Issued the *Pilot Operation Rules (Interim) for Specific Unmanned Aircraft* in February 2019.
- Approved 13 **Unmanned Civil Aviation Experimental Bases (Test Areas)** in China.
- CAAC issued the draft *Civil Unmanned Aviation Development Roadmap V1.0* for public comments in August 2022, with the aim to **establishing an air mobility system integrating manned and unmanned aircraft by 2035**.

**Exhibit 38**
**Page 17**

## Strategic Partnership with Shenzhen Bao'an District for UAM Operation

- In July 2023, EHang reached a strategic partnership with the Bao'an District Government of Shenzhen municipality for UAM operations after the certification of EH216-S.

- Will jointly develop UAM use cases, systems, and routes to build Shenzhen as a national low-altitude economy development demonstration city.

- Plan to establish a UAM Operation Demonstration Center at the OH Bay in Shenzhen and launch aerial tourism and sightseeing experience services with EH216-S.

- Shenzhen Boling plans to purchase up to **100 units** of EH216-S with 5 units delivered, expected to be used for regular flight operations at UAM Operation Demonstration Center at OH Bay.



**Exhibit 38**
**Page 18**

# Asian Markets - Great Market Potentials and Customer Demands

 Charoen Pokphand Group, one of the largest conglomerates in SEA

- **Strategic partnership** to introduce EHang eVTOLs to Thailand;
- Plan to establish a **joint venture** in Thailand for eVTOL sales and UAM operations.

Aerotree, a leading Malaysian aviation company

- Pre-order for **50 units** of EH216 series and **10 units** of VT-30;
- UAM cooperations on maintenance, repair and overhaul ("MRO") and training in Malaysia.

 Prestige Aviation, an Indonesian aviation company

- Pre-order for **100 units** of EH216-S;
- EH216-S demo flights in Bali and Jakarta, Indonesia.



**Korea** **Japan**

**Thailand**

**Malaysia**

**Indonesia**

- EH216-S flight footprint across 7 cities in Japan;
- EHang inducted as a member of Japan's Public-Private Committee for Advanced Air Mobility.

 Okayama Kurashiki Mizushima Aero & Space Industry Cluster Study Group

- The **1st order** for VT-30;
- **The first passenger-carrying autonomous eVTOL flight** demonstration by EH216-S in an open airspace within Japan.

 AirX Inc., a leading air mobility digital platform company

- Pre-order for **50 units** of the EH216 series;
- A prospect of providing "air taxi" services for the 2025 World Expo in Osaka, Kansai, Japan.

- Seoul metropolitan government purchased one unit of EH216-S;
- Demo flights in 3 locations - Seoul, Daegu and Jeju Island in Korea.

\* Data on this page are accumulated numbers as of August 17, 2023.

**Exhibit 38**
**Page 19**

# Worldwide Customers and Partners



Exhibit 38
Page 20

# Smart City Management

## Our Command-and-Control Center Network in China

We successfully developed integrated command-and-control centers that centralize and coordinate a wide range of UAV applications simultaneously.



Lianyungang

Hezhou

Shaoguan

Guangzhou

*Shenzhen*

## Smart City Management Use Cases



Powerline Inspection

Environmental Monitoring

Traffic Management

Forest Firefighting

Flood Emergency Response

High-Rise Firefighting

Emergency Rescue

Aerial Mapping

Exhibit 38
Page 21

# Aerial Media

## Reinventing the Aerial Landscape

Large-scale outdoor aerial formations of UAVs choreographed into light-based images in the night sky

### Global Leading Technology

Simultaneous control of thousands of UAVs by a command-and-control system with highly precise positioning powered by real-time kinematic satellite-based navigation technology

### World Record Breaking

Guinness World Records for *The Most UAVs Airborne Simultaneously* and *The Most Consecutive Formations Formed by UAVs Same Set*

### Night Sky Economy

Unique means of advertising and entertainment that is highly dynamic, impactful and eco-friendly

### Aerial Media Customer Cases



**Exhibit 38**
**Page 22**

## EHang Investment Highlights



**01** The World's First Publicly Traded Urban Air Mobility Company

**02** World's First Unmanned eVTOL Type Certificate to Be The First to Launch Commercial Operations

**03** Global Market Leader and First Mover of Commercialization Ahead of Competition

**04** World's Leading Scalable Urban Air Mobility Platform with Integrated Product Suite

**05** Massive, Fast-Growing Target Market Ready for True Disruption

**06** Compelling Business Model with High Growth Potential and Gross Margin

**07** Ecosystem Enabler with Global Partnership Network

**Exhibit 38**
**Page 23**



Exhibit 38
Page 24