**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHAN KUI ZHANG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, CONOR CHIA-HUNG YANG, RICHARD JIAN LIU, and XIN FANG,<br><br>Defendants. | Case No. 2:23-cv-10165-MWC (DFMx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANT EHANG HOLDING LIMITED'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br><u>CLASS ACTION</u> |

On October 14, 2024, Lead Plaintiff filed the Amended Class Action Complaint for Violations of the Federal Securities Laws ("Complaint") (ECF No. 41). Defendant EHang Limited Holdings ("EHang") moved, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Complaint for failure to state a claim. (ECF No. 47). EHang's Motion is **DENIED** for the reasons stated in Plaintiff's Memorandum of Points and Authorities in Opposition to EHang's Motion.

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Michelle Williams Court
United States District Judge