COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
LINH K. NGUYEN (305737)
(lknguyen@cooley.com
MATTHEW D. MARTINEZ (333932)
(mmartinez@cooley.com)
10265 Science Center Drive
San Diego, California 92121
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420

NICHOLAS ORR (334142)
(norr@cooley.com)
355 S. Grand Avenue
Los Angeles, California 90071
Telephone: +1 213 561 3250
Facsimile:  +1 213 561 3244

SARAH M. LIGHTDALE (*pro hac vice*)
(slightdale@cooley.com)
ERINMA E. MAN (330543)
(eman@cooley.com)
55 Hudson Yards
New York, New York 10001
Telephone: +1 212 479 6000
Facsimile: +1 212 479 5275

Attorneys for Defendant
EHang Holdings Limited

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN PUJO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED HUAZHI HU, CONOR CHIA-HUNG YANG, RICHARD JIAN LIU, and XIN FANG<br><br>Defendants. | Case No. 2:23-cv-10165-MWC<br><br>**SUPPLEMENTAL DECLARATION OF LINH K. NGUYEN IN SUPPORT OF DEFENDANT EHANG HOLDINGS LIMITED'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Hearing: March 28, 2025<br>Time:      1:30 p.m.<br>Dept:      Courtroom 6A<br>Judge:    Hon. Michelle Williams |

COOLEY LLP
ATTORNEYS AT LAW
NEW YORK

I, Linh K. Nguyen, declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court. I am counsel for Defendant EHang Holdings Limited ("EHang" or "Defendant"). I respectfully submit this Supplemental Declaration in Support of Defendant EHang Holdings Limited's Motion to Dismiss Plaintiff's Amended Complaint. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could testify competently and accurately thereto.

2.    Attached as **Exhibit 5 (Revised)** is a true and correct excerpted copy of EHang's 2022 Annual Report on Form 20-F filed with the SEC on April 27, 2023. It is publicly available at https://www.sec.gov/search-filings.[1]

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 14, 2025, in San Diego, California.

/s/ Linh K. Nguyen
Linh K. Nguyen

---

[1] EHang's 2022 Annual Report on Form 20-F filed with the SEC on April 27, 2023 was previously attached to the Declaration of Linh K. Nguyen in Support of Defendant EHang Holdings Limited's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 48) as Exhibit 5 (Dkt. 48-7). Exhibit 5 (Revised) adds a single page to, and replaces, Exhibit 5. Exhibit 5 was referenced in Defendant's Request for Judicial Notice and For Incorporation by Reference in Support of Defendant EHang Holdings Limited's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 51).

COOLEY LLP
ATTORNEYS AT LAW
NEW YORK

2

SUPPLEMENTAL DECLARATION OF
LINH K. NGUYEN ISO EHANG'S
MOTION TO DISMISS
2:23-CV-10165-MWC