UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAMIEN PUJO, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

EHANG HOLDINGS LIMITED, HUAZHI HU, CONOR CHIA-HUNG YANG, RICHARD JIAN LIU, and XIN FANG,

Defendants.

Case No. 2:23-cv-10165-MWC-(DFMx)

**[PROPOSED] ORDER STAYING PROCEEDINGS**

Judge: Hon. Michelle Williams Court

On May 1, 2025, Lead Plaintiff Zhan Kui Zhang ("Plaintiff") and Defendants EHang Holdings Limited, Conor Chia-Hung Yang, and Huazhi Hu ("Defendants," and with Plaintiff, the "Parties") stipulated to stay proceedings in the above captioned action by 120 days to allow the Parties to focus on negotiating a potential resolution, including through private mediation (Dkt. No. 62).

Having considered the Parties' stipulation, and good cause appearing therefore, the Court **GRANTS** the stipulation, and **ORDERS** as follows:

1.    All proceedings in this action are stayed for one hundred and twenty (120) calendar days from entry of the Court's order to allow the Parties to focus on negotiating a potential resolution, including through private mediation.

2.    This Stipulation shall not preclude or prevent the Parties from stipulating to, or moving for, a court order lifting, modifying or extending the terms of this Stipulation upon a showing of good cause.

3.    The Parties are not waiving any rights, claims, or defenses of any kind except as expressly stated herein, and the Parties reserve the right to seek relief from the stay as circumstances may warrant, subject to the Court's approval.

**IT IS SO ORDERED.**

Dated: _____

                                                    _____
                                                    Hon. Michelle Williams Court
                                                    United States District Judge

ORDER STAYING PROCEEDINGS
2:23-CV-10165-FLA-DFM