COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
MATTHEW D. MARTINEZ (333932)
(mmartinez@cooley.com)
10265 Science Center Drive
San Diego, California 92121
Telephone:  +1 858 550 6000
Facsimile:   +1 858 550 6420

NICHOLAS ORR (334142)
(norr@cooley.com)
355 S. Grand Avenue
Los Angeles, California 90071
Telephone:  +1 213 561 3250
Facsimile:   +1 213 561 3244

SARAH M. LIGHTDALE (*pro hac vice*)
(slightdale@cooley.com)
ERINMA E. MAN (330543)
(eman@cooley.com)
55 Hudson Yards
New York, New York 10001
Telephone:  +1 212 479 6000
Facsimile:   +1 212 479 5275

*Attorneys for Defendants*

THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN (219683)
(lrosen@rosenlegal.com)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

THE ROSEN LAW FIRM, P.A.
YU SHI (*pro hac vice*)
(yshi@rosenlegal.com)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN PUJO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, CONOR CHIA-HUNG YANG, RICHARD JIAN LIU, and XIN FANG,<br><br>Defendants. | Case No. 2:23-cv-10165-MWC-(DFMx)<br><br>**JOINT STIPULATION STAYING PROCEEDINGS PENDING MEDIATION**<br><br>Judge: Hon. Michelle Williams Court |

Pursuant to Civil Local Rules 7-1 and 8-3, Defendants EHang Holdings Limited ("EHang"), Conor Chia-Hung Yang, and Huazhi Hu (the "Individual Defendants") and Lead Plaintiff Zhan Kui Zhang ("Plaintiff," and with EHang and the Individual Defendants, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to stay proceedings in the above captioned action until July 21, 2025:

WHEREAS, on October 14, 2024, Plaintiff filed an amended complaint (the "Amended Complaint," Dkt. No. 41) against Defendants EHang, Huazhi Hu, Conor Chia-Hung Yang, and Richard Jian Liu alleging violations of Section 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act");

WHEREAS, on December 7, 2024, EHang moved to the dismiss the Amended Complaint ("Motion to Dismiss," Dkt. No. 47);

WHEREAS, on March 26, 2025, the Court granted in part and denied in part EHang's Motion to Dismiss, giving Plaintiff leave to amend the claim that was dismissed by May 1, 2025, and ordered EHang to file its response to the amended complaint within 21 days after the filing of the amended complaint (Dkt. No. 59);

WHEREAS, on April 2, 2025, the Individual Defendants were served with a summons (the "Summons") and the Amended Complaint and, pursuant to Fed. R. Civ. P. 12(a), were required to respond within 21 days by April 23, 2025;

WHEREAS, on April 17, 2025, Plaintiff and the Individual Defendants filed a joint stipulation to extend the Individual Defendants time to respond to the Amended Complaint (Dkt. No. 60);

WHEREAS, on April 18, 2025, the Court ordered the Individual Defendants to proceed on the same response schedule as EHang if Plaintiff files an amended complaint on May 1, 2025, or, if Plaintiff decides not to file an amended complaint, the Individual Defendants shall respond 21 days after Plaintiff's filing saying as much, or by May 22, 2025—whichever date is earlier (Dkt. No. 61);

WHEREAS, Plaintiff elected not to file an amended complaint and will

STIPULATION
2:23-CV-10165-MWC-(DFMX)

proceed on the claim that survived EHang's motion to dismiss;

WHEREAS, the Parties have scheduled a private mediation before Robert A. Meyer, Esq. of JAMS to be held on July 1, 2025;

WHEREAS, the Parties have conferred and believe that there is good cause to stay all proceedings in light of the scheduled mediation, including the conservation of the Court's and the Parties' resources, which will allow the Parties to focus on the mediation and negotiating a potential resolution; and,

WHEREAS, to accommodate the mediation and any potential follow-up negotiations or mediation(s), the Parties request to stay all proceedings until July 21, 2025.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to the Court's approval, as follows:

1. All proceedings in the action are stayed until July 21, 2025.

2. This Stipulation shall not preclude or prevent the Parties from stipulating to, or moving for, a court order lifting, modifying or extending the terms of this Stipulation upon a showing of good cause.

3. The Parties are not waiving any rights, claims, or defenses of any kind except as expressly stated herein, and the Parties reserve the right to seek relief from the stay as circumstances may warrant, subject to the Court's approval.

IT IS SO STIPULATED.

Dated:        May 9, 2025                    COOLEY LLP


                                            By: */s/ Linh K. Nguyen*
                                                Linh K. Nguyen

                                            *Attorneys for Defendants*

**STIPULATION**
**2:23-CV-10165-MWC-(DFMX)**

Dated:     May 9, 2025          THE ROSEN LAW FIRM, P.A.

By: */s/ Yu Shi*
      Yu Shi

*Attorneys for Plaintiff*

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all parties have concurred in the filing of this Stipulation.

By:    */s/ Linh K. Nguyen*
        Linh K. Nguyen

STIPULATION
2:23-CV-10165-MWC-(DFMx)