UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN PUJO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, CONOR CHIA-HUNG YANG, RICHARD JIAN LIU, and XIN FANG,<br><br>Defendants. | Case No. 2:23-cv-10165-MWC-(DFMx)<br><br>**[PROPOSED] ORDER STAYING PROCEEDINGS PENDING MEDIATION**<br><br>Judge: Hon. Michelle Williams Court |

On May 9, 2025, Lead Plaintiff Zhan Kui Zhang ("Plaintiff") and Defendants EHang Holdings Limited, Conor Chia-Hung Yang, and Huazhi Hu ("Defendants," and with Plaintiff, the "Parties") stipulated to stay proceedings in the above captioned action until July 21, 2025 in light of the Parties' upcoming private mediation scheduled for July 1, 2025 to negotiate a potential resolution of the action (Dkt. No. 64).

Having considered the Parties' stipulation, and good cause appearing therefore, the Court **GRANTS** the stipulation, and **ORDERS** as follows:

1. All proceedings in this action are stayed until July 21, 2025 to allow the Parties to focus on their upcoming mediation scheduled for July 1, 2025, and, in light of the mediation, to conserve the Court's and the Parties' resources.

2. This Stipulation shall not preclude or prevent the Parties from stipulating to, or moving for, a court order lifting, modifying or extending the terms of this Stipulation upon a showing of good cause.

3. The Parties are not waiving any rights, claims, or defenses of any kind except as expressly stated herein, and the Parties reserve the right to seek relief from the stay as circumstances may warrant, subject to the Court's approval.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Michelle Williams Court
United States District Judge