COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
MATTHEW D. MARTINEZ (333932)
(mmartinez@cooley.com)
10265 Science Center Drive
San Diego, California 92121
Telephone:   +1 858 550 6000
Facsimile:   +1 858 550 6420

NICHOLAS ORR (334142)
(norr@cooley.com)
355 S. Grand Avenue
Los Angeles, California 90071
Telephone:   +1 213 561 3250
Facsimile:   +1 213 561 3244

SARAH M. LIGHTDALE (*pro hac vice*)
(slightdale@cooley.com)
ERINMA E. MAN (330543)
(eman@cooley.com)
55 Hudson Yards
New York, New York 10001
Telephone:   +1 212 479 6000
Facsimile:   +1 212 479 5275

*Attorneys for Defendants*

THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN (219683)
(lrosen@rosenlegal.com)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

THE ROSEN LAW FIRM, P.A.
YU SHI (*pro hac vice*)
(yshi@rosenlegal.com)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

*Attorneys for Lead Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN PUJO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, CONOR CHIA-HUNG YANG, RICHARD JIAN LIU, and XIN FANG,<br><br>Defendants. | Case No. 2:23-cv-10165-MWC-(DFMx)<br><br>**STIPULATION OF VOLUNTARILY DISMISSAL OF DEFENDANT CONOR CHIA-HUNG YANG PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Michelle Williams Court |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Lead Plaintiff Zhan Kui Zhang, and Defendant Conor Chia-Hung Yang ("Yang"), by their respective undersigned counsel, hereby stipulate to the dismissal of Defendant Yang from the above-captioned case without prejudice. Lead Plaintiff and Mr. Yang agree to bear their own costs and attorneys' fees.

Dated:      May 22, 2025              COOLEY LLP


                                      By: */s/ Linh K. Nguyen*
                                            Linh K. Nguyen

                                      *Attorneys for Defendants EHang
                                      Holdings Limited, Huazhi Hu, and
                                      Conor Chia-Hung Yang*


Dated:      May 22, 2025              THE ROSEN LAW FIRM, P.A.


                                      By: */s/ Yu Shi*
                                            Yu Shi

                                      *Attorneys for Lead Plaintiff*


## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all parties have concurred in the filing of this Stipulation.


                          By:     */s/ Yu Shi*
                                   Yu Shi