THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN (219683)
(lrosen@rosenlegal.com)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

THE ROSEN LAW FIRM, P.A.
YU SHI (*pro hac vice*)
(yshi@rosenlegal.com)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

*Attorneys for Lead Plaintiff*

COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
CRAIG TENBROECK (287848)
(ctenbroeck@cooley.com)
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550 6000
Facsimile: (858) 550 6420

*Attorneys for Defendants EHang Holdings Limited and Huazhi Hu*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHAN KUI ZHANG, Individually and On Behalf of All Others Similarly Situated , | Case No. 2:23-cv-10165-MWC (DFMx) |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| EHANG HOLDINGS LIMITED HUAZHI HU, CONOR CHIA-HUNG YANG, RICHARD JIAN LIU, and XIN FANG | Class Action |
| Defendants. | |

1    Pursuant to Local Civil Rules 16-15.7 and 40-2, Lead Plaintiff Zhan Kui Zhang

2    and Defendants EHang Holdings Limited and Huazhi Hu (the "Parties") respectfully

3    submit this Notice of Settlement to inform the Court that the Parties have reached an

4    agreement in principle that will completely resolve this putative class action as to all

5    defendants.

6    The Parties will now proceed to formalize their proposed class action

7    settlement in the form of Stipulation of Settlement. The Parties anticipate the filing

8    of a motion for preliminary approval of the proposed class action settlement no later

9    than August 15, 2025.[1]

10   Accordingly, the Parties respectfully request that all deadlines and proceedings

11   be stayed pending the filing of the motion for preliminary approval.

12

13

14   Dated:  July 7, 2025                          COOLEY LLP

15

16                                                 By: */s/ Craig TenBroeck*
                                                       Craig TenBroeck

17                                                 *Attorneys for Defendants EHang*
18                                                 *Holdings Limited and Huazhi Hu*

19   Dated:  July 7, 2025                          THE ROSEN LAW FIRM, P.A.

20

21                                                 By: */s/ Yu Shi*
                                                       Yu Shi (*pro hac vice*)
22

23                                                 *Attorneys for Lead Plaintiff Zhan Kui*
                                                   *Zhang*

24

25

26

27   _____

28   [1] Court approval of the settlement is needed because this is a putative class action
     and the Parties' agreement in principle contemplates a class-wide settlement. *See*
     Fed. R. Civ. P. 23(e).

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all parties have concurred in the filing of this Joint Rule 26(f) Report.


By:    */s/ Yu Shi*
        Yu Shi

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I, Yu Shi, hereby declare under penalty of perjury as follows:

I am an attorney with The Rosen Law Firm, P.A., with offices at 275 Madison Ave, 40th Floor, New York, NY.  I am over the age of eighteen.

On July 7, 2025, I electronically filed the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on July 7, 2025.

*/s/ Yu Shi*
Yu Shi