EXHIBIT A-1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ZHAN KUI ZHANG, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and XIN FAN,

Defendants.

Case No. 2:23-cv-10165-MWC-DFM

CLASS ACTION

**NOTICE OF PENDENCY AND PROPOSED**
**SETTLEMENT OF CLASS ACTION**

If you purchased or otherwise acquired the publicly-traded American Depositary Shares ("ADSs") or EHang Holdings Limited ("EHang") during the period between March 29, 2022 and November 6, 2023, both dates inclusive ("Class Period"), you could get a payment from a proposed class action settlement ("Settlement").

*A federal court has authorized this notice. This is not attorney advertising.*

- 1 -

- If approved by the Court, the Settlement will provide $1,985,000 ("Settlement Amount"), plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased publicly-traded EHang ADS during the Class Period.

- The Settlement represents an estimated average recovery of $0.13 per ADS for the approximately 14.9 million ADSs allegedly damaged during the Class Period.  Settlement Class Members may recover more or less than this amount depending on, among other factors, the aggregate losses of all Settlement Class Members, the total number and amount of claims filed, the date(s) and prices at which their shares were purchased, whether the shares were sold, and if so, when they were sold and for how much.

- Lead Counsel intends to ask the Court to award them fees of up to 25% of the Settlement Amount (or $496,250), reimbursement of litigation expenses of no more than $67,000, and an award to Plaintiff not to exceed $2,500. Collectively, the attorneys' fees and expenses and award to Plaintiff are estimated to average $0.03 per allegedly damaged EHang ADS. If approved by the Court, these amounts will be paid from the Settlement Fund.

- The approximate recovery, after deduction of attorneys' fees and expenses and award to Plaintiff approved by the Court, is an average of $0.10 per allegedly damaged EHang ADS. This estimate is based on the assumptions set forth in the two preceding paragraphs. Your actual recovery, if any, will depend on, among other factors, the aggregate losses of all Settlement Class Members, the total number and amount of claims filed, the date(s) and prices at which their shares were purchased, whether the shares were sold, and if so, when they were sold and for how much.

- The Settlement resolves the Action concerning whether EHang and certain of its officers violated the federal securities laws by making misrepresentations of material fact in public statements to investors. Defendants deny each and every claim and contention alleged in the Action and deny any misconduct or wrongdoing whatsoever.

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

## YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| **SUBMIT A CLAIM FORM NO LATER THAN _____ __, 2025** | Fill out the attached Proof of Claim and Release Form ("Claim Form") and submit it no later than _____, 2025. **This is only way to get a payment.** |
| **EXCLUDE YOURSELF NO LATER THAN _____ __, 2025** | Get no payment. This is the only option that allows you to ever be part of any other lawsuit against Defendants or any of the other Released Parties relating to the legal claims in this case. **If you exclude yourself, you will receive no payment and cannot object or speak at the hearing.** |
| **OBJECT NO LATER THAN _____ __, 2025** | Write to the Court no later than ____, 2025 about why you do not like the Settlement. You can still submit a Claim Form. If the Court approves the Settlement, you will be bound by it. |
| **GO TO A HEARING ON _____ __, 2025** | Ask to speak in Court about the fairness of the Settlement no later than _____ at the Settlement Hearing on _____, 2025. |
| **DO NOTHING** | Get no payment. Give up rights. |

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form ("Proof of Claim"), or any other questions by Settlement Class Members should be directed to:

| | | |
|---|---|---|
| EHang Holdings Limited Securities Litigation c/o Strategic Claims Services P.O. Box 230 600 N. Jackson St., Ste. 205 Media, PA 19063 Tel: 866-274-4004 Fax: 610-565-7985 Email: info@strategicclaims.net | OR | Yu Shi THE ROSEN LAW FIRM, P.A. 275 Madison Avenue, 40th Floor New York, NY 10016 Tel: 212-686-1060 Fax: 212-202-3827 Email: yshi@rosenlegal.com |

- 3 -

**DEFINITIONS**

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated August 11, 2025 ("Stipulation").

**COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT**

**1.    Why did I get this Notice?**

You or someone in your family may have purchased EHang ADS between March 29, 2022 and November 6, 2023, both dates inclusive.

**2.    What is this lawsuit about?**

The case is known as *Pujo v. EHang Holdings Limited, et al.,* Case No. 2:23-cv-10165-MWC-DFM (C.D. Cal.) ("Action"). The Action is pending in the United States District Court for the Central District of California.

Plaintiff alleges that Defendants violated federal securities laws by making misrepresentations of material fact in public statements to investors. Specifically, the Complaint alleges that Defendants misrepresented the size and viability of certain customer pre-orders for EHang's electric vertical take-off and landing (eVTOL) aircraft. The Complaint asserts that the alleged misrepresentations artificially inflated the price of EHang ADS, and that the price of the ADS dropped when the alleged truth was revealed, damaging investors. Defendants have denied and continue to deny the allegations in the Complaint and all charges of wrongdoing or liability.

**3.    Why is this a class action?**

In a class action, one or more persons, called plaintiffs, sue on behalf of all persons who have similar claims. All of these persons are referred to collectively as a class, and these individual persons are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

**4.    Why is there a Settlement?**

Plaintiff and Defendants do not agree on the merits of Plaintiff's allegations and Defendants' defenses with respect to liability or the amount of damages per

- 4 -

ADS, if any, that would be recoverable if Plaintiff prevails at trial on each claim. The issues on which Plaintiffs and Defendants disagree include: (1) whether Defendants made any misrepresentations were materially false or misleading or otherwise actionable under federal securities law; (2) whether any Defendant acted with scienter; (3) to the extent any statements were materially false or misleading, whether any subsequent disclosures corrected those prior misrepresentations; (4) the causes of the loss in the value of the stock; and (5) the amount of damages, if any, that could be recovered at trial.

This matter has not gone to trial. Instead, Plaintiff and Defendants have agreed to settle the case. Plaintiff and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses Defendants would raise. Among the reasons that Plaintiff and Lead Counsel believe the Settlement is fair is the fact that there is uncertainty about whether Plaintiff will be able to prevail on a motion for class certification, whether Plaintiff would be able to prove their claims at trial, and whether Plaintiff will be able to prove that the alleged misrepresentations actually caused the Settlement Class damages (and the amount of damages, if any).

Even if Plaintiff wins at trial, and also prevails on any appeal brought by Defendants, Plaintiff might not be able to collect any judgment awarded. Moreover, litigation of this type is usually expensive, and it appears that, even if Plaintiff's allegations were eventually found to be true, the total amount of damages to which Settlement Class Members would be entitled could be substantially reduced.

**5.    How do I know if I am part of the Settlement?**

The Settlement Class consists of those Persons who purchased or otherwise acquired EHang ADS between March 29, 2022 and November 6, 2023, both dates inclusive.

**6.    Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are: (a) Persons who suffered no compensable losses, and (b) Defendants; the present and former officers and directors of EHang at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which EHang, or any person excluded under this subsection (b), has or had a majority ownership interest at any time.  Also excluded from the Settlement

Class are those Persons who file valid and timely requests for exclusion from the Settlement Class.

**7.    I am still not sure whether I am included.**

If you are still not sure whether you are included, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004 or by facsimile at (610) 565-7985, visit the website www.strategicclaims.net/EHang, or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

**8.    What does the Settlement provide?**

**a.    What is the Settlement Fund?**

The proposed Settlement provides that Defendants pay and/or cause to be paid $1,985,000 into a Settlement Fund. The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees and reasonable litigation expenses to Lead Counsel and any Award to Plaintiff. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing this Notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining ("Net Settlement Fund") will be distributed according to the Plan of Allocation to be approved by the Court to Settlement Class Members who submit timely, valid Proofs of Claim.

**b.    What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed; (ii) the dates you purchased and sold EHang ADS; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amounts awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and any award to Plaintiff.

