EXHIBIT A-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ZHAN KUI ZHANG, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and XIN FAN

Defendants.

Case No. 2:23-cv-10165-MWC-DFM

CLASS ACTION

**SUMMARY NOTICE OF PENDENCY AND**
**PROPOSED CLASS ACTION SETTLEMENT**

- 1 -

**TO:   ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED AMERICAN DEPOSITARY SHARES ("ADSs") OF EHANG HOLDINGS LIMITED ("EHANG") FROM MARCH 29, 2022 THROUGH NOVEMBER 6, 2023, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Central District of California, that a hearing will be held on _____, 2025, at 1:30 p.m. before the Honorable Michelle Williams Court, United States District Judge of the United States District Court for the Central District of California, First Street Federal Courthouse, 350 W. First Street, Courtroom 6A, Los Angeles, California 90012, or by telephonic or videoconference means as directed by the Court, for the purpose of determining:

(1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $1,985,000 ("Settlement Amount") should be approved by the Court as fair, reasonable, and adequate;

(2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate;

(3) whether the application of Lead Counsel for an award of attorneys' fees of up to 25% of the Settlement Amount, reimbursement of expenses of not more than $67,000, and an award of no more than $2,500 to Plaintiff, should be approved; and

(4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated August 11, 2025.

If you purchased EHang ADSs during the period from March 29, 2022 through November 6, 2023, both dates inclusive, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in EHang ADSs.

If you have not received a postcard providing instructions for obtaining a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice")

and a copy of the Proof of Claim and Release Form ("Claim Form"), you may obtain copies of the Long Notice and Claim Form by writing to or calling EHang Holdings Limited Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net, or going to the website, www.strategicclaims.net/EHang. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a properly completed Claim Form electronically or postmarked no later than _____ _____, 2025 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written request to be excluded from the Settlement Class, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion to the Claims Administrator in the manner and form explained in the Long Notice so that it is received no later than _____, 2025. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and an Award to Plaintiff must be in the manner and form explained in the Long Notice and received no later than _____, 2025, by each of the following:

Clerk of the Court
United States District Court
Central District of California
First Street Federal Courthouse
350 W. First Street, Suite 4311
Los Angeles, CA 90012

| LEAD COUNSEL: | DEFENSE COUNSEL: |
|---|---|
| Yu Shi | Koji F. Fukumura |
| THE ROSEN LAW FIRM, P.A. | COOLEY LLP |
| 275 Madison Avenue, 40th Floor | 10265 Science Center Drive |
| New York, NY 10016 | San Diego, CA 92121 |

All inquiries concerning the Settlement should be directed to:

| EHang Holdings Limited Securities Litigation c/o Strategic Claims Services P.O. Box 230 600 N. Jackson St., Ste. 205 Media, PA 19063 Tel.: 866-274-4004 Fax: 610-565-7985 Email: info@strategicclaims.net | OR | Yu Shi THE ROSEN LAW FIRM, P.A. 275 Madison Avenue, 40th Floor New York, NY 10016 Tel: 212-686-1060 Fax: 212-202-3827 Email: yshi@rosenlegal.com |
|---|---|---|

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: _____, 202_

_____

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

- 4 -