**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*You may be entitled to a payment. This notice may affect your legal rights.*

*Please read it carefully.*

EHang Holdings Limited Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St.
Suite 205
Media, PA 19063

*EHANG HOLDINGS LIMITED SECURITIES LITIGATION, No. 2:23-cv-10165-MWF-DFM (C.D. Cal.)*
*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET/EHANG OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

The United States District Court for the Central District of California (the "Court") has preliminarily approved a proposed Settlement of claims against EHang Holdings Limited ("EHang") and certain of its executives. The proposed Settlement would resolve a class action lawsuit alleging that EHang and certain of its executives violated federal securities laws by making misrepresentations of material fact in public statements to investors. Defendants deny any wrongdoing.

You received this notice because you may have purchased or otherwise acquired the publicly traded American Depositary Shares ("ADSs") of EHang between March 23, 2022 and November 6, 2023, both dates inclusive. The Settlement dismisses and releases claims against the defendants and creates a fund consisting of $1,985,000, less attorneys' fees and expenses, and award to Plaintiff, and administrative costs and tax expenses, which will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim by visiting the website: www.strategicclaims.net/EHang. You may also request copies of the Long Notice and Proof of Claim from the Claims Administrator by: (1) mail: EHang Holdings Limited Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (2) toll-free phone: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim, which can be found on the website www.strategicclaims.net/EHang. PROOFS OF CLAIM MUST BE POSTMARKED BY _____ TO: EHANG HOLDINGS LIMITED SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON ST., STE. 205, MEDIA, PA 19063 or submitted electronically by _____ at www.strategicclaims.net/EHang. If you do not want to be legally bound by the Settlement, you must exclude yourself by_____. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____. The Long Notice explains how to exclude yourself or to object.

The Court will hold a hearing on ___, 202_ at 1:30 p.m. at the First Street Courthouse, 350 W. 1st Street, Courtroom 6A, Los Angeles, California 90012, or via remote means at the Court's direction, to consider whether to approve the Settlement, the Plan of Allocation, a request for attorneys' fees of up to 25% of the Settlement Fund, plus actual expenses up to $67,000 for litigating the case and negotiating the Settlement, and a compensatory award to Plaintiff not to exceed $2,500 ("Settlement Hearing"). You may attend the Settlement Hearing and ask to be heard by the Court, but you do not have to. For more information, call (866) 274-4004, or visit www.strategicclaims.net/EHang.