Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Yu Shi (*pro hac vice*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: yshi@rosenlegal.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHAN KUI ZHANG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and XIN FANG,<br><br>Defendants. | Case No: 2:23-cv-10165-MWC (DFMx)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Michelle Williams Court<br><br>Hearing Date: September 19, 2025<br>Hearing Time: 1:30 PM<br>Courtroom: 6A |

- 1 -

Lead Plaintiff Zhan Kui Zhang ("Plaintiff"), individually and on behalf of the proposed settlement class, respectfully submits this Unopposed Motion for Preliminary Approval of Class Action Settlement.

**PLEASE TAKE NOTICE** that on September 19, 2025, at 1:30 P.M., or such date and time as determined by the Court, in the United States District Court for the Central District of California, Plaintiff will and hereby do move the Court for an order: (i) certifying the Settlement Class for settlement purposes only, appointing Plaintiff as class representative, and appointing The Rosen Law Firm, P.A. as class counsel; (ii) preliminarily approving the proposed Settlement of this class action; (iii) approving the Parties' proposed form and method of notifying the Settlement Class of the action and the proposed Settlement and directing that such notice be disseminated to the Settlement Class; (iv) setting deadlines for Settlement Class members to exercise their rights in connection with the proposed Settlement; and (v) setting a hearing on whether the Court should grant final approval of the Settlement, dismiss claims against Defendants, approve the release of claims against all released parties, enter judgment, and award attorneys' fees and expenses to Lead Counsel and award to Plaintiff.

This motion is based upon the Memorandum of Points and Authorities in Support of Plaintiff's Unopposed Motion for Preliminary Approval, the Stipulation of Settlement and exhibits thereto, all records and papers on file in this action, and any argument offered at any hearing on this motion.

**Local Rule 7-3 Statement**: Defendants do not oppose this motion.

Dated: August 12, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Yu Shi*
Yu Shi (*pro hac vice*)
275 Madison Ave, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: yshi@rosenlegal.com

Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff and the Settlement Class*

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |
| 3 | I hereby certify that on this 12th day of August, 2025, a true and correct copy |
| 4 | of the foregoing document was served by CM/ECF to the parties registered to the |
| 5 | Court's CM/ECF system. |

*/s/ Yu Shi*
Yu Shi

- 4 -
NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; 2:23-cv-10165-MWC-DFM