Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Yu Shi (*pro hac vice*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: yshi@rosenlegal.com

*Counsel for Plaintiff and the Settlement Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHAN KUI ZHANG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and XIN FANG,<br><br>Defendants. | Case No: 2:23-cv-10165-MWC (DFMx)<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS**<br><br>Hon. Michelle Williams Court<br><br>Hearing Date: January 9, 2026<br>Hearing Time: 1:30 PM<br>Courtroom: 6A |

**PLEASE TAKE NOTICE** that pursuant to the Court's Order Granting Lead Plaintiff's Motion for Preliminary Approval of the proposed class action settlement (ECF No. 83), on January 9, 2026 at 1:30 p.m., before the Honorable Michelle Williams Court, United States District Judge for the Central District of California, 350 W. 1st Street, Courtroom 6A, Los Angeles, California, 90012, Lead Plaintiff Zhan Kui Zhang ("Plaintiff"),[1] individually and on behalf of the proposed Settlement Class, will and hereby do move this Court for entry of an order granting final approval of the proposed class action Settlement, approving the Plan of Allocation for distribution of the Net Settlement Fund, and certifying the Settlement Class for settlement purposes.

In support of this motion, Plaintiff relies on the accompanying Memorandum of Law, the Declaration of Yu Shi and exhibits thereto, all filed contemporaneously herewith, the pleadings and records on file in this action, and such further argument and briefing as may be presented at or before the Settlement Hearing. In the event that there are requests for exclusions or objections received after the date of this filing,[2] Plaintiff will file an updated proposed final order and judgement with their reply.

**Local Rule 7-3 Statement**: Defendants do not oppose this motion.

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation of Settlement dated August 11, 2025 (ECF No. 79).

[2] The deadline for objections and exclusions is December 19, 2025.

| | | |
|---|---|---|
| 1 | Dated: December 12, 2025 | Respectfully submitted, |
| 2 | | **THE ROSEN LAW FIRM, P.A.** |
| 3 | | <u>/s/ Yu Shi</u> |
| 4 | | Yu Shi (*pro hac vice*) |
| | | 275 Madison Ave, 40th Floor |
| 5 | | New York, NY 10016 |
| 6 | | Telephone: (212) 686-1060 |
| | | Facsimile: (212) 202-3827 |
| 7 | | Email: yshi@rosenlegal.com |
| 8 | | |
| 9 | | Laurence M. Rosen (SBN 219683) |
| | | 355 South Grand Avenue, Suite 2450 |
| 10 | | Los Angeles, CA 90071 |
| 11 | | Telephone: (213) 785-2610 |
| | | Facsimile: (213) 226-4684 |
| 12 | | Email: lrosen@rosenlegal.com |
| 13 | | |
| 14 | | *Counsel for Plaintiff and the Settlement Class* |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 12th day of December, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Yu Shi*
Yu Shi
