Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Yu Shi (*pro hac vice*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: yshi@rosenlegal.com

*Counsel for Plaintiff and the Settlement Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHAN KUI ZHANG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and XIN FANG,<br><br>Defendants. | Case No: 2:23-cv-10165-MWC (DFMx)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFF**<br><br>Hon. Michelle Williams Court<br><br>Hearing Date: January 9, 2026<br>Hearing Time: 1:30 PM<br>Courtroom: 6A |

**PLEASE TAKE NOTICE** that pursuant to the Court's Order Granting Lead Plaintiff's Motion for Preliminary Approval of the proposed class action settlement ("Preliminary Approval Order," ECF No. 83), on January 9, 2026 at 1:30 p.m., before the Honorable Michelle Williams Court, United States District Judge for the Central District of California, 350 W. 1st Street, Courtroom 6A, Los Angeles, California, 90012, Lead Plaintiff Zhan Kui Zhang ("Plaintiff"),[1] individually and on behalf of the proposed Settlement Class, will and hereby do move this Court for entry of an order awarding: (i) attorneys' fees of 25% of the Settlement Amount; (ii) expense reimbursement of $57,048.70; and (iii) a service award of $2,500 to Plaintiff.

In support of this motion, Plaintiff relies on the accompanying Memorandum of Law, the Declaration of Yu Shi and exhibits thereto, all filed contemporaneously herewith, the pleadings and records on file in this action, and such further argument and briefing as may be presented at or before the Settlement Hearing.

**Local Rule 7-3 Statement**: Defendants take no position on this motion.

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation of Settlement dated August 11, 2025 (ECF No. 79).

Dated: December 12, 2025          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Yu Shi*
Yu Shi (*pro hac vice*)
275 Madison Ave, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: yshi@rosenlegal.com

Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff and the Settlement Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of December, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>*/s/ Yu Shi*</u>
Yu Shi