**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHAN KUI ZHANG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and XIN FAN,<br><br>Defendants. | Case No. 2:23-cv-10165-MWC-DFM<br><br>CLASS ACTION |

**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO PLAINTIFF**

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, The Rosen Law Firm, P.A. ("Rosen"), Court-appointed Lead Counsel for purposes of the Settlement, have petitioned the Court for an award of attorneys' fees in compensation for services provided to Lead Plaintiff Zhan Kui Zhang ("Plaintiff") and the Settlement Class, along with reimbursement of expenses incurred in connection with prosecuting this action, and an award to Plaintiff, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement ("Stipulation," ECF No. 79); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. Rosen is awarded 25% of the Settlement Fund, or $496,250, as attorneys' fees in this action, together with interest earned thereon at the rate earned by the Settlement Fund until paid.

2. Lead Counsel shall be awarded expenses in the amount of $57,048.70, with interest, as described above.

3. Plaintiff shall be awarded $2,500 as reimbursement for his lost time and expenses in connection with his prosecution of the Action.

4. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Plaintiff shall be paid in the manner and procedure provided for in the Stipulation.

**IT IS SO ORDERED.**

Dated: _____, 202_

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE