# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHAN KUI ZHANG, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and XIN FANG,<br><br>    Defendants. | Case No: 2:23-cv-10165-MWC (DFMx)<br><br>CLASS ACTION<br><br>**DECLARATION OF LEAD PLAINTIFF ZHAN KUI ZHANG** |

- 1 -

I, Zhan Kui Zhang, declare as follows:

1.     I am the Lead Plaintiff in this Action,[1] and for purposes of the Settlement, the Class Representative.  I respectfully submit this declaration in support of (a) approval of the Settlement, (b) Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses, and (c) my request for an award recognizing the time and effort I devoted to representing the Settlement Class in prosecuting this Action and achieving the Settlement.

2.     I am employed as an electrician and currently reside in Vancouver, Canada.

3.     I moved for appointment as Lead Plaintiff on February 2, 2024, and the Court granted my motion on August 12, 2024.

4.     I conservatively estimate that I have devoted at least 30 hours to this Action, including:

    a.  Reviewing the initial complaint filed in this Action;

    b.  Researching law firms to potentially serve as lead counsel;

    c.  Discussing with Lead Counsel the possibility of serving as Lead Plaintiff and the responsibilities associated with that role;

    d.  Gathering and providing documents for Lead Counsel;

    e.  Reviewing the amended complaint and other major filings;

    f.  Reviewing updates from, and communicating with, Lead Counsel concerning significant case developments;

    g.  Consulting with Lead Counsel about the mediation, including assessing the strengths and weaknesses of the case;

    h.  Evaluating and approved the Settlement.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings ascribed to them in the Stipulation of Settlement, dated August 11, 2025.

DECLARATION OF LEAD PLAINTIFF ZHAN KUI ZHANG; 2:23-cv-10165-MWC-DFM

5.     I carefully evaluated the risks of continued litigation, including the risk of achieving no recovery at all.  Based on that assessment, I believe that the $1.985 million Settlement represents a favorable result and is in the best interest of the Settlement Class.

6.     I approve and support Lead Counsel's request for an award of attorney's fees of 25% of the Settlement Amount, which I believe is fair and reasonable in light of the result achieved and the work Lead Counsel performed (and continue to perform) on behalf of the Settlement Class.  I also believe that the litigation expenses for which Lead Counsel seeks reimbursement are reasonable and represent necessary costs incurred in prosecuting this Action and securing the Settlement. I understand that Lead Counsel has received no compensation to date and has invested significant time and resources in this matter; accordingly, I support their application for attorneys' fees and reimbursement of expenses.

7.     I have not received, nor have I been promised or offered, any compensation or financial incentive for serving as Lead Plaintiff or for achieving the Settlement. I understand, however, that the Court may approve an award for my service as a representative of the Settlement Class. Accordingly, I respectfully request that the Court approve a payment to me in the amount of $2,500 as reimbursement for the time and effort I devoted on behalf of the Settlement Class, which I believe is reasonable under the circumstances.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

*ZHAN KUI ZHANG*
ZHAN KUI ZHANG (Dec 5, 2025 21:47:45 PST)

ZHAN KUI ZHANG

- 3 -