# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHAN KUI ZHANG, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and XIN FANG,<br><br>    Defendants. | Case No: 2:23-cv-10165-MWC (DFMx) |

**DECLARATION OF PAUL MULHOLLAND CONCERNING THE CLAIMS ADMINISTRATOR'S PROPOSED FEES AND BREAKDOWN OF <u>"REASONABLE AND NECESSARY" ADMINISTRATIVE COSTS</u>**

I, Paul Mulholland, declare:

1.    I submit this declaration to provide the Court with information regarding administrative services and costs in this matter. I am over 21 years of age and am not a party to this action.

1

2.      I am the president of Strategic Claims Services ("SCS") and a Certified Public Accountant (inactive). I have over thirty years of experience specializing in litigation support services principally in administration of securities class action settlements. SCS has administered over seven hundred class action settlements, including over five hundred seventy-five (575) securities class action cases. I have also testified as an expert witness in securities and other class action matters. At the request of Lead Counsel, I am providing this declaration to give the Court information concerning SCS's proposed fees and breakdown of "reasonable and necessary Administrative Costs" in the above-captioned action.  I make this declaration based on personal knowledge, and if called to testify, I could and would do so competently.   I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would testify competently thereto.

3.      In addition to the notice procedures detailed in the paragraphs 2 through 13 of the Declaration of Josephine Bravata Concerning: (A) Mailing/Emailing of the Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections dated December 12, 2025, SCS has and will provide, at a minimum, the following additional administrative services: (1) assist in preparing the Notice, Claim Form, and Summary Notice; (2) set up a Settlement Class database, phone system, and frequently asked questions protocol; (3) review and process all opt-out requests; (4) receive and process claims, including handling cures and rejections; (5) update the Settlement Class database to include updated addresses and other updated information regarding Settlement Class Members; (6) handle and respond to all phone call questions regarding claims processing from Settlement Class Members; (7) respond to all other questions via emails, letters and other correspondence from Settlement Class

2

DECLARATION OF PAUL MULHOLLAND; Case No. 2:23-cv-10165-MWC-DFM

Members; (8) set up escrow accounts and handle all banking matters related to the administration process; (9) process and pay broker charges; (10) cut, mail and process distribution checks; (11) process all undeliverable check mailings and re-mail checks if forwarding addresses are provided; (12) skip trace all other undeliverable check mailings and re-mail if updated addresses are provided; (13) re-issue checks for lost checks, changes in name, or other valid changes requiring a new check, subject to verification by SCS; (14) provide accounting and periodic status reports; (15) prepare declarations as required by the Court throughout the administrative process; (16) obtain an employer identification number; and (17) preparation and filing of income tax returns for the Qualified Settlement Fund.

4.     To date, 42,824 Notices (either via a mailed Postcard Notice or an emailed link to the Long Notice and Claim Form) were sent to potential Settlement Class Members.  SCS is estimating a claims rate of 27.50%[1] or 11,777 (42,824 times 27.5%) claims will be filed.

5.     The administrator fees and expenses through the initial distribution are estimated at $145,960 as detailed below:

6.

| | |
|---|---|
| Administrator's fees (time and labor) | $88,360 |
| Administrator's costs for providing notice | $13,576 |
| Broker charges | $5,122 |
| Distribution charges | $16,433 |
| Phone and website | $8,820 |
| Consulting services - Plan of Allocation and other consulting services | $3,750 |
| Rejection and curing notices | $2,500 |
| Income Tax preparation and filings (2 yrs) | $6,500 |
| Other administrator's costs | $900 |
| Total administration fees and expenses | $145,960 |

[1] The claims rate for securities class action settlements administered by SCS typically ranges from 20% to 35% (mid-point is 27.5%).

3

DECLARATION OF PAUL MULHOLLAND; Case No. 2:23-cv-10165-MWC-DFM

7.    While certain of the expenses are variable depending on, for example, the number of claims filed and the number of inquiries received, SCS will cap its maximum administrative fees and expenses through the initial distribution at $150,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of December 2025 in Media, Pennsylvania.

_____
Paul Mulholland

4

DECLARATION OF PAUL MULHOLLAND; Case No. 2:23-cv-10165-MWC-DFM