# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHAN KUI ZHANG, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and XIN FANG, <br><br> Defendants. | Case No: 2:23-cv-10165-MWC (DFMx) |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING/EMAILING OF THE NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) VALID CLAIMS RECEIVED TO DATE**

I, Josephine Bravata, declare as follows:

1.    I am the Director of Quality Assurance for Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty-five years of experience specializing in the administration of class action

1

cases. SCS was established in April 1999 and has administered over five hundred and seventy-five (575) class action cases since its inception. I have personal knowledge of the facts set forth herein and, if called on to do so, I could and would testify competently thereto.

**UPDATE ON THE NOTIFICATION PROCESS**

2.     Pursuant to the Court's Civil Minutes regarding the Order Granting Lead Plaintiff's Motion For Preliminary Approval, dated September 17, 2025 (ECF No. 83, the "Preliminary Approval Order"), SCS was appointed as the Settlement Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the above-captioned action.[1]

3.     I submit this declaration as a supplement to the previously filed Declaration of Josephine Bravata Concerning: (A) Mailing/Emailing of the Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated December 12, 2025 (ECF No. 87-1, the "Initial Notification Declaration") to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

4.     As detailed in the Initial Notification Declaration, 42,824 notices (either via a mailed Postcard Notice or an emailed link to the Long Notice and Claim Form) were sent to potential Settlement Class Members.  There have been no additional notice disseminations since the Initial Notification Declaration.

**UPDATE ON TOLL-FREE PHONE LINE**

5.     The Initial Notification Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated August 11, 2025 (ECF No. 79, the "Stipulation").

2

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA; Case No. 2:23-cv-10165-MWC-DFM

obtain information about the Settlement. SCS will continue to respond promptly to each telephone inquiry through the claims process.

## UPDATE ON SETTLEMENT WEBSITE

6.    The Initial Notification Declaration also noted that on September 29, 2025, SCS established a webpage on its website at www.strategicclaims.net/EHang. The webpage is accessible 24 hours a day, 7 days a week and contains a current status, relevant deadlines, the online claim filing link, important case documents, and a representative filers section. To date, the settlement website has received 3,511 pageviews from 1,610 unique users.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

7.    The Postcard Notice, Long Notice, Summary Notice, and the settlement website informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than December 19, 2025. SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has not received any request for exclusion.

8.    According to the Postcard Notice, Long Notice, Summary Notice, and the settlement website, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an award to Plaintiff, must mail their objection to Lead Counsel and Defense Counsel, as well as the Clerk of the Court, no later than December 19, 2025. As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objections were submitted.

3

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA; Case No. 2:23-cv-10165-MWC-DFM

## VALID CLAIMS RECEIVED TO DATE

9.    The deadline for claims submission was either online at www.strategicclaims.net/EHang/ or by mail postmarked no later than December 19, 2025.  As of the date of this declaration, SCS has received 1,047 valid claims.[2]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24th day of December 2025, in Media, Pennsylvania.

_____
Josephine Bravata

---

[2] The number of valid claims may change before distribution because they are subject to quality control reviews and do not include any late claims that may still be received. Additionally, claims currently identified as deficient will be given an opportunity to correct the noted deficiencies.

4

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA; Case No. 2:23-cv-10165-MWC-DFM