UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV23-10165-MWC-DFM | | Date | January 9, 2026 |
|---|---|---|---|---|
| Title | Damien Pujo v. EHang Holdings Limited, et al. | | | |
| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge | | | |

| T. Jackson | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Yu Shi | Craig TenBroeck |

**Proceedings:** **MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS (DKT. 85); MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFF (DKT. 86)**

The motions hearing is held. The Court hears oral argument from the parties. The Court takes the Motions **UNDER SUBMISSION** and a ruling will issue.

| | :09 |
|---|---|
| **Initials of Preparer** | TJ |