The Claims Administrator will determine each Settlement Class Member's *pro rata* share of the Net Settlement Fund based upon each Settlement Class Member's valid "Recognized Loss." The Recognized Loss formula is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial; it also is not an estimate of the amount

that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Settlement Class Members with valid claims.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Plaintiff's contention that because of the alleged misrepresentations made by Defendants, the prices of EHang ADS were artificially inflated during the Class Period, and that certain subsequent disclosures corrected the price inflation. Defendants deny those allegations.

## **PROPOSED PLAN OF ALLOCATION**

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Class Members.  Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website: www.strategicclaims.net/EHang.

To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly

omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Administrative Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. Six months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel and approved by the Court.

## **THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:**

Each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on his, her or its Recognized Loss Amount as compared to the total Recognized Losses of all Authorized Claimants.  Recognized Losses will be calculated as follows:

For EHang ADSs purchased during the Class Period, the Recognized Loss Amount shall be calculated as follows:

A. For ADSs sold on or before November 6, 2023, the Recognized Loss Amount per ADS shall be $0.

B. For ADSs sold between November 7, 2023 and February 4, 2024, inclusive, the Recognized Loss Amount shall be the lesser of:
   (i)     $1.89 per ADS; or
   (ii)    the difference between the purchase price per ADS and the average closing price per ADS as of date of sale provided in Table A below.

C. For ADSs retained at the end of trading on February 2, 2024, the Recognized Loss Amount shall be the lesser of:
   (i)     $1.89 per ADS; or

- 8 -

(ii)   the difference between the purchase price per ADS and $15.04 per ADS[1].

**Table A**

| Date | Closing Price | Average Closing Price | Date | Closing Price | Average Closing Price |
|---|---|---|---|---|---|
| 11/7/2023 | $13.06 | $13.06 | 12/20/2023 | $15.75 | $16.17 |
| 11/8/2023 | $13.99 | $13.53 | 12/21/2023 | $16.20 | $16.17 |
| 11/9/2023 | $13.08 | $13.38 | 12/22/2023 | $15.80 | $16.16 |
| 11/10/2023 | $12.99 | $13.28 | 12/26/2023 | $16.86 | $16.18 |
| 11/13/2023 | $13.35 | $13.29 | 12/27/2023 | $17.26 | $16.21 |
| 11/14/2023 | $14.13 | $13.43 | 12/28/2023 | $17.06 | $16.24 |
| 11/15/2023 | $14.31 | $13.56 | 12/29/2023 | $16.80 | $16.25 |
| 11/16/2023 | $14.38 | $13.66 | 1/2/2024 | $15.80 | $16.24 |
| 11/17/2023 | $14.95 | $13.80 | 1/3/2024 | $15.53 | $16.22 |
| 11/20/2023 | $15.62 | $13.99 | 1/4/2024 | $15.52 | $16.20 |
| 11/21/2023 | $15.39 | $14.11 | 1/5/2024 | $15.21 | $16.18 |
| 11/22/2023 | $15.80 | $14.25 | 1/8/2024 | $15.11 | $16.15 |
| 11/24/2023 | $17.58 | $14.51 | 1/9/2024 | $14.89 | $16.12 |
| 11/27/2023 | $19.02 | $14.83 | 1/10/2024 | $14.32 | $16.08 |
| 11/28/2023 | $19.05 | $15.11 | 1/11/2024 | $14.90 | $16.06 |
| 11/29/2023 | $17.66 | $15.27 | 1/12/2024 | $14.50 | $16.02 |
| 11/30/2023 | $17.61 | $15.41 | 1/16/2024 | $13.50 | $15.97 |
| 12/1/2023 | $18.27 | $15.57 | 1/17/2024 | $13.23 | $15.91 |
| 12/4/2023 | $17.59 | $15.68 | 1/18/2024 | $12.73 | $15.85 |
| 12/5/2023 | $17.11 | $15.75 | 1/19/2024 | $12.60 | $15.78 |
| 12/6/2023 | $17.06 | $15.81 | 1/22/2024 | $11.56 | $15.70 |
| 12/7/2023 | $16.13 | $15.82 | 1/23/2024 | $12.25 | $15.63 |
| 12/8/2023 | $16.47 | $15.85 | 1/24/2024 | $11.93 | $15.56 |

---

[1] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $15.04 per ADS was the mean (average) daily closing trading price of the EHang's ADS the 90-day period beginning on November 7. 2023  and ending February 2, 2024.

| 12/11/2023 | $16.81 | $15.89 | 1/25/2024 | $11.99 | $15.50 |
| 12/12/2023 | $17.04 | $15.94 | 1/26/2024 | $12.14 | $15.44 |
| 12/13/2023 | $17.37 | $15.99 | 1/29/2024 | $12.37 | $15.38 |
| 12/14/2023 | $17.86 | $16.06 | 1/30/2024 | $10.78 | $15.30 |
| 12/15/2023 | $17.60 | $16.12 | 1/31/2024 | $10.16 | $15.21 |
| 12/18/2023 | $17.30 | $16.16 | 2/1/2024 | $10.11 | $15.13 |
| 12/19/2023 | $16.96 | $16.18 | 2/2/2024 | $10.24 | $15.04 |

To the extent a Claimant had a trading gain or "broke even" from his, her or its overall transactions in EHang ADSs during the Class Period, the value of the Recognized Loss will be zero and the Claimant will not be entitled to a ADS of the Net Settlement Fund. To the extent that a Claimant suffered a trading loss on his, her or its overall transactions in EHang ADSs during the Class Period, but that trading loss was less than the Recognized Loss calculated above, then the Recognized Loss shall be limited to the amount of the Claimant's actual trading loss.

For purposes of calculating your Recognized Loss, the date of purchase, acquisition or sale is the "contract" or "trade" date and not the "settlement" or "payment" date.  The receipt or grant by gift, inheritance or operation of law of EHang ADSs shall not be deemed a purchase, acquisition or sale of EHang ADSs for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase. Only publicly traded ADSs are eligible purchases.

For purposes of calculating your Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order.  Therefore, on the Proof of Claim and Release Form enclosed with this Notice, you must provide all of your purchases and acquisitions of EHang ADSs during the time period from March 29, 2022 through and including February 2, 2024.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Defendants, Defense Counsel, Plaintiffs, Lead Counsel or the Claims Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the

- 10 -

Court. Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the Claimant's Claim Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

**9.    How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This form is attached to this Notice. You may also obtain this form on the Settlement website at www.strategicclaims.net/EHang. Read the instructions carefully, fill out the form, sign it in the place indicated. The Proof of Claim and Release Form may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/EHang by 11:59 p.m. EST on _____, 2025; or (2) by mailing the claim form together with all documentation requested in the form, postmarked no later than _____, 2025, to the Claims Administrator at:

EHang Holdings Limited Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

**10.    What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself from the Settlement Class by the _____, 2025 deadline, you will remain a member of the Settlement Class and will be bound by the release of claims against the Defendants and Released Parties if the Settlement is approved. That means you and all other Settlement Class Members

and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against the Defendants and Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase or sale of EHang ADS during the Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as the sole compensation for any losses you suffered in the purchase or sale of EHang ADS during the Class Period. The specific terms of the release are included in the Stipulation.

**11.   How do I exclude myself from the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Released Parties on your own about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Pujo v. EHang Holdings Limited, et al.,* Case No. 2:23-cv-10165 (C.D. Cal.);" (B) states the date, number of shares and dollar amount of each EHang ADS purchase during the Class Period, and any sale transactions; and (C) states the number of shares of EHang ADS held by you as of the opening of trading on March 29, 2022 and the close of trading on February 4, 2024. To be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase and, if applicable, sale transaction of EHang ADS during the Class Period, and (ii) demonstrating your status as a beneficial owner of the EHang ADS. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be received no later than _____ __, 2025, to the Claims Administrator at the following address:

EHang Holdings Limited Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

- 12 -

You cannot exclude yourself by telephone or by e-mail.

If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the Final Judgment in this case.

**12.    If I do not exclude myself, can I sue the Defendants for the same thing later?**

No. Unless you followed the procedure outlined in this Notice and the Court's Preliminary Approval Order to exclude yourself, you give up any right to sue the Defendants or other Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

**13.    Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Lead Counsel to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided above.

**14.    How will the lawyers be paid?**

Lead Counsel have expended considerable time litigating this action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will file a motion asking the Court at the Settlement Hearing to make an award of attorneys' fees in an amount not to exceed 25% of the Settlement Fund, or $496,250 for reimbursement of reasonable litigation expenses not to exceed $67,000, and an Award to Plaintiff in an amount not to exceed $2,500 in total. The Court may award less than these

- 13 -

amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15. How do I tell the Court that I object to the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an Award to Plaintiff, and that you think the Court should not approve any or all of the foregoing, by mailing a letter stating that you object to the Settlement in the matter of as *Pujo v. EHang Holdings Limited, et al.,* Case No. 2:23-cv-10165 (C.D. Cal.). Be sure to include (1) your name, address, and telephone number; (2) a list of all purchases and sales of EHang ADS during the Class Period in order to show membership in the Settlement Class; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address and telephone number of all counsel, if any, who represent you; and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be received no later than _____ __, 2025:

Clerk of the Court
United States District Court
Central District of California
First Street Federal Courthouse
350 W. First Street, Suite 4311
Los Angeles, CA 90012

| LEAD COUNSEL: | DEFENSE COUNSEL: |
|---|---|
| Yu Shi | Koji F. Fukumura |
| THE ROSEN LAW FIRM, P.A. | COOLEY LLP |
| 275 Madison Avenue, 40th Floor | 10265 Science Center Drive |
| New York, NY 10016 | San Diego, CA 92121 |

**16.    What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17.    When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Hearing on _____ __, 2025, at __:__ _.m. PT, at the U.S. District Court, Central District of California, First Street Federal Courthouse, 350 W. First Street, Courtroom 6A, Los Angeles, CA 90012, or by telephonic or videoconference means as directed by the Court.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and whether to approve the Settlement. If there are objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. The Court may also decide whether to approve the Plan of Allocation, as well as how much to pay Lead Counsel for attorneys' fees and expenses and how much to award to Plaintiff.

**18.    Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.    What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Parties about the Released Claims ever again.

<u>**SPECIAL NOTICE TO BROKERS AND OTHER NOMINEES**</u>

If, during the Class Period, you purchased or sold publicly traded EHang ADSs for the beneficial interest of a person or organization other than yourself, the Court has directed that, WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF NOTICE, you either (i) provide to the Claims Administrator the name, email address, and last known address of each person or organization for whom or which you purchased EHang ADSs during such time period; (ii) request from the Claims Administrator a link to the electronic Long Notice and Claim Form and email the link to all such beneficial owners for whom valid email addresses are available within ten (10) calendar days of receipt of the link from the Claims Administrator; or (iii) request additional copies of the Postcard Notice from the Claims Administrator, which will be provided to you free of charge, and within ten (10) calendar days of receipt, mail the Postcard Notice directly to the beneficial owners of the EHang ADSs. If you choose to follow alternative procedures (ii) or (iii), the Court has directed that, upon such mailing or emailing, you send a statement to the Claims Administrator confirming that the mailing or emailing was made as directed. You are entitled to reimbursement from the Settlement Fund of your reasonable out-of-pocket expenses actually incurred in connection with the foregoing, up to $0.02 per name, address and email address provided to the Claims Administrator; up to a maximum of $0.02 per Postcard Notice mailed by you, plus postage at the pre-sort rate used by the Claims Administrator; or $0.02 per notice sent by email. Those expenses will be paid upon request and submission of appropriate supporting documentation. All communications regarding the foregoing should be addressed to the Claims Administrator at the address listed on

- 16 -

page 3 above.  **YOU ARE NOT AUTHORIZED TO PRINT THE POSTCARD NOTICE YOURSELF.  POSTCARD NOTICES MAY ONLY BE PRINTED BY THE COURT-APPOINTED CLAIMS ADMINISTRATOR**.

DATED: _____, 2025

_____

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA